UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LV, RC, AD, NA, ADJ, YG, LO, AP, RLB, RD, and JYW, individually; and VSG, HR, CW, SS, MG, MS, ST, RZ, MC and JP, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION; NEW YORK CITY BOARD OF EDUCATION; JOEL KLEIN, in his individual and official capacity as Chancellor of the New York City School District,<br><br>      Defendants. | ECF CASE<br><br>No. 03 Civ. 9917 (RJH)<br><br>**NOTICE OF MOTION FOR APPOINTMENT OF SPECIAL MASTER AND COMPENSATORY RELIEF** |

    PLEASE TAKE NOTICE that, upon the annexed Declaration of Rachel F. Penski, dated November 5, 2010, and the exhibits attached thereto, the annexed Declaration of Rebecca Shore, dated November 5, 2010, and the exhibits attached thereto, the accompanying Memorandum of Law in Support of Plaintiffs' Motion for Appointment of Special Master and Compensatory Relief, dated November 5, 2010, and all the pleadings and proceedings heretofore had herein, counsel for Plaintiffs will seek appointment of a Special Master and compensatory relief pursuant to the Stipulation and Agreement of Settlement, dated December 11, 2007 and approved by this Court on April 10, 2008, and Federal Rule of Civil Procedure 53, on March 10, 2011 or as soon thereafter as counsel may be heard, before the Honorable Richard J. Holwell, United States District Judge for the Southern District of New York, United States Courthouse, Courtroom 17B, 500 Pearl Street, New York, New York.

PLEASE TAKE FURTHER NOTICE that the opposition to Plaintiffs' motion, if any, shall be served on the undersigned counsel on or before January 5, 2011 and Plaintiffs' reply brief to any opposition shall be served on or before February 4, 2011.

PLEASE TAKE FURTHER NOTICE that Plaintiffs have attached a Proposed Order for the Appointment of a Special Master and Compensatory Relief to this Notice for the Court's convenience.

Dated: New York, New York
November 5, 2010

ADVOCATES FOR CHILDREN OF NEW YORK

By: /s/ Rebecca C. Shore
Rebecca C. Shore
Ruth Cusick*
Jeff Miller*
151 West 30th Street, 5th Floor
New York, New York  10001
Telephone:  (212) 947-9779
*not yet admitted*

-and-

MILBANK, TWEED, HADLEY & McCLOY LLP

By: /s/ Douglas W. Henkin
Douglas W. Henkin
Rachel Penski
James Reilly*
One Chase Manhattan Plaza
New York, New York  10005-1413
Telephone:  (212) 530-5000
*not yet admitted*

*Counsel for Lead Plaintiffs and the Class*

To:	Jeffrey Dantowitz, Esq.
	City of New York Law Department
	100 Church Street
	New York, New York  10007
	(Counsel for Defendants)