## IMPORTANT INSTRUCTIONS FOR RECEIVING REIMBURSEMENT OR PAYMENT FOR TUITION OR SERVICES AWARDED AT AN IMPARTIAL HEARING

I. If there is a pendency or final decision ordering the Department of Education to reimburse a party for school tuition paid or services already rendered, and documents described below **FAILED** to be introduced as evidence at the hearing, you will not be reimbursed unless the missing documentation is submitted to the Department of Education

### DOCUMENTATION REQUIRED FOR PARTIES SEEKING REIMBURSEMENT FOR SCHOOL TUITON PAID AND OR SERVICES RENDERED OR A DEVICE

- Signed tuition/services contract between school/provider and parent indicating cost and enrollment period.
- Invoice for tuition/services/device on school/provider letterhead detailing services provided (e.g., # sessions, duration of session, rate and date(s) of service) or the full cost of the device.
- Name of vendor and/or hourly rate.

### AND ANY OF THE FOLLOWING PROOFS OF PAYMENT

1. Cancelled check(s) both side – payable to school/provider: **OR**
2. Credit card statement(s) – clearly detailing provider and amount paid; **OR**
3. Bank statement(s) (paper or on-line) – clearly indicating provider and amount paid.

### SPECIAL INSTRUCTIONS FOR CASH/MONEY ORDER PAYMENTS

If payment was made by cash or money order, please fill out the Parent Affidavit of Cash or Money Order Payment (see attached) and send the completed original form to the Impartial Hearing Office for processing.

### PARENTS THAT HAVE NEVER BEEN REIMBURSED BY THE CITY OF NEW YORK OR REQUIRE THEIR PAYMENT INFORMATION TO BE UPDATED

- Complete W9 form (PARENT VERISION) for parties seeking reimbursement for the first time or if the payment information (e.g, mailing address) has changed. (copy attached).

### REIMBURSEMENT FOR TOLL, MILEAGE AND/OR FUEL COSTS

Parties awarded reimbursement for transportation cost will be reimbursed at the current rate set by the Internal Revenue code and any additional costs (tolls and/or fuel) will only be reimbursed if specified in the decision. Acceptable proofs of payments for transportation costs include cash receipts, credit card statements, or parent's affidavit. A mileage log is also required (see attached). Reimbursement is for private car service requires a detailed receipt with the car service name, child's name, destination, date, time, and cost.

You will be required to send copies of documents to:

        Impartial Hearing Office
        131 Livingston Street, Room 201
        Brooklyn, NY 11201
        Attn: Reimbursement Documentation
        Telephone number 718-935-3280
        Fax Number 718-935-2528

Please make sure that ALL documentation submitted to this office includes the Impartial Hearing Office six digit CASE NUMBER. Reimbursement will be limited to the amount equal to the proof submitted. So please make sure you send all the paperwork needed to cover the amount for which you are seeking payment

Rev. September 2010

**DO NOT SUBMIT FORM TO IRS - SUMBIT FORM TO REQUESTING AGENCY.**

*3/04 Revision*

# CITY OF NEW YORK
## SUBSTITUTE FORM W-9: REQUEST FOR TAXPAYER IDENTIFICATION NUMBER & CERTIFICATION

**TYPE OR PRINT INFORMATION NEATLY. PLEASE REFER TO INSTRUCTIONS FOR MORE INFORMATION.**

### Part I: Vendor Information

1. Legal Business Name:

2. If you use DBA, please list below:

3. Entity Type (Check one only):

- [ ] Non-Profit Corporation
- [ ] Corporation
- [ ] Government
- [ ] City of New York Employee
- [ ] Individual / Sole Proprietor
- [ ] Trust
- [ ] Joint Venture
- [ ] Partnership
- [ ] Limited Liability Co.
- [ ] Resident/Non-Resident Alien
- [ ] Non-United States Business Entity
- [ ] Estate

### Part II: Taxpayer Identification Number (TIN) & Taxpayer Identification Type

1. Enter your TIN here: *(DO NOT USE DASHES)*

2. Taxpayer Identification Type (check appropriate box):

- [ ] Employer ID No. (EIN)
- [ ] Social Security No. SSN)
- [ ] Individual Taxpayer ID No. (ITIN)
- [ ] N/A (Non-United United States Business Entity)

### Part III: Primary 1099 Vendor & Remittance Address

1. Primary 1099 Vendor Address:

Number, Street, and Apartment or Suite Number

City, State, and Nine Digit Zip Code or Country

2. Remittance Address:

Number, Street, and Apartment or Suite Number

City, State, and Nine Digit Zip Code or Country

### Part IV: Exemption from Backup Withholding

For payees exempt from Backup Withholding, check the box below. Valid explanation required for exemption. See instructions.

- [ ] Exempt from Backup Withholding

### Part V: Certification

The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

Under penalties of perjury, I certify that the number shown on this form is my correct Taxpayer Identification Number (TIN).

Sign Here:

_____   _____   _____
Signature                    Phone Number                 Date

_____                                _____
Print Preparer's Name                                     Phone Number

---

**FOR SUBMIITTING AGENCY USE ONLY**

Submitting Agency Code: ___|___|___

Submitting Agency Name: _____

Contact Person: _____

Telephone Number: ( )

Payee/Vendor Code: |___|___|___|___|___|___|___|___|___|___|

**DO NOT FORWARD W-9 TO COMPTROLLER'S OFFICE. AGENCIES MUST FAX COMPLETED W-9 FORMS TO: 718 - 935-2155**



**Department of Education**

Joel I. Klein
*Chancellor*

## DIRECT REIMBURSEMENT
## SOCIAL SECURITY NUMBER FORM

This form is only for parents who are or may be eligible for reimbursement from the New York City Department of Education (NYC DOE) for direct payments made by parents to outside vendors for services or tuition for their children with disabilities. Use of this form for any other purpose is not authorized and may delay payments from the City of New York or the NYC DOE. If you are eligible for or seek other forms of payment from the City of New York or the NYC DOE, you may be required to complete a W-9 form for that purpose.

| | |
|---|---|
| Parent Name _____ | Phone Number _____ |
| Address: _____ | |
| City: _____ State _____ Zip Code _____ | |
| Primary Phone Number: _____ | Alternative Contact Number: _____ |
| Parent's Social Security Number: ___ ___ ___ - ___ ___ - ___ ___ ___ ___ | |
| Child Name: _____ | |
| IHO Case Number: _____ | |

Certification: Under penalties of perjury, I certify that the number shown on this form is my correct social security number.

Signature: _____     Date: _____
              Parent

Please return this form to:

Send to: ____ Impartial Hearing Office
              131 Livingston Street, Room 201
              Brooklyn, New York 11201
              Fax: 718-935-2528

         ____ Non-Public Schools Payables
              65 Court Street, 15th Floor
              Brooklyn, New York 11201
              Attn: Impartial Hearing Unit

Other: _____ (office)
       New York City Department of Education
       _____ (address)
       _____
       _____ (attention)

Substitute W-9