# Unimplemented Action Items for Q1A (131)

| | IHO Case Number | IHO Issuance Date | Parent Order Description Decision Type | Student ID | Category | Daylight Action Item Description | Implementation Liaison | Final Due Date | Executive Summary |
|---|---|---|---|---|---|---|---|---|---|
| **62 Payment Action Items** | | | | | | | | | |
| **9 - Bronx** | | | | | | | | | |
| 3 | 121400 | 10/30/2009 | Statement of Agreement and Order | 264558388 | Tutoring | It is ordered that the DOE shall additionally provide a related services authorization for 200 hours of tutoring, to be furnished by EBL Coaching at a rate of no more than $85.00 per hour. These services shall be rendered within a two year time frame, commencing within ten business days of the date of this Order.<br><br>Note: As per DAITS, "Although the IHO has ordered that [an] RSA be issued for this private tutoring service please note that this Action Item will be implemented via payment as there is no such thing as [an] RSA for tutoring".<br><br>Note: As this is a prospective payment Action Item, the default 35 due date is used. | Linda Chow | 12/4/2009 | This Action Item was Not Timely Implemented. The Order specified that the student receive 200 hours of tutoring at EBL coaching within 10 business days of the date of the Order. However, as it does not appear that the DOE had the necessary documentation to process payment, the default due date of 35 days from the date of the Order was used. In this case, the due date was 12/4/2009 and the Action Item was implemented after the final due date. A prospective payment order for tutoring was created in DAITS on 11/3/2009. According to the invoice received date on the Case File Report, it appears that the DOE received the documentation necessary to process payment on 12/9/2010 and the voucher posted date for the first payment in the amount of $510.00 appears in DAITS as 12/10/2009. In addition, the DOE did not make "Substantial Attempts" to obtain documentation from the parent. Specifically, the DOE sent a letter to the parent on 11/3/2009 requesting documentation and sent documented emails to the parent's attorney and the provider (EBL Coaching), also on 11/3/2009. There is value associated with repeated attempts occurring at some meaningful temporal interval and the repeated quality of the attempts is diminished when they occur too close together in time. In this case, all of the outreach attempts were made on the same day and do not satisfy "Substantial Attempts." Therefore, this Action Item is considered Not Timely Implemented. |