# Nathan Judy

| | |
|---|---|
| **From:** | Nathan Judy |
| **Sent:** | Wednesday, August 18, 2010 4:13 PM |
| **To:** | Fingerle Susan |
| **Subject:** | FW: Sent on Behalf of Sal LaScala: Daylight's Post Corrective Action Plan Second Quarterly Report and First Benchmark Report |
| **Attachments:** | First Benchmark Report updated stats per DOE.xlsx; Q1A Report updated stats per DOE.xlsx; Q2A Report updated stats per DOE.xlsx |

*Judy Nathan*
First Deputy Counsel
52 Chambers St., Room 308, A8
212-374-2993
jnathan@schools.nyc.gov

---

**From:** Tom McGlyn [mailto:Tom.McGlyn@NavigantConsulting.com]
**Sent:** Wednesday, August 18, 2010 3:45 PM
**To:** Nathan Judy; jdantowi@law.nyc.gov; rshore@advocatesforchildren.org; Doug Henkin; Penski, Rachel; ecallahan@advocatesforchildren.org
**Cc:** Ellen Zimiles; Salvatore LaScala; Michael Angerhauser; Steven McCarthy
**Subject:** RE: Sent on Behalf of Sal LaScala: Daylight's Post Corrective Action Plan Second Quarterly Report and First Benchmark Report

Judy:

As per your request, we utilized the review standards you outlined in your comments below, which, as you know differ from our review standards, to prepare new summary tables (attached) for Navigant's Post Corrective Action Plan First Benchmark Report, First Quarterly Report and Second Quarterly Report. We noted the following:

1) 38 Orders and 47 Action Items from the First Benchmark Report changed when we applied your review standards. As a result, utilizing the DOE's standard of review during the First Benchmark reporting period would have resulted in the DOE Timely Implementing 72.3% of all Orders (including 76.6% of Payment Orders) and 79.4% of all Action Items (including 74.9% of Payment Action Items).

2) 22 Orders and 28 Action Items from the First Quarter changed when we applied your review standards. As a result, the DOE would have Timely Implemented 78.0% of all Orders (including 82.8% of Payment Orders) and 84.2% of all Action Items (including 80.8% of Payment Action Items) for the period.

3) 16 Orders and 19 Action Items from the Second Quarter changed when we applied your review standards. As a result, the DOE would have Timely Implemented 66.2% of all Orders (including 70.2% of Payment Orders) and 74.0% of all Action Items (including 70.0% of Payment Action Items) for the period.

Regards,

Sal LaScala

---

**From:** Nathan Judy [mailto:JNathan@schools.nyc.gov]
**Sent:** Monday, August 16, 2010 12:53 PM
**To:** Tom McGlyn; jdantowi@law.nyc.gov; rshore@advocatesforchildren.org; Doug Henkin; Penski, Rachel; ecallahan@advocatesforchildren.org

1

**Cc:** Ellen Zimiles; Salvatore LaScala; Michael Angerhauser; Steven McCarthy
**Subject:** RE: Sent on Behalf of Sal LaScala: Daylight's Post Corrective Action Plan Second Quarterly Report and First Benchmark Report
**Importance:** High

Thank you. We had asked in our comments to the first quarter post corrective action report and second quarter post corrective action report that Daylight/Navigant provide a calculation of payment action items/orders using the DOE's position that those action items where the DOE created a payment order was completed before the deadline for implementation, with communications then done to the parent, advocate and the vendor prior to the implementation deadline. This is critical to the DOE's assessment of Daylight's reports. Please provide this calculation by the end of the day.

*Judy Nathan*
First Deputy Counsel
52 Chambers St., Room 308, A8
212-374-2993
*jnathan@schools.nyc.gov*

---

**From:** McGlyn, Thomas [mailto:TMcglyn@daylightforensic.com]
**Sent:** Friday, August 13, 2010 1:00 PM
**To:** Nathan Judy; jdantowi@law.nyc.gov; rshore@advocatesforchildren.org; Doug Henkin; Penski, Rachel; ecallahan@advocatesforchildren.org
**Cc:** Zimiles, Ellen; LaScala, Salvatore; Angerhauser, Michael; McCarthy, Steven
**Subject:** Sent on Behalf of Sal LaScala: Daylight's Post Corrective Action Plan Second Quarterly Report and First Benchmark Report

All:

We have attached Navigant's Post Corrective Action Second Quarterly Report and Post Corrective Action First Benchmark Report along with the related Appendices to the Post Corrective Action Second Quarterly Report.

To view the Appendices in the largest font possible, set your print settings to legal sized paper.

If you have any further questions, please do not hesitate to contact us.

Best regards,

Sal LaScala

---

Thomas McGlyn | Managing Consultant | Disputes and Investigations | Navigant Consulting, Inc. (formerly Daylight Forensic)
1 Rockefeller Plaza | New York, NY 10020
Office: 212.554.3683 | Mobile: 718.216.8769 | Fax: 212.554.2601
TMcglyn@daylightforensic.com
www.navigantconsulting.com

```
*******************************************************************
The preceding E-mail and any attachments may contain information that is confidential
and subject to various privileges. If you are not the intended recipient or an
authorized representative of the intended recipient, you are hereby notified that any
dissemination of this communication is strictly prohibited. If you have received this
communication in error, please notify the sender immediately by return E-mail and
delete the message and any attachments from your system. When addressed to our clients,
any advice or opinions contained in this communication are subject to the terms and
conditions set forth in the applicable client engagement document. Thank you.
*******************************************************************
```

This communication is from Navigant Consulting Inc. E-mail text or attachments may contain information which is confidential and may also be privileged. This communication is for the exclusive use of the intended recipient(s). If you have received this communication in error, please return it with the title "received in error" to NCISecurity@navigantconsulting.com, and then delete the email and destroy any copies of it. In addition, this communication is subject to, and incorporates by reference, additional disclaimers found in Navigant Consulting's "Email Disclaimer" section at www.NavigantConsulting.com.

Navigant Consulting, Inc.
Company Registration Number: UK Ltd. 3641719
Registered in Delaware, USA
Registered Office Address: 30 South Wacker Drive, Suite 3400, Chicago, Illinois 60606