# EXHIBIT B – REDACTED VERSION

**Rebecca Shore**

**From:** cmiller@advocatesforchildren.org
**Sent:** Tuesday, July 27, 2010 12:38 PM
**To:** rcarney@schools.nyc.gov
**Cc:** Rebecca Shore
**Subject:** C. REDACTED Impartial Hearing Order
**Attachments:** Decision 2010.pdf

Dear Mr. Carney,

Thank you for getting back to me.  As per your request I am attaching the impartial hearing order for REDACTED.  We would like to start bussing immediately as the summer is already winding down.  The address I had previously sent the impartial hearing order to was eberelson@nyc.schools.gov.

Thank you for your time and attention on this matter.

Sincerely,

Caroline Miller