# EXHIBIT C – REDACTED VERSION

Rebecca Shore
_____

**From:** cmiller@advocatesforchildren.org
**Sent:** Tuesday, July 27, 2010 4:58 PM
**To:** Carney Robert
**Cc:** Rebecca Shore
**Subject:** RE: C. REDACTED Impartial Hearing Order


Dear Mr. Carney,

REDACTED will need to arrive at tutoring at 8:00 am and will be picked up at 3:00 pm. He will be getting door to door transportation Monday-Friday. We would like bussing to start on Thursday. Please let us know.

Thank you,

Caroline Miller

-----Original Message-----
From: "Carney Robert" <RCarney@schools.nyc.gov>
Sent: Tuesday, July 27, 2010 4:08pm
To: cmiller@advocatesforchildren.org
Cc: "Rebecca Shore" <rshore@advocatesforchildren.org>
Subject: RE: C. REDACTED Impartial Hearing Order

Ms. Miller - <<Decision 2010.pdf>>

I have received the copy of the order (attached). Can you provide me with further information/clarification on the student's schedule at Lindamood-Bell - what days/what hours is he supposed to be there?

Also, FYI, OPT has no role in item 3 of the order regarding "fronting" the funds for private car service. This appears to be redundant with respect to item 2, which provides for MetroCards during "off time" and "breaks" when busing may not be available and, depending on the student's schedule and whether transportation is required after August 18, may also be moot, but, IF it is in any way relevant, OPT would not be the source of such funds.

Thanks.

*****************************************************
Robert J. Carney
Director, General Education Transportation NYC Department of Education Office of Pupil Transportation
44-36 Vernon Boulevard - 6th Floor
Long Island City, New York 11101
Telephone: 718-482-3838
Fax: 718-482-3702
Website: http://schools.nyc.gov/Offices/Transportation/default.htm



-----Original Message-----
From: cmiller@advocatesforchildren.org [mailto:cmiller@advocatesforchildren.org]
Sent: Tuesday, July 27, 2010 12:38 PM
To: Carney Robert
Cc: Rebecca Shore

1

Subject: C. REDACTED Impartial Hearing Order

Dear Mr. Carney,
 Thank you for getting back to me.  As per your request I am attaching the impartial hearing order for     REDACTED    .  We would like to start bussing immediately as the summer is already winding down.  The address I had previously sent the impartial hearing order to was eberelson@nyc.schools.gov.

Thank you for your time and attention on this matter.

Sincerely,

Caroline Miller <<Decision 2010.pdf>>