# EXHIBIT E – REDACTED VERSION

# Romi Paek

| | |
|---|---|
| From: | Chow Linda [LChow@schools.nyc.gov] |
| Sent: | Tuesday, July 27, 2010 4:09 PM |
| To: | Romi Paek |
| Subject: | RE: Car Service Transportation Payment Processing - Decision Order REDACTED |
| Attachments: | image001.gif; image002.gif; image003.gif; image004.gif; image005.png; image006.jpg |

DOE has no contracted car service vendors at all -- none, zippo. There's not a car service agency has its tax ID# ever validated in our finance system because non of a car service agency is willing to accept prospective payment from the DOE. The DOE payment policy is -- we can only process payment once in a month for all vendors. The DOE payment system does not develop/permit to process payment every day or every week or bi-weekly. We do not have any ability to arrange for car service for the case.

**From:** Romi Paek [mailto:rpaek@advocatesforchildren.org]
**Sent:** Tuesday, July 27, 2010 3:48 PM
**To:** Chow Linda
**Subject:** RE: Car Service Transportation Payment Processing - Decision Order Case# REDACTED

Linda,
Apparently the issue that the hearing covered was just this—having the DOE pay for the car service beforehand. We had presented some car services who were in contract with the DOE as possibilities. The understanding was that a car service that was already in contract with the DOE could be used and would be arranged (by you? The CSE?) beforehand so that the parent would not have to pay.
This is all to be set up if and when the sp ed bus is on break and cannot transport REDACTED I guess we would let you know when we needed the car service (presumably after Aug 18 when schools are closed) and the tutoring schedule so that the car service could be arranged.
It just so happens that REDACTED received a defer to CBST on his most recent IEP and is scheduled to visit approved non-public schools by the CBST's car service arrangements. I just tried to speak to his case manager and then her supervisor to find out what car service they use as that could then be a good choice for the tutoring but they would not give me that information. They were really opposed to it, in fact.
Does that help you at all? Mark Parent from CSE 2 was the rep at the hearing.

**From:** Chow Linda [mailto:LChow@schools.nyc.gov]
**Sent:** Tuesday, July 27, 2010 3:03 PM
**To:** Romi Paek
**Subject:** RE: Car Service Transportation Payment Processing - Decision Order Case# REDACTED

Thank you. Please keep in mind that the parent's SS form does need sometimes for validation processing by the City Comptroller's Office, so nothing can be / will be done and completed soon enough.

**From:** Romi Paek [mailto:rpaek@advocatesforchildren.org]
**Sent:** Tuesday, July 27, 2010 2:27 PM
**To:** Chow Linda
**Subject:** RE: Car Service Transportation Payment Processing - Decision Order Case# REDACTED

Linda,
I am just as much at a loss as you are on this. We can definitely have the parent sign the SS form, that's no problem. I will speak to the attorney on how best to proceed when the car service is needed.

1

**From:** Chow Linda [mailto:LChow@schools.nyc.gov]
**Sent:** Tuesday, July 27, 2010 2:15 PM
**To:** Romi Paek
**Cc:** rshore@advocatesforchildren.org
**Subject:** RE: Car Service Transportation Payment Processing - Decision Order Case# **REDACTED**

Romi –

Why don't you or your attorney will let us know how you want us to proceed with the implementation? -- Whom to process payment to, and for how many days of service, etc. Thanks.

**From:** Chow Linda
**Sent:** Tuesday, July 27, 2010 2:05 PM
**To:** 'Romi Paek'
**Cc:** rshore@advocatesforchildren.org
**Subject:** RE: Car Service Transportation Payment Processing - Decision Order Case# **REDACTED**

I never had such a case that I have to pay prospective fund to the parent for car service. In any event, I still need the parent's SS form to send to us so that we can submit the form online to the City Comptroller's office for validation processing first. How do you want the DOE to process payment if parent's SS # would not submit for processing. Do you want the payment to address your agency's name and send direct to your office? I have very little info. for the case. How do I know for how many days of car service should I be processing without any info.? I don't know what else to say.

**From:** Romi Paek [mailto:rpaek@advocatesforchildren.org]
**Sent:** Tuesday, July 27, 2010 1:53 PM
**To:** Chow Linda
**Cc:** rshore@advocatesforchildren.org
**Subject:** RE: Car Service Transportation Payment Processing - Decision Order Case# **REDACTED**

Hi Linda,

I just wanted to clarify that the order says we should get sp ed busing from 7/1 to 8/18, which we are in the process of arranging with OPT, and that when we can't get busing (ie during breaks), the parent will then be provided with car service which the DOE will be paying for (as opposed to reimbursing).

I can understand that paying up front for the car service may not be the norm, but the hearing order does order that and I believe it was because the family could not afford to be reimbursed. I'm not sure how such payment will be worked out in advance so please call me if you need to speak to me about it.

In addition, because we had to go to hearing over this issue, the student has missed a month of tutoring and we're not sure when busing will begin. I imagine it could take a week for the busing to start. I wonder, since the order specifies car service for "off time for the buses and breaks", if we could get car service immediately to start tutoring until the busing kicks in? That might be beyond your control but would be wonderful for the student.

Thanks as always,
Romi

2

**From:** Chow Linda [mailto:LChow@schools.nyc.gov]
**Sent:** Tuesday, July 27, 2010 12:59 PM
**To:** Romi Paek
**Cc:** rshore@advocatesforchildren.org
**Subject:** Car Service Transportation Payment Processing - Decision Order Case#    REDACTED

Hi Romi -

Pursuant to the decision order issued on 07/23/2010, please submit the <u>parent's direct reimbursement social security number form</u> (a blank one attached above for use) and <u>attendance records</u> for attending tutoring service at Lindamood Bell for the period from 07/01/2010 to 08/18/2010 as indicated in the order.  The actual # of attended days will be calculated and for each attended day will be processed to reimburse the parent at $60 per day.

Please also be advised that our office has sent out the following letter to the parent requesting documentation/information be submitted to our office for implementation.

Thank you.

---
Top of Form
---



Department of
Education

Impartial Hearing Office
131 Livingston Street Rm. 201
Brooklyn, New York 11201

Date : 07/27/2010
Case Number :   REDACTED
Child's Name    REDACTED

**REDACTED**

Decision Date : 07/23/2010

Dear Parent :

Per the decision dated above, the DOE was ordered to reimburse you or directly pay for services rendered. However, documentation submitted at the Impartial Hearing was insufficient for the DOE to process your payment. Please review the item(s) below and forward to the Impartial Hearing Office all of the missing documentation, so that the payment can be processed:

Signed tuition/services contract between school/provider and parent indicating cost and enrollment period.
Invoice for tuition/services/device on school/provider letterhead detailing services provided (e.g., # sessions, duration of session, rate and date(s) of service).
Affidavit from school/provider indicating cost, payment and enrollment period.
Transportation receipts or daily mileage log(s).
Copies of any of the following proofs of payment:

1. Cancelled check(s) both sides – payable to school/provider.
2. Credit card statements – clearly detailing provider and amount paid.
3. Bank statements (paper or on-line) – clearly indicating provider and amount paid.

Completed Direct Reimbursement Social Security Number form.
Name of vendor and/or hourly rate :
Completed provider W-9 form. (Please provide the enclosed W-9 form to your provider, and ask the provider to return the completed form to the Impartial Hearing Office at the below address)
Other : Tutoring attendance record from Lindamood Bell for the period from 07/01/2010 to 08/18/2010.

For reimbursement cases, if payment was made by cash or money order, please fill out the Parent Affidavit of Cash or Money Order Payment (see attached) and send the original to the address listed below. You may send copies of all other documents to the office indicated below.

Impartial Hearing Office
131 Livingston Street, Room 201
Brooklyn, NY 11201
Attn: Reimbursement Documentation
Fax Number: 718-935-2528

For ongoing cases, PROVIDERS must submit monthly invoices and proof of services to :

Bureau of Non Public School Payables (BNPSP)
65 Court Street, 15th floor
Brooklyn, New York 11201

Please note that faxes are not accepted unless previously agreed to between the parties and BNPSP.

Please make sure that ALL documentation submitted includes the Impartial Hearing Office CASE NUMBER. You will only be paid up to the amount equal to the proof submitted; therefore, please make sure you submit all the paperwork needed to cover the amount for which you are seeking payment.

If you have any questions or have already submitted the documentation requested, please call 718-935-4798

Thank you

Impartial Hearing Office

Copy To : Rebecca Shore

Print   Close
Letter Generated By LChow on 07/27/2010

*Please Wait......

Bottom of Form



4

*Linda Chow*
Impartial Hearing Office
131 Livingston Street, Rm 201
Brooklyn, NY  11201
Phone (718) 935-3412
Fax (718) 935-2932
email LChow@schools.nyc.gov