# EXHIBIT F – REDACTED VERSION

**Rebecca Shore**

**From:** Fingerle Susan [SFinger@schools.nyc.gov]
**Sent:** Monday, August 02, 2010 4:09 PM
**To:** rshore@advocatesforchildren.org
**Subject:** REDACTED

Hello,
I have not received notice that busing will be in place for tomorrow (Tuesday).  I will contact you tomorrow with update.
Thank you,
Susan