

**GEORGIA M. PESTANA**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JEFFREY S. DANTOWITZ**
Room 2-121
Phone: (212) 356-0876
(not for service)

September 23, 2019

**VIA ECF**

Hon. Loretta Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 9-25-19

Re: LV v. DOE, 03 Civ. 9917 (LP)

Dear Judge Preska:

This office represents Defendants in the above-referenced action.

I write on behalf of both parties to advise the Court that the parties have agreed to an updated briefing schedule with respect to Plaintiffs' motion for the appointment of a special master. In accordance with that schedule, Defendants' opposition papers are to be filed/served by October 31, 2019 and Plaintiffs' reply papers are to be filed/served by November 29, 2019. This schedule supersedes the briefing schedule contained in Plaintiffs' Notice of Motion dated September 3, 2019 [ECF No. 205].

Thank you for your consideration of the foregoing.

SO ORDERED
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
9/25/19

Respectfully submitted,

*Jeffrey S. Dantowitz*
Jeffrey S. Dantowitz
Assistant Corporation Counsel

cc: All counsel of record
    (VIA ECF)