```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LV, et al.,

        Plaintiffs,

    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

        Defendants.

No. 03 Civ. 9917 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    Because of the stay, occasioned by the COVID-19 virus, on Plaintiffs' motion for a special master (dkt. no. 205), that motion is denied solely for administrative purposes, subject to reinstatement by letter at the conclusion of the fall semester. The Clerk of the Court is directed to close the open motion.

SO ORDERED.

Dated:  September 29, 2020
       New York, New York

*Loretta A. Preska* (signature)

_____
LORETTA A. PRESKA, U.S.D.J.