UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------

LV, et al.,

                    Plaintiffs,

          -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                    Defendants.

-------------------------------------

No. 03-CV-9917 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of counsel's update letter of
December 23, 2020.  (See dkt. no. 243.)  The parties may provide
supplemental briefing of no more than five double-spaced pages
each.  Counsel shall confer and inform the Court by letter of a
proposed briefing schedule.

**SO ORDERED.**

Dated:  December 28, 2020
        New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.