UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LV, et al.,

        Plaintiffs,

   -against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

        Defendants.

No. 03-CV-9917 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The Court is in receipt of the parties' letters regarding the appointment of a special master.  (Dkt. nos. 248, 249.)  The parties shall appear for a teleconference on January 28, 2021 at 10:00 a.m. using the dial-in 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:  January 22, 2021
       New York, New York

*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.