```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| LV, et al.,<br><br>　　　　　Plaintiffs,<br><br>　-against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　　Defendants. | No. 03-CV-9917 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

　　For the reasons discussed at the conference held on January 28, 2021, Plaintiffs' motion seeking the appointment of a special master [dkt. no. 243] is GRANTED.  No later than February 18, 2021, the parties shall confer and report by letter (1) possible candidates for appointment and (2) proposals for the scope of authority to be exercised by the special master.

**SO ORDERED.**

Dated:　January 28, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　*Loretta A. Preska*
　　　　　　　　　　　　　　　　　　　LORETTA A. PRESKA, U.S.D.J.