```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

LV, et al.,

        Plaintiffs,

    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

        Defendants.

No. 03-CV-9917 (LAP)

ORDER

LORETTA A. PRESKA, UNITED STATES DISTRICT JUDGE:

    The Court is concerned that the volume of work Mr. Steinkamp receives from Advocates for Children might tend to affect his impartiality, consciously or not.  The Court is also concerned that Mr. Pasternack seems to lack sufficient experience in evaluating processes and systems.  Accordingly, the Court requests that counsel nominate, either jointly or separately, additional candidates for consideration as Special Master.

**SO ORDERED.**

Dated:   March 1, 2021
          New York, New York

                                    *Loretta A. Preska*
                                  LORETTA A. PRESKA, U.S.D.J.