UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LV, et al.,

              Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

              Defendants.

No. 03-CV-9917 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiffs' letter objecting to the statement of relatedness filed by the plaintiffs in <u>Juca v. Porter</u>, No. 21-CV-2457 (S.D.N.Y.), which seeks to relate <u>Juca</u> to this case.  (<u>See</u> dkt. no. 268.)  Because <u>Juca</u> is now before Judge Engelmayer, Plaintiffs' objections are <u>DENIED</u> as moot.

**<u>SO ORDERED.</u>**

Dated:    April 14, 2021
           New York, New York

                    */s/ Loretta A. Preska*
                    LORETTA A. PRESKA
                    Senior United States District Judge