UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LV, et al.,<br><br>              Plaintiffs,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,<br><br>              Defendants. | No. 03-CV-9917 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the parties' joint letter regarding the appointment of David Irwin as special master. (See dkt. no. 267.)  After carefully reviewing Mr. Irwin's qualifications, the Court hereby appoints Mr. Irwin as special master in this matter.  Mr. Irwin may submit his views regarding the special master's scope of authority, by letter, no later than April 21, 2021.

**SO ORDERED.**

Dated:    April 14, 2021
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge

1