UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LV, et al.,<br><br>                Plaintiffs,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,<br><br>                Defendants. | No. 03-CV-9917 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Clerk of the Court shall grant ECF access to David Irwin (david@thru-ed.com, 646-489-7078)--the Court-appointed Special Master in this matter--so that he may receive automatic ECF notifications regarding filings in this case.

**SO ORDERED.**

Dated:    May 26, 2021
             New York, New York

                                        _____
                                        LORETTA A. PRESKA
                                        Senior United States District Judge