UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LV, et al., Plaintiffs, -against- NEW YORK CITY DEPARTMENT OF EDUCATION, et al., Defendants. | No. 03-CV-9917 (LAP) ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

To assist the Court in determining Mr. Irwin's fee structure, he shall submit an affidavit by no later than June 10, 2021 setting out the rates he has charged in two or three public sector matters. Additionally, Plaintiffs' counsel shall inform the Court of the rates charged by expert Neil Steinkamp for his work in Jose P. v. Ambach, No. 96-CV-1834 (E.D.N.Y.). The parties may submit any comments regarding Mr. Irwin's proposed fees by letter no later than June 17, 2021.

**SO ORDERED.**

Dated: June 2, 2021
New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge