UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LV, et al.,<br><br>　　　　　　Plaintiffs,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,<br><br>　　　　　　Defendants. | No. 03-CV-9917 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

　　The parties may submit--by letter and no later than June 30, 2021--their views regarding the Special Master's rates and proposed work plan.  Because the parties have indicated to the Court that the rates and work plans contain confidential information, they may file documents related to them to ECF using the designation "Parties Access Only."  Counsel are instructed to file the documents previously sent to chambers via email to ECF in that manner.

**SO ORDERED.**

Dated:　　June 24, 2021
　　　　　New York, New York

　　　　　　　　　　　　　　　*Loretta A. Preska*
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　LORETTA A. PRESKA
　　　　　　　　　　　　　　　Senior United States District Judge

1