

**GEORGIA M. PESTANA**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JEFFREY S. DANTOWITZ**
Room 2-121
Phone: (212) 356-0876
jdantowi@law.nyc.gov
(not for service)

June 30, 2021

**VIA ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: L.V. v. NYC Dep't of Education, et al., 03 Civ. 9917 (LAP)

Dear Judge Preska:

This office represents Defendants in the above-referenced action. Pursuant to the Court's Order of June 24, 2021 (dkt. no. 277), I write to advise the Court that the work plan submitted by the Special Master is acceptable to Defendants. As for the declaration dated June 10, 2021 submitted by the Special Master, Defendants respectfully refer Your Honor to Defendants' letter dated June 17, 2021 (dkt. no. 278).

Thank you for your consideration of the foregoing.

Respectfully submitted,

/s/ Jeffrey S. Dantowitz

Jeffrey S. Dantowitz
Assistant Corporation Counsel

cc:  All counsel of record
     (via ECF)