UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LV, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | 03-cv-9917 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of Plaintiffs' letter dated September 29, 2022 (dkt. no. 295) and Defendants' letter dated September 30, 2022 (dkt. no. 296). The parties shall appear for a teleconference on Wednesday, November 9, 2022, at 11:00 a.m. The dial-in is 877-402-9753, access code: 6545179.

**SO ORDERED.**

Dated:   October 4, 2022
         New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge

1