UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LV, et al.,

                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                Defendants.

03-cv-9917 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court has received Defendants' (dkt. no. 311) and Plaintiffs' (dkt. no. 312) objections to the Special Master's report, as well as Plaintiffs' proposed order (dkt. no. 312-3). The Special Master and the Defendants shall inform the Court if they have any objections to Plaintiffs' proposed order by May 8, 2023.

**SO ORDERED.**

Dated:    May 1, 2023
            New York, New York

                        *Loretta A. Preska*
                        LORETTA A. PRESKA
                        Senior United States District Judge