

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JEFFREY S. DANTOWITZ
Room 2-121
Phone: (212) 356-0876
jdantowi@law.nyc.gov
(not for service)

May 4, 2023

**VIA ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York

Re: <u>LV v. NYC Dep't of Education, et al., 03 Civ. 9917 (LAP)</u>

Dear Judge Preska:

    This office represents Defendants in the above-referenced action. I write to respectfully request a four (4) day extension of time for Defendants to submit their comments to Plaintiffs' proposed Order Implementing Special Master's Recommendations (ECF No. 312-3).

    In recent weeks the Department of Education has initiated the process of key structural and leadership changes to the Implementation Unit, including the installation of new individuals in leadership roles. These individuals are instrumental in the management and oversight of the Unit. As recent appointees, however, they are still familiarizing themselves with the Unit and how the Special Master's recommendations impact its operations. While working diligently to review the Special Master's Recommendations and Plaintiffs' Proposed Order, these individuals require some additional time to be able to compare the Recommendations to the terms of the Proposed Order, to identify where the Proposed Order differs from the Recommendations and to assess whether such differences are consequential and bear comment. This is particularly true where Plaintiffs have proposed timeframes for implementing each of the Recommendations. (The Special Master's Recommendations did not set exact timelines for individual items, and Defendants believe it would be appropriate for him to do so, rather than Plaintiffs.)

    Accordingly, Defendants respectfully request that <u>their time to submit their comments to Plaintiffs' proposed Order be extended from May 8, 2023 to May 12, 2023.</u> This is Defendants' first request for this extension. I have conferred with counsel for Plaintiffs' counsel, who consent to this request.

SO ORDERED.

*/s/ Loretta A. Preska*
5/5/23

Thank you for your consideration of the foregoing.

Respectfully,

Jeffrey S. Dantowitz
Assistant Corporation Counsel

cc:   All counsel of record
      (via ECF)