UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LV, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | 03-cv-9917 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel and the Special Master shall appear for a conference on June 14, 2023, at 9:30 AM in Courtroom 12A to discuss Plaintiffs' proposed order and Defendants' objections. Counsel shall confer in advance and inform the Court and the Special Master two business days before the conference of the ten most important areas of disagreement.

**SO ORDERED.**

Dated:   May 31, 2023
           New York, New York

                                      */s/ Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge