UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LV, RC, AD, NA, ADJ, YG, LO, AP, RLB, RD, and JYW, individually; and VSG, HR, CW, SS, MG, MS, ST, RZ, MC, and JP, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION; NEW YORK CITY BOARD OF EDUCATION; Richard A. Carranza, in his individual and official capacity as Chancellor of the New York City School District,<br><br>Defendant. | ECF CASE<br><br><br><br>No. 03 Civ. 9917 (LAP)<br><br>[PROPOSED] ORDER |

Counsel and the Special Master shall appear for a conference on June 29, 2023, at 10:00 AM in Courtroom 12A to discuss Plaintiffs' proposed order (Dkt. 312-3) and Defendants' objections. Counsel shall confer in advance and inform the Court and the Special Master by June 16, 2023, of the ten most important areas of disagreement.

DATED: June 13, 2023

_Loretta A. Preska_
The Honorable Loretta A. Preska
United States District Judge