UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LV, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. | 03-cv-9917 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel and their guests may attend the signing of the parties' proposed order (dkt. no. 323) on July 19, 2023, at 12:00 PM in Courtroom 12A.

**SO ORDERED.**

Dated:    July 14, 2023
             New York, New York

                                          _____
                                          LORETTA A. PRESKA
                                          Senior United States District Judge