UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LV, ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, ET AL., <br><br> Defendants. | No. 03-CV-9917 (LAP) <br><br> ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    Before the Court is Robert J. Tolchin's request to move to intervene in the action (dkt. no. 302). Mr. Tolchin may proceed with the motion. He and counsel shall confer and inform the Court of the proposed briefing schedule.

**SO ORDERED.**

Dated:    July 18, 2023
             New York, New York

                                      *Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge