N7JBNEWC

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x
3  LV, *et al*,
4           Plaintiff,
5           v.                              03 Civ. 9917 (LAP)
6  NEW YORK CITY DEPARTMENT OF
   EDUCATION, *et al*,
7
8           Defendant.                      Conference
   ------------------------------x
9                                           New York, N.Y.
                                            July 19, 2023
10                                          12:00 p.m.
11 Before:
12                 HON. LORETTA A. PRESKA,
13                                          District Judge
14
15                      APPEARANCES
16 THRU CONSULTING, LLC
        Attorneys for Special Master David Irwin
17 BY:  DAVID IRWIN
18 MILBANK, TWEED, HADLEY & McCLOY, LLP
        Attorneys for Plaintiff LV
19 BY:  JASPER PERKINS
20 ADVOCATES FOR CHILDREN OF NEW YORK, INC.
        Attorneys for Plaintiff
21 BY:  REBECCA SHORE
        BRIANNA KITCHELL (not yet admitted)
22
23 NYC DEPARTMENT OF EDUCATION
        Attorneys for Defendant
24 BY:  JEFFREY DANTOWITZ
25

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

```
N7JBNEWC
```

APPEARANCES (Continued)


GENERAL COUNSEL FOR NEW YORK CITY DEPARTMENT OF EDUCATION
     Attorneys for Defendant
BY:  LIZ VLADECK
     CHERYL WILLIAMS

N7JBNEWC

1             (Case called)
2             THE COURT:  We are here this morning to sign a
3    document called Order Implementing Special Masters
4    Recommendations.  That's what the order of business is today.
5             So as you heard, we're here today to take a massive
6    step toward getting families reimbursed for the cost of
7    services to their special needs children.  Under the current
8    system, payments have sometimes been delayed for years -- a
9    result that no family should have to endure in our city.
10            Now, with the assistance of our very accomplished and
11   experience Special Master David Irwin, today's order will begin
12   a wholesale streamlining of the payment system.  We're grateful
13   to Special Master Irwin and his team for their skillful work.
14   Thank you so much.
15            But the major credit today goes to the lawyers who
16   have been so diligently litigating this case over the years.
17   Unlike most cases and, indeed, unlike the front-end of this
18   case, these lawyers have worked together cooperatively without
19   rancor, and with the goal of serving children and families of
20   New York.  I would like to thank Rebecca Shore at Advocates for
21   Children of New York, and Jasper Perkins of the Milbank firm,
22   both of them co-counsel for the plaintiffs.
23            I'd like to thank Jeffrey Dantowitz of the City
24   Corporation Counsel Office.  He represented the Department in
25   this case, and particularly to thank Liz Vladeck.  This is

```
      N7JBNEWC
 1    general counsel of the Department of Education.
 2              I observed these lawyers work together harmoniously,
 3    and I applaud their efforts over many years.  I am very
 4    grateful to Chancellor Banks for his presence here today, and
 5    want to call out his leadership in permitting the Department to
 6    move forward with these improvements for the benefit of
 7    children and families in our city.
 8              Chancellor, Thank you.  Thank you, ladies and
 9    gentlemen.  Good luck.  I look forward to keeping in touch with
10    you all about our new efforts.  Good afternoon.
11              (Adjourned)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```