
Planning | Advisory | Research

December 1, 2023

<u>VIA ECF</u>

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

<u>Re: LV, et al. v. New York City Dept. of Educ., et al., No. 03 Civ. 9917</u>

Dear Judge Preska:

As per your Order issued on July 19, 2023, today I am filing the first program monitoring report on DOE's progress towards its obligations. As you know, this report is to be filed every 120 days following the issuance of the Order.

I shared a copy of a draft of the report with the parties last week and gathered their comments and feedback. After considering all feedback, adjusting where warranted, attached is the final report, pending any questions or suggestions from Your Honor.

As you will see on the last page of the report I have included a schedule for delivering the subsequent reports in 2024.

Happy holidays!

Yours sincerely,

David Irwin
Thru Consulting LLC

cc:     Jeff Dantowitz, Esq.
        Jasper Perkins, Esq.
        Rebecca Shore, Esq.
        Elizabeth Vladick, Esq.