

January 16, 2024

**VIA ECF**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: LV, et al. v. New York City Dept. of Educ., et al., No. 03 Civ. 9917**

Dear Judge Preska:

I am writing to request an extension of time for me to respond to Plaintiffs' letter to Your Honor dated December 21, 2023. (ECF No. 334). Per the Department of Education's letter filed with the Court on January 12, 2024 (ECF No. 337), it would be advantageous for me to also review the Mayor's Preliminary budget to be released on January 16, 2024 before responding. As such, I respectfully request an extension to January 31, 2024.

Thank you for your consideration.

Yours sincerely,

David Irwin
Thru Consulting LLC

cc:  Jeff Dantowitz, Esq.
     Jasper Perkins, Esq.
     Rebecca Shore, Esq.
     Elizabeth Vladick, Esq.

---

```
Mr. Irwin shall have until January 31, 2024, to
respond to Plaintiffs' letter, (see ECF No. 334).

SO ORDERED.

Dated:   January 16, 2024
```

*Loretta A. Preska*

LORETTA A. PRESKA, U.S.D.J.