UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LV, et al.,<br><br>                    Plaintiffs,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,<br><br>                    Defendants. | 03-cv-9917 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the letter filed by counsel for the lead plaintiffs and the Class ("Plaintiffs"), dated April 15, 2024.  (See dkt. no. 343.)  The parties and Special Master David Irwin shall appear for a conference at 10:00 a.m. on May 30, 2024, to discuss the concerns Plaintiffs raise in their letter.  The conference will take place in Courtroom 12A, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated:    April 17, 2024
         New York, New York

                              _____
                              LORETTA A. PRESKA
                              Senior United States District Judge

1