

July 26, 2024

VIA ECF

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: LV, et al. v. New York City Dept. of Educ., et al., No. 03 Civ. 9917

Dear Judge Preska:

I am following up to my letter to Your Honor on 7/15/23 (Dkt. No. 349). At the hearing on 5/30/24, Your Honor requested that I investigate the Office of Management and Budget (OMB) processes related to hiring, which may be hindering the progress of filling current open roles needed to satisfy some of the obligations of the 7/19/23 Order.

On 7/23/24 I interviewed the OMB employees (Deputy Assistant Director of Education and Associate Director of Education) responsible for reviewing and approving DOE hiring requests and the following is a summary of my findings:

- When LV candidates have been interviewed and DOE hiring processes are completed, DOE creates a position action report (referred to as a "PARS" request) and submits it to the aforementioned OMB personnel for review.
- The target review processing time for any candidates is 21 business days, though most review times are typically within 10 business days; in my 7/15 letter I had stated, "When hiring candidates, Central Offices should account for at least 4–6 weeks For OMB approvals. Please note that during the City Hiring Freeze, timelines may be subject to change."
- Because of the city hiring freeze, across all city agencies OMB has enacted a "two for one" policy that limits hiring approvals to one new hire for every two separations. However, because this issue of LV hiring had been raised by Your Honor, OMB leadership has recently waived this requirement for any LV hire flagged in a PARS shared with OMB for approval.
- There is a policy that requires City Hall approval for any hire with a salary greater than $150,000 and/or a direct report to the Chancellor. However, this criteria has not applied to any LV candidate to date and they do not anticipate this approval will be required for future LV hires.

In my interview with OMB, it was clear to me that they are aware of the importance and urgency of hiring LV candidates and the impact it will have on satisfying the obligation in the 7/19/23 order. OMB also confirmed that they just approved 22 new LV hires.

Prior to my meeting with OMB I met with DOE to review their hiring progress and asked them to create a report that can be used to showcase their progress. I have reviewed and provided feedback on the report, which is attached herewith. I have asked DOE to provide me with frequent updates of this report so that I can proactively monitor their hiring progress and report back to Your Honor as needed.

Thank you for your attention to this matter. I am available for further discussion at your convenience.

Yours sincerely,

David Irwin
Thru Consulting, LLC

cc:
Jeff Dantowitz, Esq.
Jasper Perkins, Esq.
Rebecca Shore, Esq.
Elizabeth Vladick, Esq.

Attachment



DOE Submission
Submission Date: 7/26/2024
Document Type: Deliverable
LV Mandates #14b, #14c, #22
Chart of LV Hiring Updates
Summary - Hiring Totals

## Summary - Hiring Totals, as of 7/26/2024

| Permanent Staffing | Count |
|---|---|
| Estimated Number of Positions | 76 |
| Candidates Accepted Offers | 44 |
| Candidates Onboarded | 4 |
| Applicants | 1606 |
| Applicant Interviews | 228 |

| Temporary Staffing | Count |
|---|---|
| Estimated Number of Temporary Consultant Positions | 38 |
| Temporary Consultants Onboarded<br><br>Note: The temporary consultants for IU and DFO-PO will remain in place after NYCDOE receives permanent staffing. | 38 |

| Total - Permanent and Temporary Staffing | Count |
|---|---|
| Estimated Number of Positions | 114 |
| Candidates Accepted Offers | 82 |
| Candidates Onboarded | 42 |
| Number of Applicants | 1644 |
| Number of Interviews | 266 |



**CONFIDENTIAL**
**LV Hiring Totals by Office, as of 07/26/2024**

DOE Submission
Submission Date: 7/26/2024
Document Type: Deliverable
LV Mandates #14b, #14c, #22
Chart of LV Hiring Updates
Totals by Office

| LV Mandate Cross-Reference | Division | Office | Estimated Number of Positions | Candidates Accepted Offers | Candidates Onboarded | Applicants | Applicants Selected for Interviews |
|---|---|---|---|---|---|---|---|
| #14b: Implementation Unit Staffing; #1 and #14a: | Office of the General Counsel | Implementation Unit (IU) | 46 | 44 | 31 | 680 | 73 |
| #40: HR Resource for IU | Office of the General Counsel | OGC Operations (OGC-HR) | 1 | 0 | 0 | 170 | 0 |
| #29: Appoint Implementation Systems Analyst to the Due Process Systems and Analytics Office (DPSA) | Office of the General Counsel | Due Process Systems and Analytics Office (DPSA) | 2 | 0 | 0 | 154 | 18 |
| #12a: Communicate all service orders and action items, #15: Designate Implementation Liaisons; and #33 Coordinate service action items | Division of Specialized Instruction & Student Support | Committee on Special Education (CSE) | 16 | 6 | 0 | 129 | 61 |
| #12a: Communicate all service orders and action items, #15: Designate Implementation Liaisons; and #33 Coordinate service action items | Division of Specialized Instruction & Student Support | Office of Related Services (ORS) | 2 | 2 | 0 | 28 | 10 |
| #24b: DAITS Enhancements | Division of Instructional and Information Technology (DIIT) | Division of Instructional and Information Technology (DIIT) | 2 | 2 | 0 | 10 | 6 |
| #15: Designate Implementation Liaisons; #19 Nursing Documentation; #20: Nursing Procedures; #21: OSH Implementation Liaisons; #12a Coordinate service action items and #33 Coordinate service action items | Office of Student Health (OSH) | Office of Student Health (OSH) | 23 | 7 | 0 | 322 | 72 |
| # 9: Timely Payments | Division of Financial Operations (DFO) | Division of Financial Operations, Payables Office (DFO-PO) | 22 | 21 | 11 | 151 | 26 |
| | | Total Count - Permanent and Temporary Hiring | 114 | 82 | 42 | 1644 | 266 |

Notes
1. These totals including both permanent and temporary hiring. The temporary consultants for IU and DFO-PO will remain in place after NYCDOE receives permanent staffing.