UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LV, et al.,

                    Plaintiffs,

-against-                                     03-cv-9917 (LAP)

NEW YORK CITY DEPARTMENT OF                        ORDER
EDUCATION, et al.,

                    Defendants.

LORETTA A. PRESKA, Senior United States District Judge:

    Defendant New York City Department of Education ("DOE") shall promptly inform the Court by letter of the steps it is taking to address concerns Mr. Irwin raises in the last paragraph of the letter attached to his July 19, 2024, status report, (see dkt. no. 351-1), namely, "address[ing] the feedback provided in the 'Help Us Help You Guide' and the inconsistencies on [DOE's] website that Plaintiffs shared in their [July 11, 2024] letter" and "collect[ing] feedback from stakeholder groups on their proposed changes . . . ." (Dkt. no. 351-1 at 2.)

**SO ORDERED.**

Dated:    August 7, 2024
          New York, New York

                        _____
                        LORETTA A. PRESKA
                        Senior United States District Judge

1