UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LV, et al.,

            Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

           Defendants.

---

03-cv-9917 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the parties' and Special Master David Irwin's various letters regarding the topics discussed at the conference held in the above-captioned case on May 30, 2024. (See dkt. nos. 348, 350, 351-1, 354-56.)

    To the extent Defendant New York City Department of Education ("DOE") wishes to continue to require parents and/or advocates to submit paperwork on behalf of vendors and providers for reimbursements of services and other orders for payment, it shall inform the Court by letter no later than October 4, 2024, of the nature and extent of the perceived fraud that justifies the imposition of this burden on parents and advocates.

    The DOE shall also inform the Court by October 4, 2024, of its progress in implementing the list of changes and enhancements that Mr. Irwin has recommended to the DOE's webpage and its contents, (see dkt. no. 356).

Plaintiffs may respond by letter no later than October 15, 2024.

**SO ORDERED.**

Dated:     September 19, 2024
           New York, New York

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge