UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.V., *et al.*,<br><br>                Plaintiffs,<br><br>        v.<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,<br><br>                Defendants. | No. 03-cv-9917 |

## MOTION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Jasper Perkins, and subject to the approval of the Court, Jasper Perkins and Atara Miller of Milbank LLP, and Joseph S. Genova, Erik L. Wilson, and Rachel Penski Fissell, formerly of Milbank LLP, hereby withdraw as counsel for Plaintiffs and shall be removed from the CM/ECF notification list in the above-captioned matter. Rebecca C. Shore of Advocates for Children will continue to represent Plaintiffs in this action.

Dated:   October 29, 2024
             New York, New York

                                        MILBANK LLP

                                        By: */s/ Jasper Perkins*
                                        Jasper Perkins
                                        55 Hudson Yards
                                        New York, New York 10001
                                        (212) 530-5000
                                        JPerkins@milbank.com

                                        *Attorneys for Plaintiffs*

SO ORDERED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.V., *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,<br><br>　　　　　　　　Defendants. | No. 03-cv-9917 |

## DECLARATION OF JASPER PERKINS

JASPER PERKINS, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am associated with the law firm Milbank LLP, counsel for Plaintiffs in the above-captioned action. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel for Plaintiffs. Also withdrawing as counsel for Plaintiffs are Atara Miller of Milbank LLP, and Joseph S. Genova, Erik L. Wilson and Rachel Penski Fissell, formerly of Milbank LLP.

2. Rebecca C. Shore of Advocates for Children will continue to represent Plaintiffs in this action.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not asserting a retaining or charging lien.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:　　October 29, 2024
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　*/s/ Jasper Perkins*
　　　　　　　　　　　　　　　　　　　　Jasper Perkins