UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LV, et al.,

            Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

            Defendants.

No. 03-CV-9917 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of the letter filed by counsel for Defendants on October 2, 2024, (see dkt. no. 358) and the letter filed by counsel for the lead plaintiffs and the class on October 15, 2024, (see dkt. no. 359). The parties and Special Master David Irwin shall appear for a conference at 10:00 a.m. on December 5, 2024, to discuss the topics addressed in the parties' letters and Defendants' progress in implementing the list of changes and enhancements that Mr. Irwin has recommended. The conference will take place in Courtroom 12A, 500 Pearl Street, New York, New York 10007.

**SO ORDERED.**

Dated:    November 7, 2024
           New York, New York

                                      */s/ Loretta A. Preska*
                                      LORETTA A. PRESKA
                                      Senior United States District Judge