

March 21, 2025

**VIA ECF**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: LV, et al. v. New York City Dept. of Educ., et al., No. 03 Civ. 9917**

Dear Judge Preska:

In the report I filed on March 19, 2025, I missed including NYCPS's most recent hiring report. Per your Order issued on July 19, 2023, NYCPS, per Obligation 22b, NYCPS is obligated to report to the Court on a quarterly basis its progress on hiring. Previously, we agreed to augment the timing of filing these reports and update the Court with the reports I file every four months.

Please see the most recent hiring report NYCPS shared with me. I am standing by should you like to discuss this further.

Yours sincerely,

David Irwin
Thru Consulting, LLC

cc:   Jeff Dantowitz, Esq.
      Rebecca Shore, Esq.
      Elizabeth Vladeck, Esq.

**Attachment**



**LV Hiring Totals by Office, as of 3/18/2025**

DOE Submission
Submission Date: 3/18/2025
Document Type: Deliverable
LV Mandates #14b, #14c, #22
Chart of LV Hiring Updates
Totals by Office

| LV Mandate Cross-Reference | Division | Office | Estimated Number of Positions | Candidates Accepted Offers | Candidates Onboarded | Applicants | Applicants Selected for Interviews |
|---|---|---|---|---|---|---|---|
| #14b: Implementation Unit Staffing; #1 and #14a: | Office of the General Counsel | Implementation Unit (IU) | 79 | 49 | 49 | 781 | 107 |
| #40: HR Resource for IU | Office of the General Counsel | OGC Operations (OGC-HR) | 1 | 1 | 1 | 13 | 2 |
| #29: Appoint Implementation Systems Analyst to the Due Process Systems and Analytics Office (DPSA) | Office of the General Counsel | Due Process Systems and Analytics Office (DPSA) | 2 | 2 | 2 | 269 | 21 |
| #12a: Communicate all service orders and action items, #15: Designate Implementation Liaisons; and #33 Coordinate service action items | Division of Specialized Instruction & Student Support | Committee on Special Education (CSE) | 16 | 14 | 14 | 242 | 121 |
| #12a: Communicate all service orders and action items, #15: Designate Implementation Liaisons; and #33 Coordinate service action items | Division of Specialized Instruction & Student Support | Office of Related Services (ORS) | 2 | 2 | 2 | 28 | 10 |
| #24b: DAITS Enhancements | Division of Instructional and Information Technology (DIIT) | Division of Instructional and Information Technology (DIIT) | 4 | 2 | 2 | 10 | 6 |
| #15: Designate Implementation Liaisons; #19 Nursing Documentation; #20: Nursing Procedures; #21: OSH Implementation Liaisons; #12a Coordinate service action items and #33 Coordinate service action items | Office of Student Health (OSH) | Office of Student Health (OSH) | 22 | 15 | 10 | 288 | 70 |
| # 9: Timely Payments | Division of Financial Operations (DFO) | Division of Financial Operations, Payables Office (DFO-PO) | 22 | 20 | 20 | 151 | 26 |
| | | **Total Count - Permanent and Temporary Hiring (FY 2024 and FY 2025)** | 148 | 105 | 100 | 1782 | 363 |

Notes
1. These totals including both permanent and temporary hiring. The temporary consultants for IU and DFO-PO will remain in place after NYCDOE receives permanent staffing.



DOE Submission
Submission Date: 3/18/2025
Document Type: Deliverable
LV Mandates #14b, #14c, #22
Chart of LV Hiring Updates
Summary - Hiring Totals

**Summary - Hiring Totals, as of 3/18/2025**

| Permanent Staffing | Count |
|---|---|
| Estimated Number of Positions (FY 2024 and FY 2025) | 104 |
| Candidates Accepted Offers | 63 |
| Candidates Onboarded | 62 |
| Applicants | 1810 |
| Applicant Interviews | 328 |

| Temporary Staffing | Count |
|---|---|
| Estimated Number of Temporary Consultant Positions (FY 2024 and FY 2025) | 44 |
| Temporary Consultants Onboarded<br><br>Note: The temporary consultants for IU and DFO-PO will remain in place after NYCDOE receives permanent staffing. | 38 |

| Total - Permanent and Temporary Staffing | Count |
|---|---|
| Estimated Number of Positions | 148 |
| Candidates Accepted Offers | 101 |
| Candidates Onboarded | 100 |
| Number of Applicants | 1848 |
| Number of Interviews | 366 |