UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Special Master Program Monitoring

July 21, 2025

LV, et al.,

                        Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                        Defendants.

Prepared for
**Loretta A. Preska**
Senior United States District Judge



In 2007, the parties settled a class action lawsuit, resulting in a settlement which developed a governing document, the Stipulation, to measure compliance moving forward. The parties agreed to the Stipulation and an Independent Auditor has been in the role of measuring compliance.

In a special education due process proceeding, the Impartial Hearing Officer (IHO) may issue a decision directing that specific services be provided to a student or that payment be made on the student's behalf. Pursuant to applicable regulations, the New York City Public Schools (DOE) is required to implement the IHO's order within 35 days of its issuance, unless the order specifies a different timeline. Implementation may include arranging for the delivery of the ordered services and/or processing the mandated payment. DOE created an office, termed the Implementation Unit (IU), to manage the process by which these payments are authorized and services are arranged.

thru

## Obligation #39

Every 120 days from the date of this Order [7/19/2023], the Special Master will file a report with the Court on DOE's progress in implementing the obligations that have come due in the prior 120 days pursuant to this Order (the "Obligations"). Each such report shall set forth (i) the Special Master's analysis as to whether each Obligation has been fulfilled; (ii) for any Obligation that the Special Master has concluded has been fulfilled, a detailed explanation of the basis for such conclusion; (iii) for any Obligation that has not been fulfilled, the impediments to fulfilling such Obligation, the measures necessary to overcome such impediments, and the timeframe for fulfilling the Obligation; (iv) for any Obligation that has not been fulfilled, a summary of DOE's efforts to consult with Plaintiffs, the Special Master, or other relevant entities in order to fulfill the Obligation, or an explanation of good cause why no such consultation was held; (v) the next steps to be taken to fulfill the Obligations; and (vi) any additional recommendations of steps DOE must take to meet the Stipulation's benchmarks, including but not limited to those identified as future recommendations in the Special Master's March 29, 2023 report. DOE should provide all reasonable assistance to the Special Master in preparing this report, and Plaintiffs will be permitted to provide feedback.

thru

# Contents

1. Executive Summary
2. Obligations Not Yet Fulfilled
- Appendix I: Independent Technology Assessment
- Appendix II: Obligations Fulfilled



# Executive Summary



# Timeline of Obligations 2024-2025

## January 19, 2024

#5 Decision/order web form
#8 Documentation capture
#10 Timesheets solution
#13 Requirements for services
#14a Customer support hotline
#14b Staffing plan
#16a Parent notifications design

#20 Nursing protocol
#22a Recruiting/hiring plan
#23 Training Lead
#24b DAITS enhancements
#29 Impl. Systems Analyst
#30 IU SOPM

## July 19,2024

#16c Timesheet solution
#27 Case status indicator (web)
#31/#17 Document management
#34 Document management tool

## Jan.19, 2025

#32 Mobile timesheet solution

| January | Feb-March | Apr-May | Jun-Jul | Aug-Sep | 2025 |
|---------|-----------|---------|---------|---------|------|

Today
July 21, 2025

**2023**
Due dates (# of obligations due)
- 9/2 (1)
- 9/19 (3)
- 10/19 (9)
- 11/19 (2)

## April 19, 2024

#14c Recruit additional staff
#3b Redesign workflows
#33 New services process
#16b Build parent notification
#22b DOE report on hiring

## Other (no due date)

#2b KPI monthly analysis
#9 Documentation for payments
#11 Prevent overpayments
#12b Service communications
#19 Medical forms required
#28a Collect data assets

#28b KPI analysis and solutions
#28c KPI report to Plaintiffs
#35 Home instruction orders
#36 Placement orders
#37 Training updates
#38 Ongoing user research



# Progress Snapshot

As stated in the previous report, the obligations outlined in the July 19, 2023 LV Order may comprise multiple distinct actions the DOE must take within a single obligation. These actions often have separate deadlines, while others lack due dates. I recently updated this snapshot to provide a comprehensive view of all 51 obligations.



- DOE fulfilled two obligations since my last report in March 2025: #8a, regarding the collection of documentation from parents, and #11, concerning notification to the Implementation Unit (IU) regarding settlements.
- As of July 8, 2025, twenty-one (21) obligations have been fulfilled, while thirty (30) are not yet fulfilled.

- All remaining unfulfilled obligations are now past due, as of 1/19/2025.

thru

# Key Takeaways

- In recent weeks, DOE has tentatively fulfilled two obligations from the LV order (pending official submission by DOE and Special Master acceptance): #8a regarding the collection of documentation from parents and #11 about notifying the Implementation Unit (IU) concerning settlements. The evidence of fulfilling these obligations is contained in several Business Requirements Documents for IHMS.

- DOE has yet to fulfill 59% of the obligations from the 7/19/23 order. All obligations are now past due and some by more than a year.

- On December 20, 2024, Judge Preska ordered DOE to identify a lead resource to coordinate communications and messaging related to LV, and this individual is now onboard and engaged in the work. We have spoken and are aligned on a number of the challenges. I look forward to progress on this topic in the coming weeks, because little has been accomplished to date.

thru

# Key Takeaways

- LV obligation #13 involves designing a process to monitor the implementation of service orders (action items), which will rely on functionality in SESIS/ATLAS. This has created a dependency on the SESIS/ATLAS product managers and release schedules. I am requesting that DIIT or SEU provide an update on this obligation.

- The IU has made significant progress in finalizing the web form fields for the Impartial Hearing Officer's order in IHMS (obligation #5). I shared the near-final draft (xls) with Plaintiffs in May for a final review and endorsement, and they have now provided me with their final comments, which DOE is reviewing.



# Key Takeaways

- IBM and DOE/DIIT have set a Go-Live date of 12/15/2025 for IHMS. The work plan entails a final design sign-off by DIIT by 8/29/2025, followed by testing activities leading up to go-live. While my team remains concerned about the tight timelines and little buffer time to absorb issues that may come up, I am encouraged to see the commitment of the DOE IU team to focus on this important work. I have advised and expect the DOE to include the Plaintiffs in the testing activities that will occur later this summer.

- Just as the DOE IU team has increased their focus on reviewing IBM's work, the DIIT team has been more involved to ensure that with the accelerated pace of development by IBM, that the team is being connected to the right resources to support critical integrations.

- One element of the IHMS work that I remain concerned about is data migration. With IHMS' Phases 1 and 2 going live concurrently, there will be little time to fully validate and test data that will be migrated from existing DOE systems.  I encourage the team to make more resources available for these activities.

thru

# Obligations Not Yet Fulfilled



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 5 | With endorsement from Plaintiffs, DOE, OATH and NYSED leadership, within six months of the date of this Order, DOE will research and design a web-based interface for Impartial Hearing Officers to issue decisions and build the user-friendly web form for capturing orders … allowing both common and uncommon relief to be ordered. The web-based interface must include the ability to capture the decision and order, both via structured input fields (e.g., a dropdown menu) and/or in writing (e.g., a free-form text field), with the full independence and discretion of the Hearing Officer; | 1/19/2024 | The web form fields are nearly finalized. The next impediment may be the actual development of this functionality as it relates to the IHMS release schedule. | I shared the near-final draft (xls) with Plaintiffs in May for a final review and endorsement, and they have now provided me with their final comments, which DOE is reviewing at the time of this writing. |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - DOE finalizing list of form fields and will incorporate into a BRD for IHMS<br>- DOE to share the final version of the BRD (or appendix)<br>- IHMS team to design/confirm the UI/workflow/functionality | In the course of UAT for IHMS, I recommend including Hearing Officers in the tests. | July 2025 |

thru

# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 8b | DOE will modify any necessary policies or technologies to allow parents to submit payment documentation as multiple files or different formats; | 1/19/2024 | (1) Users of SupportHub can now submit multiple files; (2) email enables the sending of multiple files; and (3) IHMS/NYCSA will support the upload of multiple files. DOE should now change its policy of requiring a single PDF for payment documentation. There are no more significant technological impediments. | None |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - Communications Lead to review current process/ policy and lead change effort<br>- Encourage parents/reps to use SupportHub if they would like to submit multiple documents for authorization. | Update the policy for submitting payment documentation (to allow multiple files), and communicate internally and publicly. | September 2025 |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 10 | DOE will assess and implement a solution to support the submission and immediate approval of timesheets within six months of the date of this Order. | 1/19/2024 | Testing documentation has recently been shared with the Special Masters team (7/14/2025) but is still under review at the time of this writing. | Polaris, the new custom-built invoicing tool went live with a pilot of 57 vendors in late December 2024. Results of the pilot have been encouraging in recent months regarding the decreased time to process orders. |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - Deploy Polaris to full community of vendors<br>- Please refer to Appendix I (slide 57) for additional details | While the team has completed comprehensive testing, the team should ensure that the application is also tested on multiple browser types to mimic what the public will use. | July 2025 |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 13 | Within six months of the date of this Order, DOE will define data and system requirements for monitoring incoming and tracking the ongoing implementation of orders comprised of service action items. | 1/19/2024 | This obligation's fulfillment is dependent on functionality contained within DOE' special education system. It is not apparent the IHMS and special ed teams are coordinating on the functional aspects of this obligation. . | DOE has provided my team and I with updates on the systems' data integration progress, but not on whether conversations around functionality are being conducted. |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - DOE to provide update on the ongoing coordination activities with IHMS and special ed system teams<br>- If none, establish the working group to do so | Establish a working group to meet regularly to discuss the functionality needed in the special ed system | TBD |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 14a | DOE will (a) within six months of the date of this Order, deploy a customer support hotline and formal network structure for the Implementation Manager role to serve as the point-of-contact for the case and coordinate service action items across DOE offices, schools, attorneys and parents | 1/19/2024 | The release of the public-facing customer support platform (SupportHub) is scheduled for July, and I understand the hotline has been hiring staff. I would like to review call analytics and other metrics post-go-live. | Plaintiffs have been providing feedback on the user experience of SupportHub to the IU Communications Lead. DOE and Nagarro have regularly shared status updates with me on the progress of launching SupportHub. |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - DOE/Nagarro to improve the tool/SupportHub/process in response to community feedback | See steps. | August 2025 |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 16a | Within six months of the date of this Order, DOE will design an automated service to generate emails to parents, attorneys and advocates, and providers at key milestones in the administrative workflow of the implementation of an order, such as when an Implementation Manager unpacks the hearing order, when a service provider has been identified, when a payment action item has been authorized, and when the payment has been sent to the parent or provider. | 1/19/2024 | DOE has confirmed to me that both IHMS and SupportHub have the capability to generate emails. DOE has not shown me a BRD that details notifications for the key milestones listed in this obligation. | DOE has provided the NYCSA BRD to demonstrate the design of this functionality, but as I responded on 8/4/2024, the BRD does not specify notifications for the milestones in this obligation. |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - DOE to draft the requirements/content of "an automated service to generate emails to parents…" | See steps. | TBD |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 16b | Within nine months of the date of this order, DOE will build the notification function and begin testing | 4/19/2024 | DOE has not designed the notification function as per obligation #16a, which is a dependency for this obligation (to build the notification function). | None |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| Same as #16a<br>- DIIT is reviewing the mechanism by which the automated notifications are generated (i.e. from IHMS directly, through NYSCA).<br>- DOE to draft the requirements/content of "an automated service to generate emails to parents…" | See steps. | As soon as possible (overdue) |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 16c | Within twelve months DOE will deploy the function publicly; (see 16a and 16b) | 7/19/2024 | This obligation depends on the design of the build of the notification function and testing (#16b). The origin of this obligation stemmed from a capability DAITS already has. This is a missed opportunity for a near-term solution. | None |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - See #16a | See #16a (slide 18). | TBD |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 20 | Within six months of the date of this Order, DOE and the Office of School Health will modify any applicable procedures with nursing agencies to specify that postings and assignments for a nurse will remain open until an individual nurse has been formally assigned to a student rather than when the nursing agency has claimed the posting; | 1/19/2024 | DOE provided a URL for general nursing forms. I am awaiting additional information from DOE/OSH, including a response to an email string around the communication to the nursing agencies. | DOE provided me with an update on 5/13/2024 sharing their efforts to date. I have requested follow-up documentation but have not seen any documentation of new procedures as outlined in the obligation. |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - DOE/IHO/OSH to provide copy of communications to health agencies | See steps. | TBD |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 24b | Within six months of the date of this order, DOE will develop, test, and release the DAITS enhancements | 1/19/2024 | DAITS technical resources have continuing their stabilization work (obligation #24). The team has executed 4 releases, but with IHMS going live in December, it may not be possible to continue enhancements | My team has been briefed on DOE's progress on this obligation. See also Appendix I (slide 49) and the IU Team has provided verbal confirmation that performance has improved |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - DIIT/IU to confirm further DAITS enhancements will be postponed and resources utilized to support IHMS development | See Appendix I DAITS (slide 49) | TBD |

21



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 30 | Within six months of the date of this Order, DOE will expand the LV Payment and Service Guidelines for Implementation Unit staff into an Operating Procedures Manual, and design and implement a professional development series on order implementation for DOE staff; | 1/19/2024 | Capacity to develop and write the Operating Procedures has been a challenge, however DOE shared a draft of this deliverable on 5/8/2024. I responded with feedback and questions on 5/21/2024 and have been waiting for further updates for over a year. | This is a task that I hope the new IU Communications Lead can take ownership of to produce a high-quality SOPM. |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - DOE to review and revise first draft of the Operating Procedures Manual, led by Communications Lead<br>- Share an updated version for Plaintiffs and Special Master to review | See steps. | Q3 2025 |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 33 | Within nine months of the date of this Order, DOE will launch the process of monitoring and coordinating service action items, as defined in paragraphs 14-16 | 4/19/2024 | This obligation is dependent on the development of a process to monitor and coordinate service action items, as per obligation #13 which is not yet fulfilled. | None |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - Ensure close coordination among SESIS and IHMS teams as new modules are developed<br>- Document/share business requirements for SESIS/ATLAS and determine release schedule | Create a working group (or equivalent) for IHMS and ATLAS/SESIS teams to discuss the integration needed between systems. | July 2025 |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 27 | Within one year of the date of this Order, DOE will develop and deploy an accessible status indicator (web-based) for parents to easily view their case's status in the due process workflow; | 7/19/2024 | Through the NYCSA BRD, DOE defined the function for a parent or parent advocate to log into NYCSA to view their case's status. Fulfilling this obligation though requires the deployment of the functionality, (not just documenting in the BRD). | None |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - Test the function with parents and parent representatives before its release. | Ensure the function is tested with parents in the User Acceptance Testing phase for IHMS. | TBD |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 31 | Within twelve months of the date of this Order, DOE will centralize the collection, submission and sharing of pertinent documents among DOE's impartial hearing representatives and Implementation Unit on a single platform. DOE will establish a process by which documentation from families is captured by DOE representative at the hearing; | 7/19/2024 | In obligation #7, DOE defined IHMS as the central platform for IU documents in the future with integration of documents from SESIS and NYCSA in the future. DOE, however, has since built functionality to gather documentation from parents in SupportHub (Nagarro) with some documentation stored on SharePoint. | DOE did not consult with Plaintiffs or I in building this functionality in SupportHub, and I do not believe there is a clear strategy to centralize all documents as outlined in this obligation. |

| | Steps to be Taken | | Special Master Recommendations | Timeframe to resolve |
|---|---|---|---|---|
| | - Develop a strategy for centralizing due process documents considering existing plans for IHMS/SharePoint/ SupportHub<br>- User Acceptance Testing of document management functionality in IHMS | | DOE should clarify and define the process and technologies for capturing and storing documentation from parents in the future. | TBD |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 34 | Within one year of the date of this Order, DOE will build the necessary document management functionality into the new special education data system to share documents across special education processes, as defined in paragraph 17 | 7/19/2024 | This obligation is dependent on the new special education system, similar to obligation #13. It is not clear if the Implementation Unit and special education (SEU) teams are coordinating at this time, as discussed on slide 15. | DOE has shared updates on *the data* currently planned for integration, but this obligation and #13 are dependent on *functionality* in the special education system. I am unclear if discussions on the topics of functionality are ongoing. |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - Define design and requirements for the sharing of documents among IHMS/special ed system | See obligation #13 on slide 15 | TBD. |

26



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 32 | Within eighteen months of the date of this Order, DOE will build or procure a mobile application by which providers can enter their hours on their phone upon providing a service and DOE will not require a traditional invoice for payment.  The new invoicing process and tool will be designed to streamline the invoice approval process.  DOE will conduct user research with providers and parents to identify the mobile application | 1/19/2025 | While Polaris is being developed and rolled out, DOE has not provided a demo or testing documentation to show the mobile functionality.<br><br>Our understanding is that the application is built to be mobile-responsive. | None |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - Provide testing results as to Polaris mobile functionality to SM team<br>- Provide demo of mobile functionality to SM team | DOE should share the testing results with the Special Master (Note: on 7/8/2025, DOE submitted some documentation, but as of this writing, it is still in review.) | September, 2025 |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 2b | (b) Once the required data assets are integrated, the Implementation Unit and DOE's Office of General Counsel will monitor progress of implementation, and KPIs, and report on the progress of KPIs to the Special Master and Plaintiffs on a monthly basis. | - | DOE has been collecting data to inform KPIs, such as volume of authorizations per month or invoices processed. The full list of KPIs defined in #2a will likely require the deployment of IHMS, SupportHub, and Polaris later this year. | DOE has provided samples of data related to KPIs in recent monthly status meetings. DOE has not yet begun producing monthly reports as per this obligation, but I will work with the IU to develop a report template of KPIs to share with Plaintiffs and Special Master. |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - DOE to gather and integrate data assets<br>- DOE to update Parties on delivery date for future KPI reports | See steps. | Q1 2026 |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 9 | DOE will make payments pursuant to the timelines in the Stipulation for Timely Implementation upon calculation or confirmation of the payment amount required by an Action Item in an Order and the payee being registered with the City.  Based on the representations contained in the attached declaration, DOE will identify for the Special Master the specific documents that DOE will require in any payment and publicly provide a list of those documents on DOE's website and as an attachment to every Payment Order; | - | DOE publicly provides the list of documents (as specified in this obligation) online via the HUHY Guide. DOE agreed to certain changes to this content in Court with your honor on 12/5/25. This list has only been partially implemented and several key pieces of content remain unchanged. DOE should update this content now. | Earlier this year, DOE informed me that somce changes had been made to the website, but 3 key areas remain unchanged as of 6/30/25: loan agreements, SSNs, pro se parents |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - Communications staff to review and improve the contents of the Implementation website | DOE should continue to review content and align with the SupportHub IU website. | As soon as possible |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 12a | Within two months of the date of this Order, the Implementation Unit will assign resources to flag incoming orders deemed high priority, as DOE and Plaintiffs agree upon the term "high-priority." The Implementation Unit will triage and route orders accordingly. DOE should consult and obtain feedback from Plaintiffs on what orders should be deemed "high priority." Should DOE and Plaintiffs fail to agree on what orders should be deemed "high priority," the Special Master will advise the Parties and/or raise the issue with the Court for determination | 9/19/23 | I do not know the volume or success rate of the high-priority process. I have asked DOE for evidence (data) of how the high-priority process is working, but have not received a response. I am again requesting that DOE share the pertinent data. | Earlier this year, I proposed a process by which DOE could use data from the impartial hearing system to identify high-priority cases. DOE decided not to consider this recommendation. |

| | Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|---|
| | - DOE to gather data on high-priority cases and share it with the Special Master<br>- DOE to determine lessons learned from missed cases | See steps. | TBD |

30



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 12b | Implementation Unit staff will communicate all service orders and action items to New York City public schools, charter schools and State-approved non-public schools (as applicable) within a time that allows for the order to be Timely Implemented within the definition of the Stipulation. | - | DOE has not provided an update or documentation on this obligation. DOE has briefly described this process in its Implementation Liaison Directory and Escalation Protocol, but more details are needed to satisfy this obligation. | I have communicated my expectations on fulfillment of this obligation, (i.e., a communications plan). |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - Discuss/clarify the topic with the new Communications Lead for IU<br>- DOE to develop the Communications Plan for service orders/action items | I have provided guidance to DOE to produce and share a communications plan | TBD |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 19 | Aside from the Medication Administration Form (MAF) and HIPAA forms, no other documentation or evidence is required before implementation of an impartial hearing order for the provision of nursing services; | - | I conveyed to DOE that fulfillment of this obligation must include a formal communication to the nursing providers. DOE continues to state that they are coordinating internally on a formal message/update to nursing agencies, communicating this policy. | DOE shared an update on this on 3/13/24, to which I responded with feedback and guidance on 3/21/24, specifically requesting updates around a formal communication to the community, (e.g., a website update). I have been waiting for a response for more than a year. |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - DOE to report obstacles and the status in the August Steering Committee meeting<br>- DOE to formally communicate the policy to the nursing providers | See steps. | As soon as possible |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 28a | DOE will copy and collect data assets from implementation-related data sources, including but not limited to DAITS, IHS, FAMIS, and SESIS, to analyze for Implementation Unit workflow purposes. | - | See obligation #2b (p. 28) DOE is still in the process of gathering and integrating all of the data that would be needed to report on the KPIs. A series of KPIs was defined in the fulfillment of obligation #2a – but a modernized system will likely be needed to report on the full series. | As mentioned in #2b (slide 29), DOE has begun sharing some initial KPIs in our monthly status meetings, and we have discussed if they are helpful to the IU leadership. I think this effort is headed in the right direction if DOE continues to gather data from the various systems. |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - Confirm data sources and estimate when data will be available for reporting | Share list of KPIs documented in #2a with the IHMS team to assess what can be done via IHMS reporting; assess gaps | Q1 2026 |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 28b | DOE will report to Plaintiffs on a quarterly basis the results of this analysis and meet with the Plaintiffs on a quarterly basis to identify solutions to problems and answer questions and hypotheses regarding failure to meet the Stipulations benchmarks based upon the analysis. | - | See obligation #2b (p.28). DOE is still in the process of gathering and integrating all of the data that would be needed to report on KPIs. | As mentioned on slide 28 regarding obligation #2b, I will begin advising DOE on the production of a monthly KPI report to share with Plaintiffs and Special Master. |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - Draft the outline and template of the quarterly report | Share the outline and template of the quarterly report for feedback from Plaintiffs and myself | Q1 2026 |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 28c | The Special Master will include in reports to be provided to the Court every six months DOE's analysis of such data; | - | This obligation is dependent on obligations #2b, #28a, and #28b. DOE is still in the process of gathering and integrating all the data that would be needed to report on KPIs. | I have consulted on the definition of KPIs in obligation #2a, but as mentioned, I will advise and begin working with DOE on the production of the report described in this obligation. |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - Draft the outline and template of the six-month KPI report to the Court | Share the outline and template of the six-month report for feedback | TBD |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 35 | For each home instruction order, the Implementation Unit Staff should confirm the actual provision of home instruction as defining implementation of the order | - | DOE reported that they are preparing to share this document describing the process around confirmation of provision of home instruction – but I have not received anything to date. | None. |



| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - DOE to draft a process document on the confirmation of the provision of home instruction | I have recommended that DOE creates a process document for confirmation of provision of home instruction. | TBD |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 36 | For each order placing a student at a DOE school, Implementation Unit Staff and OSE should confirm the actual placement as appropriate and meeting the need of the student, (per order and IEP) | - | DOE reported that they are preparing to share this document describing the process around confirmation of the appropriate placement of the student – but I have not received anything to date. | None. I provided DOE with guidance on the expectation for this deliverable (see below). |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - DOE to draft a process document for confirming the appropriate placement of the student | I have recommended that DOE creates a process document for confirming the student is appropriately placed in the school (as per order/IEP). | As soon as possible |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 37 | DOE will develop a continual process of updating training materials to reflect changing policies and business rules | - | DOE has not provided an update on this obligation in some time. Impediments unknown. | DOE and I communicated on this subject last on 2/7/24, but in more than a year there has been no follow-up or clear documentation of the process to update training materials. |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| DOE to develop and share Annual Training Publication Schedule | I have provided guidance to DOE to share an Annual Training Publication Schedule and process for updating training materials | As soon as possible |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 38 | DOE will continue to conduct ongoing user research on this proceeding and due process functions in an effort to modernize and redesign DOE due process functions and align them with (migrate to) the special education system | - | User research is not being conducted on IHMS/ATLAS at this time. DOE requested funding for user research as part of IHMS Phase II. | None |

| Steps to be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - DOE/DIIT/IBM to define the scope of the research to be conducted, with a schedule for engaging and testing the system with users<br>- DOE/DIIT/IBM to identify the resources required for this work | DOE to plan and scope user research for Phase II IHMS, including Plaintiffs' feedback. | TBD |



# Appendix I: Independent Technology Assessment



# Background and Approach

Of the 40 LV Order Obligations being monitored by the Special Master, 19 obligations have a specific dependency on technology solutions utilized by DOE.

As noted in earlier progress reports, many of the improvements and optimizations of new processes will rest on the success of the technology solutions in place and being developed.  To assess the viability of the technology applications, Beacon Consulting Partners (BCP) conducted an independent assessment on four (4) applications that are key to the fulfillment of the LV Order Obligations, specifically Impartial Hearing Management System (IHMS), Decision Action Item Tracking System (DAITS), Nagarro SupportHub Customer Service Platform, and the Polaris invoicing application.

BCP uses an evidenced-based approach consisting of reviewing available project documentation and artifacts, conducting interviews and observing standing meetings to create their assessment.  This Assessment is based on data collected during calls and limited documents shared, work products related to testing, integration, design have not been provided.



# Executive Summary

An initial assessment of the technology used by the Implementation Unit (IU) was conducted as a part of the Special Master's mandate in January 2024 to determine if DOE's technology and application development initiatives will be able to support the mandates of the LV Orders. Updated reports have been issued in July 2024, November 2024 and March 2025.

Each of the technology initiatives to support the LV Orders has had some delays, primarily from resource constraints in DOE business and DIIT. The Impartial Hearing Management System (IHMS) has been the most delayed and is the lynchpin for many of the LV Orders.

A major update from our last report is that the IHMS go-live date has been set for 12/15/2025, with final design sign off due in late August 2025. This date was set by IBM and DIIT and has leant an urgency to finally complete this application. While the new date leaves little buffer time to absorb delays, we are encouraged to see the entire team, IBM, DOE and DIIT, prioritizing meetings and dedicating resources to make it possible.



# IHMS Key Takeaways

## Will IHMS be deployed in December 2025?

In our last report, we reported there was uncertainty with the IBM contract that led to delays. Given the work delay and the historically slow pace of development, we reported that it was unlikely IHMS would be live until early 2027.  However, with the new contract and resumption of development, IBM, DIIT and DOE have set December 2025 as the go-live date for IHMS.  The team has dedicated more resources to complete Phase 2 development, and we have observed an increased effort to meet timelines.

Even with the higher level of engagement observed, we remain concerned about little buffer in the project timeline and the amount of complex work to complete in a short amount of time.  We have observed early small delays related to creation of User Interfaces (UIs), that may compound delays in development and erode time required for testing.  Additionally, IHMS is a highly integrated application and will require a significant data migration that includes multiple data sets from multiple legacy systems. It is highly likely this effort that will require more resources than currently allocated to complete.

We applaud efforts to meet timelines, but in the event the team misses the December go-live, there needs to be an alternate plan on how this effort can be completed.

thru

# IHMS Assessment:  IHMS Project Scoring

IHMS' Beacon Score has increased slightly since the last assessment.

## Factors affecting Clarity Score

- The team coordination and planning has been more thorough since beginning of the new contract and establishing a go-live date

## Factors affecting Design Difficulty Score

- Design Difficulty score has decreased slightly due further clarity in the complexity involved in executing the many integrations planned for IHMS

## Factors affecting Implementation Difficulty Score

- More resources have been allocated to the project and there has been much better engagement from DOE and DIIT
- Testing expectations are clearer than they had been in Phase 1
- Concern remains about whether there are enough data migration and validation resources



44

thru

# IHMS Previously Reported Findings (1/3)

| Metric | Progress | Previous Finding | Current Status | Recommendation |
|--------|----------|------------------|----------------|----------------|
| Clarity | | Current plans are pending change request approval and re-engagement by IBM | There is a new project plan and go-live date | Ensure that all activities (such as test case development, data migration and validation, etc.) are represented on the timeline and socialized with the greater team |
| Clarity | | The project still suffers from chronic delay and resource constraints from DOE business users who have to juggle priorities and schedules and a heavily reduced IBM staff | IBM is ramping up resources and more DOE and DIIT resources have been allocated to the project | Ensure there are enough resources to complete all tasks, particularly testing and data migration / validation from legacy systems |
| Clarity | | There continues to some inconsistencies including reporting on functionality that is ready for testing or whether development is truly complete | Focus on has been on Phase 2 functionality | Combining Phase 1 and Phase 2 functionality and data will require careful coordination across DOE units, ensure there are project tasks for end-to-end test case creation with assigned roles for each |

**Legend**

| Positive Progress | Some Progress | No Progress |
|---|---|---|



# IHMS Previously Reported Findings (2/3)

| Metric | Progress | Previous Finding | Current Status | Recommendation |
|--------|----------|------------------|----------------|----------------|
| Design Difficulty | | The team has yet to validate data migrated from legacy or integrated applications | Phase 1 data was not migrated and not validated in a mock migration | Perform a mock migration of Phase 1 data to test processes and ensure there are resources available when Phase 2 data needs to be migrated and validated |
| Design Difficulty | | N/A | IHMS has 13 data integrations planned with active DOE systems. Integrations will leverage DIIT's Data as a Platform (DaaP), API or sFTP batch load.  Currently IBM and DIIT have not shared updated integration plans that would demonstrate holistic approaches across integration initiatives<br><br>If integrations are not carefully choregraphed, it may result in data not being available when expected which would lead to longer testing times and project delays | Focus on the end-for-end capability for each stakeholder type (e.g., students, parents/reps, vendors) and follow the data flow to identify the test points to ensure the correct data in the right state when the integration occurs |

**Legend**  
Positive Progress | Some Progress | No Progress



# IHMS Previously Reported Findings (3/3)

| Metric | Progress | Previous Finding | Current Status | Recommendation |
|---|---|---|---|---|
| Implementation Difficulty | 🟩 | IBM has reported servers to be unavailable, working through a downtime since 2/4/25 and additional authentication issues which are affecting the team's ability to test integrations | DIIT has made the IHMS project a priority development initiative and made resources available | IBM should continue to team with DIIT resources to ensure issues are addressed quickly |
| Implementation Difficulty | 🟥 | Current plans are for Phase 1 to go live after Phase 2 functionality is ready but the timeline for release is unknown given the delays in the approval of the IBM change request and uncertainty if Phase 1 UAT will be completed on schedule | With IBM's contract concluding upon IHMS go-live, there is concern about how the application will be support and maintained going forward | Ensure there is a plan for ongoing support and maintenance and that the DIIT resources who will support and maintain IHMS are directly involved with testing and defect remediation with IBM |
| Implementation Difficulty | 🟨 | OCM activities would have set expectations for more timely execution of UAT and helped organize the team for validating migrated data from legacy applications | It's unclear what the DOE strategy is for training its users, parents, reps and advocates, no comprehensive plan has been shared | Ensure that OCM activities are scheduled and begin to execute during the UAT period in October |

**Legend** 



# DAITS: Key Takeaways

**DAITS resources have continued stabilization work.**  The team has had three releases that have stabilized the application and notably, made it accessible via a modern browser and users have reported better performance.  The subsequent two releases addressed priority enhancements requested by the IU Team.  Release 5, expected this summer will make it possible to send an Authorization email to multiple recipients.

Given that DAITS functionality and data will be merged into IHMS and the application sunset, the Special Master's Team has recommended that the rest of the DAITS enhancements that had been requested be postponed to enable the IU Team and the DAITS resources to focus their time on IHMS Phase 2 development and data migration.



# Polaris: Key Takeaways

Polaris, the custom-built invoicing tool (obligation #10), went live with 57 vendors in late December 2024 and has continued with that number of vendors.  Early results have been positive with the team processing invoices through the system within 5 days of receipt of the invoice.  There are plans to execute a July release and onboard more vendors, bringing the total number of vendors toward 200.

Conversations with the team indicate that the application is performing well and leading to shorter invoice processing times.  In our review of testing documentation shared on July 14, 2025, we believe the testing undertaken was thorough, consisting of both happy path and negative testing.  The only gaps we observed in the testing was that there was no mention of testing on different browsers and no mention of the mobile responsiveness tests.

thru

# Polaris Previously Reported Findings (1/2)

| Metric | Progress | Previous Finding | Current Status | Recommendation |
|---|---|---|---|---|
| Clarity | | The DFO team and vendor team (Spruce) continue to adhere to the stated project schedule | In addition to planned improvements, the Polaris team will need to be available to assist with building the IHMS integration | Ensure that future project plans allocate time and resources to the IHMS integration development efforts |
| Design Difficulty | | Polaris is dependent on integration with DAITS and specifically requires data from the DAITS connection to IHF/FAMIS | Polaris will need to continue its connection to DAITS but plan for integration with IHMS | The Polaris development team will need to plan for updates on how to incorporate the same data coming from IHMS starting in December |
| Design Difficulty | | Polaris uses a multitude of technologies including UI frameworks, MS Rules Engine and logging engines along with a database structure which is appropriately complex for the function it serves – as this application grows for other units, diagnosing performance issues may become difficult | Testing artifacts were reviewed for 695 functional test cases as well as performance tests. | Ensure business logic is contained (e.g. not spread across database and the rules engine) to reduce overlap in business logic across the tech stack |

**Legend** 



# Polaris Previously Reported Findings (2/2)

| Metric | Progress | Previous Finding | Current Status | Recommendation |
|---|---|---|---|---|
| Implementation Difficulty | | The Polaris pilot is underway with 57 vendors. In a review of unsolicited feedback to the Special Master's team from users, there seem to be some requirements and processes that are confusing to vendors. | The July 2025 release will expand the number of vendors using Polaris | DFO and IU Team should update FAQs and communication mechanisms to ensure newly onboarded vendors understand the process |

**Legend** 



# Nagarro SupportHub Customer Service Assessment

SupportHub is meant to help track customer support activities to parents, parents' representatives, independent providers/agencies in the implementation of impartial hearing orders.  Trained support agents will utilize custom forms built out on the ServiceNow platform for both incoming and outgoing proactive support.

The Special Masters Team has attended regular meetings with the OGC team and Nagarro to walk through plans for new functionality and the metrics on # of service tickets generated.  The team has done a good job of expanding functionality to include new end-user dashboards and has plans to go live with a new hotline functionality.



# Nagarro SupportHub Customer Service Findings (1/2)

| Metric | Progress | Previous Finding | Current Status | Recommendation |
|---|---|---|---|---|
| Clarity | <span style="color:green">■</span> | New updates will add more self-service functionality in the March 26th release | The team maintains their project plans well, has met their release dates, and will complete 2 Q2 releases in support of public-facing functionality | Going forward the project timeline should also include internal activities such as KPI reporting and metric analysis |
| Clarity | <span style="color:orange">■</span> | No metrics have been shared to demonstrate the volume of tickets per agent, per user, etc. | KPIs have been defined by DOE and Nagarro teams which will help determine effectiveness and use of the SupportHub<br><br>Reporting on achievement of the KPIs or any analysis on the outcomes of using the application have yet to be shared | Provide reporting on how the KPIs are being achieved<br><br>Build upon the defined KPIs to focus on measurement of intended outcomes (for example understand whether using SupportHub is resulting in faster resolution of issues, more efficiencies etc.) |

**Legend**    Positive Progress    Some Progress   No Progress

 thru

# Nagarro SupportHub Customer Service Findings (2/2)

| Metric | Progress | Previous Finding | Current Status | Recommendation |
|---|---|---|---|---|
| Design Difficulty | | DAITS has undergone a large stabilization release that could affect the data extracted to the SupportHub | Once IHMS goes live, SupportHub will need to get order information from IHMS, DIIT will need to confirm how they will integrate the data that was previously stored in DAITS into IHMS | Coordinate closely with DIIT to determine the best method for integration between IHMS and SupportHub |
| Implementation Difficulty | | The Nagarro process using ServiceNow and SharePoint has proven to be less onerous than current process of downloading documents out of personal email boxes | No observable changes | There should be some clarity of how documents will be handled and stored once IHMS goes live in December |

**Legend**  Positive Progress  Some Progress  No Progress



# SupportHub Findings (Nagarro)

As a result of the court meeting of December 5, 2024, the DOE was asked to institute a process of allowing vendors to email the Implementation Unit (IU).  To facilitate this process, DOE directed the Nagarro team to extend the use of their ServiceNow SupportHub platform to assign tickets to emails received by vendors.

With tool in use, DOE has reported that they are preparing a report to Judge Preska on the effectiveness of the solution. In the period of February 11-May 9, 2025, the system generated 3,557 tickets but only 26% of the tickets received a confirmation from parents or parent reps to confirm the vendor's identity and the majority of emails were received from 3 main vendors.

The data collected in this pilot provided meaningful data on which vendors are emailing the IU and the volume of those emails.  Questions remain on whether those vendors have valid questions that can be addressed in an alternative channel/method.



# Appendix II: Obligations Fulfilled



# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 14b | (b) within six months of the date of this Order, design a plan for additional staffing within the Implementation Unit, | 1/19/24 | Initially, the development of a staffing plan and the creation of job descriptions were delayed due to budget constraints. Following the Mayor/OMB budget approval, DOE has since shared job descriptions and a staffing plan, which was signed off in March, 2024. Other obligations track the progress of hiring/staffing, such as obligation #22 and #26. |
| 26 | Within three months of the date of this Order, the Special Master and DOE will identify the types of action items that require the greatest levels of effort to process as well as those most likely to contribute to the backlog of hearing order implementation. Based on the analysis, DOE will develop solutions to remove the causes for the backlog attributable to DOE; | 10/19/23 | In the Pain Point Analysis document, DOE defined the objectives and deliverables for three projects around staffing, communications and process improvement (November, 2023). DOE is making progress towards many of the milestones documented, such as recent hiring (see attached report) and a new communications lead for Implementation. |



# Obligations Fulfilled (continued)

| Obl.# | | Obligation | Due Date | Rationale |
|---|---|---|---|---|
| 7 | | Within three months of the date of this Order, DOE will identify a file-sharing process and tool to improve transparency of all documentation presented as evidence at the hearing so that all pertinent documents can be continually accessed by the Implementation Unit; | 10/19/23 | DOE identified its upcoming Impartial Hearing Management System (IHMS) as the solution for document management in due process. A business requirements document (BRD) was developed by the IHMS team around document management functions. I determined it fulfills the obligation to identify a file-sharing solution. |
| 24(a) | (a) | Within 45 days of the date of this Order, the Special Master and DOE will inventory all functional issues of DAITS that impede the hearing order implementation workflow, including but not limited to system crashes, system outages, and system timeouts, and prioritize enhancements. | 9/4/2023 | See Appendix I (slide 59) for the status of DAITS |
| | (b) | Within six months of the date of this Order, DOE will develop, test, and release the DAITS enhancements; | | |



# Obligations Fulfilled (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 3 | Within two months of the date of this Order, the Special Master will identify by type of Action Item the key pain points around the implementation of payment orders and service orders. | 9/19/2023 | Using the list of all possible action item types (e.g., tuition reimbursement, PT), DOE documented the key issues in the process of implementation (.xls), respectively. DOE also supplied a general sense of the volume and level of effort to implement each action item type. I held discussions with IU to understand the pain points and added my assessment of the root causes. Plaintiffs provided their feedback on the analysis,(several points of feedback will be addressed by obligation #26). |
| 21 | Within two months of the date of this Order, DOE will formalize, designate, and confirm a liaison role in OPT, with an escalation path, to coordinate the implementation of transportation orders between the Implementation Unit, OPT, and OSH as applicable. DOE will improve communications and track implementation of impartial hearing orders requiring transportation and provide monthly status updates to parents on the implementation of such orders, except where DOE is not in compliance with a transportation order, DOE will provide weekly updates to parents until existing deficiencies are cured; | 9/19/2023 | DOE produced a "chart" (.doc) of Implementation Liaisons for OPT and OSH with escalation points, coordination protocols between offices, and procedures for implementing transportation orders. I reviewed the document and provided feedback, as did Plaintiffs, and DOE incorporated the comments into a new version which was finalized, (but will be updated in the future, as applicable).<br><br>As of this report, I am requesting DOE provide an update on the status of the OPT Liaison and the monthly updates to parents. I will follow up with a formal request. |



# Obligations Fulfilled (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 1 | Within three months of the date of this Order, DOE will develop a customer support plan, including people and tools, for the Implementation Unit to address questions from parents and providers, routing Tier II questions to Implementation Unit Implementation Managers; | 10/19/2023 | I provided a template (.doc) of a customer support plan to DOE, incorporating standard elements of such a plan (cross-industry) in outline form. DOE then developed a draft Customer Support Plan (.doc) from the template, detailing intended audience groups, an outline of a support hotline and its objectives, training for hotline staff, and metrics to evaluate the effectiveness of the program going forward. I provided feedback, which DOE incorporated into a final version.<br><br>The execution of this plan is now being monitored through obligation #14. |
| 2a | Within three months of the date of this Order, the Special Master and DOE will identify the Key Performance Indicators ("KPIs") for monitoring the internal administrative workflows of the Implementation Unit.  KPIs will be presented to the Plaintiffs for feedback. | 10/19/2023 | DOE developed a list in table form (.xls) of metrics that could inform the day-to-day performance and decision-making of the Implementation Unit, (i.e., KPIs). Plaintiffs and I reviewed the file and suggested a number of enhancements, which were incorporated and signed off in October 2023.<br><br>In our recent monthly status meetings with DOE, the IU and DFO have been presenting initial figures of KPIs, such as number of action items unpacked per month, dollar amount of authorizations per month, invoices processed, etc. I anticipate DOE's ability to provide these metrics will evolve with the release of IHMS. |



# Obligations Fulfilled (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 18 | Within three months of the date of this Order, DOE Implementation Unit will develop and communicate a clear procedure to inform schools and CSEs that an IEP meeting has been ordered and to ensure that the IEP was updated pursuant to that order; | 10/19/2023 | DOE submitted a draft of a procedures document, "Protocols for Communicating Orders for IEP Meetings," for which I provided suggestions to improve the contents of the document, to be more clear, expand in areas, etc. DOE addressed the feedback and provided an updated version of the protocol document, which I accepted.<br><br>As of this report, I am requesting DOE provide a status update on this process around IEPs and its effectiveness. I will follow up with a formal request. |
| 6 | Within three months of the date of this Order, DOE will formalize an approach to sustaining knowledge of implementation processes, to enable experienced staff to onboard, train and mentor more junior staff; | 10/19/2023 | My team shared a template of a professional learning plan deliverable in advance of the work. DOE developed a *Professional Learning Plan* and submitted it in late October, which I reviewed and provided feedback, and eventually I accepted. |



# Obligations Fulfilled (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 15 | Within three months of the date of this Order, DOE will formally designate Implementation Liaisons in all Districts and relevant Central offices (e.g., OPT, OSH, OSE) to act as points-of-contact in their respective areas for Implementation Managers to facilitate the arrangement of the ordered service(s). DOE will also establish an escalation process when an Implementation Liaison is unavailable or unable to resolve a particular issue, with the escalation role being in an executive role within the respective DOE office; | 10/19/2023 | DOE developed an *Implementation Liaison Directory and Escalation Protocol* document (.pdf), which designates Implementation Liaisons for all relevant DOE offices and districts, and defines a protocol when that office DOEs not address the order in a timely manner (i.e. escalation protocol). As of this report, I am requesting a status update from DOE on the effectiveness and use of this protocol to date. I will follow up with a formal request. |
| 4 | Within three months of the date of this Order, DOE will build and maintain a toolkit of existing assistive technology, schools, programs, and services that DOE can Timely Implement (as defined in the Stipulation) any Action Items for provision of assistive technology; | 10/19/2023 | DOE compiled a spreadsheet of assistive technology (AT) products to quickly identify and procure those that are readily available for DOE to use with students. There is an open question regarding the component of the obligation concerning "schools, programs, and services." This obligation was fulfilled under the premise that DOE/NYSED provide the materials used to train IHOs on the topic of schools/programs/services, but no materials have been shared. This obligation will revert to 'unfulfilled without a response to this request by August 2025. |

thru

# Obligations Fulfilled (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 25 | Within three months of the date of this Order, DOE will assign an additional team of Implementation Unit Staff to expedite the implementation of any hearing order that is more than 35 days past the date of the hearing order. This team will continue its work until such time as orders are consistently being implemented within the implementation deadlines; | 10/19/2023 | DOE documented a "Backlog Triage Plan" (.doc) to describe the procedures the additional team will perform in expediting orders 35+ days old. The plan includes documentation of a workflow, staffing plan, operational plan, data reporting and dependencies.<br><br>As of this report, I am requesting a status update from DOE on the operation and effectiveness of this new team. I will follow up with a more formal request. |
| 29 | Within six months of the date of this Order, DOE will add the role of Implementation Systems Analyst to the Due Process Systems and Analytics Office to maintain documentation of workflows and continue the process of streamlining implementation processes; | 1/19/24 | DOE has reported in the attached report on hiring that two Implementation Systems Analysts have been onboarded.<br><br>As of this report, I am requesting a status update from DOE on the responsibilities and progress made by this new resource. I will follow up with a more formal request. |



# Obligations Fulfilled (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 8a | Within six months of the date of this Order, DOE will design a process by which DOE can collect relevant implementation documentation from parents and guardians, parent representatives, and providers before the hearing; DOE will conduct user research with parents to design a web-based and offline data collection process to facilitate this. | 1/19/2024 | In our review of a number of Business Requirements Documents for IHMS (regarding DPCs, TDNs, NYCSA, evidence disclosure), I determined and signed off that DOE satisfactorily designed and documented the requirements for capturing documentation from parents and parent advocates before the hearing. I intend to monitor the functionality built into IHMS. My expectation is that DOE will leverage this new functionality to improve the management of documents requested of parents. |
| 22 | (a) Within six months, DOE will develop a recruitment and hiring strategy for new staff to meet the volume of backlogged orders that have not been implemented and orders as they are issued currently and in the future. (b) DOE will report to the Court on a quarterly basis its progress on hiring, including the nature and impact of any impediments to the implementation of that strategy | 1/19/2025 | DOE presented their new approach to identifying qualified candidates and the recruiting/hiring process they have been following.<br><br>Attached to this report is the latest status of positions being recruited/hired. |



# **Obligations Fulfilled** (continued)

| Obl.# | Obligation | Due Date | Rationale |
|-------|-----------|----------|-----------|
| 11 | DOE will assess the creation of a systems-generated notification to inform the Implementation Unit that the Office of General Counsel/Special Education Unit has settled a case where payments are being distributed from an Order.  The assessment will define the business and technical requirements to do so; | n/a | In my review of Business Requirements Documents for IHMS (specifically Implementation), I determined and signed off that DOE satisfactorily documented the requirements for communication mechanism between the two offices in the case of a settlement. |



# Future Schedule of These Reports

| Report # | Draft Submitted to Parties | Parties' Feedback Due (If Any) | Report Submitted to the Court |
|----------|----------------------------|-------------------------------|-------------------------------|
| 6 | 7/9/2025 | 7/16/2025 | 7/21/2025 |
| 7 | 11/7/2025 | 11/14/2025 | 11/19/2025 |
| 8 | 3/5/2026 | 3/13/2026 | 3/19/2026 |
| 9 | 7/2/2026 | 7/13/2026 | 7/20/2026 |



# Contact

David Irwin
Special Master to the Court (*LV v. DOE*)
david@thru.co
(646) 489-7078

