

July 21, 2025

**VIA ECF**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: LV, et al. v. New York City Dept. of Educ., et al., No. 03 Civ. 9917**

Dear Judge Preska:

As per your Order issued on July 19, 2023, today I am filing the sixth program monitoring report on DOE's progress toward its obligations. As you know, I will be filing this report every 120 days following the issuance of the Order.

I shared a draft of the report with the Parties and gathered their comments and feedback. After considering all input and making adjustments where warranted, I have attached the final report, pending any questions or suggestions from Your Honor.

I have been pleased with the progress DOE has been making to address some of their communications challenges which have included having multiple meetings with Plaintiffs to hear their concerns and issues. Additionally, DOE has reported that they are establishing a focus group that includes parents' representatives and have invited 12 law firms/legal advocates to provide feedback on the recently launched customer service platform (Nagarro).

As noted in my report, I remain concerned about DOE's ability to implement IHMS by the end of the year, though I have noted their focus and commitment to ensuring that the risks and issues we have documented are addressed.

Finally, per obligation 22b, attached is DOE's updated hiring report.



I am standing by should you like to discuss this further.


Yours sincerely,

David Irwin
Thru Consulting, LLC

cc:   Jeff Dantowitz, Esq.
      Rebecca Shore, Esq.
      Elizabeth Vladeck, Esq.

**Attachment**



LV Hiring Totals by Office, as of 7/14/2025

DOE Submission
Submission Date: 7/14/2025
Document Type: Deliverable
LV Mandates #14b, #14c, #22
Chart of LV Hiring Updates
Totals by Office

| LV Mandate Cross-Reference | Division | Office | Estimated Number of Positions | Candidates Accepted Offers | Candidates Onboarded | Applicants | Applicants Selected for Interviews |
|---|---|---|---|---|---|---|---|
| #14b: Implementation Unit Staffing; #1 and #14a: | Office of the General Counsel | Implementation Unit (IU) | 79 | 72 | 70 | 801 | 139 |
| #40: HR Resource for IU | Office of the General Counsel | OGC Operations (OGC-HR) | 1 | 1 | 1 | 13 | 2 |
| #29: Appoint Implementation Systems Analyst to the Due Process Systems and Analytics Office (DPSA) | Office of the General Counsel | Due Process Systems and Analytics Office (DPSA) | 2 | 2 | 2 | 269 | 21 |
| #12a: Communicate all service orders and action items, #15: Designate Implementation Liaisons; and #33 Coordinate service action items | Division of Specialized Instruction & Student Support | Committee on Special Education (CSE) | 16 | 15 | 15 | 242 | 121 |
| #12a: Communicate all service orders and action items, #15: Designate Implementation Liaisons; and #33 Coordinate service action items | Division of Specialized Instruction & Student Support | Office of Related Services (ORS) | 2 | 2 | 2 | 28 | 10 |
| #24b: DAITS Enhancements | Division of Instructional and Information Technology (DIIT) | Division of Instructional and Information Technology (DIIT) | 5 | 5 | 3 | 33 | 14 |
| #15: Designate Implementation Liaisons; #19 Nursing Documentation; #20: Nursing Procedures; #21: OSH Implementation Liaisons; #12a Coordinate service action items and #33 Coordinate service action items | Office of Student Health (OSH) | Office of Student Health (OSH) | 22 | 16 | 11 | 378 | 78 |
| # 9: Timely Payments | Division of Financial Operations (DFO) | Division of Financial Operations, Payables Office (DFO-PO) | 22 | 21 | 20 | 154 | 29 |
| | | Total Count - Permanent and Temporary Hiring | 149 | 134 | 124 | 1918 | 414 |

Notes
1. These totals including both permanent and temporary hiring. The temporary consultants for IU and DFO-PO will remain in place after NYCDOE receives permanent staffing.



**Summary - Hiring Totals, as of 7/14/2025**

DOE Submission
Submission Date: 7/14/2025
Document Type: Deliverable
LV Mandates #14b, #14c, #22
Chart of LV Hiring Updates
Summary - Hiring Totals

| Permanent Staffing | Count |
|---|---|
| Estimated Number of Positions | 104 |
| Candidates Accepted Offers | 89 |
| Candidates Onboarded | 79 |
| Applicants | 1873 |
| Applicant Interviews | 369 |

| Temporary Staffing | Count |
|---|---|
| Estimated Number of Temporary Consultant Positions | 45 |
| Temporary Consultants Onboarded<br><br>Note: The temporary consultants for IU and DFO-PO will remain in place after NYCDOE receives permanent staffing. | 45 |

| Total - Permanent and Temporary Staffing | Count |
|---|---|
| Estimated Number of Positions | 149 |
| Candidates Accepted Offers | 134 |
| Candidates Onboarded | 124 |
| Number of Applicants | 1918 |
| Number of Interviews | 414 |

Notes
1. These totals including both permanent and temporary hiring. The temporary consultants for IU and DFO-PO will remain in place after NYCDOE receives permanent staffing.