UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LV, et al.,<br><br>          Plaintiffs,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,<br><br>          Defendants. | No. 03-CV-9917 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court shall hold a status conference in the above-captioned action on Thursday, September 18, 2025 at 10:00 a.m. in Courtroom 12A, 500 Pearl Street, New York, New York, 10007. The parties, including the Chief Information Officer for the New York City Department of Education (the "NYCDOE" or the "Department") and the Communications Lead for the NYCDOE, and Special Master David Irwin shall appear.

The purpose of the conference is to address several matters arising from the Court's Order dated July 19, 2023, which set forth the obligations of the NYCDOE to improve the timeliness in implementing the orders of Impartial Hearing Officers. (See dkt. no. 328.)

At the conference, the NYCDOE shall provide a detailed report explaining the status of, and barriers to, compliance with the outstanding obligations not dependent on technological implementation. The NYCDOE Chief Information Officer shall appear

1

to present a comprehensive update regarding the status of the obligations that are dependent on technology, especially the Impartial Hearing Management System ("IHMS") in development. This update shall include (i) the rationale and supporting evidence for the Department's representation that the system will be operational by December 2025, and (ii) a mitigation plan identifying the Department's intended course of action should that timeline not be met, particularly in light of the upcoming expiration of the contract with the current vendor.

The Court shall also hear a report from the NYCDOE Communications Lead concerning recent progress under their purview. Finally, the Special Master shall provide an update on recommendations to incorporate artificial intelligence into the Independent Auditor's processes.

The Parties are directed to come prepared to address these matters in detail.

**SO ORDERED.**

Dated:    August 7, 2025
         New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge