UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LV, et al.,<br><br>                Plaintiffs,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,<br><br>                Defendants. | No. 03-CV-9917 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    The Court shall hold a status conference in the above-captioned action on Monday, November 3, 2025, at 10:00 a.m. in Courtroom 12A, 500 Pearl Street, New York, New York, 10007. The parties and Special Master David Irwin shall appear.

    The purpose of the conference is to follow up on several matters discussed at the last conference conducted on Thursday, September 18, 2025. At that meeting, the Parties agreed to meet and confer and develop and share with the Court a mutually agreed-upon one-page agenda. The Parties are directed to share this agenda with the Court no later than Wednesday, October 29, 2025.

**SO ORDERED.**

Dated:   October 24, 2025
           New York, New York

                                                  _____
                                                  LORETTA A. PRESKA
                                                  Senior United States District Judge