

**T**HE **C**ITY OF **N**EW **Y**ORK
**L**AW **D**EPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

JEFFREY S. DANTOWITZ
Room 2-121
Phone: (212) 356-0876
jdantowi@law.nyc.gov
(not for service)

October 27, 2025

**VIA ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York

Re:  LV v. NYC Dep't of Education, et al., 03 Civ. 9917 (LAP)

Dear Judge Preska:

This office represents Defendants in the above-referenced action. I write to respectfully request an adjournment of the conference currently scheduled for November 3, 2025.

As the Court may recall, that conference was scheduled as a follow-up to the conference held on September 18 to discuss matters on an agenda being prepared by the parties. Liz Vladeck, DOE's General Counsel, has attended several court conferences (including on September 18) and DOE believes her participation at the next conference is important to a discussion and resolution of the issues to be addressed.  Ms. Vladeck, however, has been deeply involved in a recent crisis involving school busing, and she anticipates her involvement will continue into the first week of November, precluding her attendance at the scheduled conference. Accordingly, Defendants respectfully request that the conference be adjourned.

Plaintiffs have consented to this request, provided the conference be adjourned for only 1 or 2 weeks. In reviewing the parties' availability, it appears that both sides are available only on November 12 and 13, with DOE having a preference for November 13.  Defendants also are available the week of November 17 (except November 21); Plaintiffs have noted that a conference re-scheduled to that week would be more difficult for them, as they would need to re-schedule other commitments.

2

Thank you for your consideration of the foregoing.

        Respectfully,

        /s/ Jeffrey S. Dantowitz

        Jeffrey S. Dantowitz
        Assistant Corporation Counsel

cc:    All counsel of record
       Special Master Irwin
        (via ECF)