

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>**L**AW **D**EPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JEFFREY S. DANTOWITZ**<br>Room 2-121<br>Phone: (212) 356-0876<br>jdantowi@law.nyc.gov<br>(not for service) |

October 27, 2025

**VIA ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York

      Re:  <u>LV v. NYC Dep't of Education, et al., 03 Civ. 9917 (LAP)</u>

Dear Judge Preska:

      This office represents Defendants in the above-referenced action. I write to respectfully request an adjournment of the conference currently scheduled for November 3, 2025.

      As the Court may recall, that conference was scheduled as a follow-up to the conference held on September 18 to discuss matters on an agenda being prepared by the parties. Liz Vladeck, DOE's General Counsel, has attended several court conferences (including on September 18) and DOE believes her participation at the next conference is important to a discussion and resolution of the issues to be addressed. Ms. Vladeck, however, has been deeply involved in a recent crisis involving school busing, and she anticipates her involvement will continue into the first week of November, precluding her attendance at the scheduled conference. Accordingly, Defendants respectfully request that the conference be adjourned.

      Plaintiffs have consented to this request, provided the conference be adjourned for only 1 or 2 weeks. In reviewing the parties' availability, it appears that both sides are available only on November 12 and 13, with DOE having a preference for November 13. Defendants also are available the week of November 17 (except November 21); Plaintiffs have noted that a conference re-scheduled to that week would be more difficult for them, as they would need to re-schedule other commitments.

Thank you for your consideration of the foregoing.

Respectfully,

/s/ Jeffrey S. Dantowitz

Jeffrey S. Dantowitz
Assistant Corporation Counsel

cc: All counsel of record
    Special Master Irwin
    (via ECF)

```
The motion to adjourn the status conference is GRANTED.  The
Court shall hold a status conference in the above-captioned
action on Tuesday, December 2, 2025, at 10:00 a.m. in
Courtroom 12A, 500 Pearl Street, New York, New York, 10007.
The parties and Special Master David Irwin shall appear.  The
purpose of the conference is to follow up on several matters
discussed at the last conference conducted on Thursday,
September 18, 2025.  At that meeting, the Parties agreed to
meet and confer and develop and share with the Court a
mutually agreed-upon one-page agenda.  The Parties are
directed to share this agenda with the Court no later than
Tuesday, November 25, 2025.  The Clerk of the Court shall
close docket number 392.  **SO ORDERED.**
```

_____
```
Loretta A. Preska, U.S.D.J.
October 28, 2025
```