UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Special Master Program Monitoring

November 19, 2025

```
LV, et al.,

                    Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                    Defendants.
```

Prepared for
**Loretta A. Preska**
Senior United States District Judge



In 2007, the parties settled a class action lawsuit, resulting in a settlement which developed a governing document, the Stipulation, to measure compliance moving forward. The parties agreed to the Stipulation and an Independent Auditor has been in the role of measuring compliance.

In a special education due process proceeding, the Impartial Hearing Officer (IHO) may issue a decision directing that specific services be provided to a student or that payment be made on the student's behalf. Pursuant to the Stipulation, the New York City Department of Education (DOE) is required to implement the IHO's Order with 35 days of its issuance, for the Order to be Timely Implement, unless the Order specifies a different timeline for Timely Implementation. Implementation may include arranging for the delivery of the ordered services and/or processing the mandated payment. DOE created an office, termed the Implementation Unit (IU), to manage the process by which these payments are authorized and services are arranged.

thru

# Obligation #39

Every 120 days from the date of this Order [7/19/2023], the Special Master will file a report with the Court on DOE's progress in implementing the obligations that have come due in the prior 120 days pursuant to this Order (the "Obligations"). Each such report shall set forth (i) the Special Master's analysis as to whether each Obligation has been fulfilled; (ii) for any Obligation that the Special Master has concluded has been fulfilled, a detailed explanation of the basis for such conclusion; (iii) for any Obligation that has not been fulfilled, the impediments to fulfilling such Obligation, the measures necessary to overcome such impediments, and the timeframe for fulfilling the Obligation; (iv) for any Obligation that has not been fulfilled, a summary of DOE's efforts to consult with Plaintiffs, the Special Master, or other relevant entities in order to fulfill the Obligation, or an explanation of good cause why no such consultation was held; (v) the next Steps to Be Taken to fulfill the Obligations; and (vi) any additional recommendations of steps DOE must take to meet the Stipulation's benchmarks, including but not limited to those identified as future recommendations in the Special Master's March 29, 2023 report.  DOE should provide all reasonable assistance to the Special Master in preparing this report, and Plaintiffs will be permitted to provide feedback.

thru

# Contents

1. Executive Summary
2. Obligations Not Yet Fulfilled
- Appendix I: Independent Technology Assessment
- Appendix II: Obligations Fulfilled



# Executive Summary



# Progress Snapshot

DOE has fulfilled eight obligations this calendar year to date, (#5, #13, #14a, #8a, #22a, #22b, #11, #30), including four obligations since my last report in July, (i.e., #5 for the Hearing Officer's order form, #13 data and system requirements for monitoring service action items, #14a with the launch of the customer support hotline and #30, the SOPM).



- DOE has fulfilled twenty-seven (27) obligations to date since July, 2023. There are twenty-four (24) obligations that are not yet fulfilled.
- In my last report, I made an error in stating that twenty-one (21) obligations have been fulfilled, while thirty (30) are not yet fulfilled – these figures should have read that 23 obligations were fulfilled, while 28 were not.

thru

# Key Takeaways

- Obligation #5—development of the IHMS form for Hearing Officers' orders—has been successfully fulfilled through coordinated collaboration among DOE, OATH, IBM, NYSED, Plaintiffs, and my team. This milestone represents a significant achievement, due in large part to this strong interagency partnership and thoughtful design. The user interface (UI) design and its acceptance by users are the next milestones in this effort, which I plan to monitor with great interest.

- DOE fulfilled obligation #14a on September 22, 2025, after demonstrating the new customer support hotline and reviewing analytics from its first week of operation. I encourage DOE to use stakeholder input to optimize the support processes since the launch of SupportHub. My understanding is that the newly appointed LV Communications Lead has conducted focus groups with twelve law firms to seek feedback on many communications challenges, including using SupportHub. I look forward to reviewing a report that is being produced by the Communications Lead and recommendations to optimize support processes for families, advocates and providers.

thru

# Key Takeaways

- Obligation #13—data and system requirements for monitoring service action items—was fulfilled in the week prior to this report and therefore not included in the initial draft. DOE provided business requirements for monitoring service action items in ATLAS, a demo of the new functionality, and a high-level roadmap for expanding ATLAS to all PK–12 students by December 2026.

- Obligation #30—Standard Operating Procedures Manual (SOPM) for Implementation-related staff—was fulfilled after a long review cycle where DOE submitted an improved version. In fulfilling this obligation I shared with the Parties that I did not/cannot review this SOPM for legal accuracy and compliance measurement. Though DOE contends the contents of the SOPM are to be kept internal, I understand why Plaintiffs want some insight into its contents. I recommend that this topic be added to the met and confer agenda with the Parties. I have shared with DOE several other items I will be monitoring of this now fulfilled obligation.

thru

# Key Takeaways

- User Acceptance Testing (UAT) for IHMS is underway for some modules, but key components—including the Implementation module and the NYC Schools Account (NYCSA), where parents access their child's information—are still in development. DOE and IBM are continuing to finalize requirements and develop the necessary system integrations. As a result, IBM reported on 11/4/2025 that the IHMS/NYCSA roll-out will now occur in March 2026, as opposed to December, 2025. IBM and DOE expect to finish technical development in December, with additional testing and transition activities planned for January and February.

- I have requested a plan and schedule for Plaintiffs to participate in User Acceptance Testing (UAT) of IHMS/NYCSA before development is complete. As of this writing, I have not received any information describing what this participation will involve. Although DOE has a general UAT plan (with shifting timelines), they have not clarified how or when Plaintiffs will be included.

thru

# Key Takeaways

- The DOE is seeking post–go-live funding for Polaris (provider timesheet solution) and IHMS, and is currently working with vendors on next-phase contracts. While both systems are slated to launch this year, a "needs request" for 2026 has been created by DOE, but its status in the budget approval process has not yet been finalized. Addressing these funding gaps now is critical to ensure stable, continuous, and effective long-term system operations.

- I remain concerned that there is still no clear plan outlining which outreach and documentation activities will be handled through SupportHub versus IHMS.

- On September 18, 2025, Your Honor directed, and the Parties agreed, to prepare an agenda for a forthcoming discussion regarding the future of LV compliance measurement. This meeting is now rescheduled to January 2025. Your Honor ordered that an agenda be submitted by November 25, 2025. DOE and Plaintiffs' Counsel have met to discuss the matter and exchanged draft agendas.

thru

# Remaining Outstanding Obligations

**Business**

#2b (IU/OGC monitor progress (KPIs)

#9 (public list of required documentation)

#12a (communicate service orders)

#12b (timely communication to schools)

#16a (design milestone emails)

#19 (medical documentation)

#20 (nursing procedures)

#28b (report KPI data to Plaintiffs)

#28c (include KPI report in SM report)

#33 (launch process for service items)

#35 (confirm home instruction)

#36 (confirm placement)

#37 (process to update training materials)

**Technology**

#8b (multiple file formats)

#10 (timesheet solution (Polaris))

#16b (build email notifications)

#16c (deploy email notifications)

#24b (DAITS fixes)

#27 (accessible status indicator (NYCSA))

#28a (gather/integrate data)

#31 (centralized documentation collection)

#32 (mobile timesheets (Polaris))

#34 (deploy document management)

#38 (ongoing user research)



# Obligations Not Yet Fulfilled



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 8b | DOE will modify any necessary policies or technologies to allow parents to submit payment documentation as multiple files or different formats; | 1/19/2024 | DOE maintains that the acceptance of multiple files in multiple formats is contingent on the release of IHMS (and NYCSA). Users of SupportHub can now submit multiple files and general users of NYCSA may upload multiple files. However, DAITS, the IU's system of record, still only accepts one file. | The topic has been briefly discussed, but no efforts to consult with Plaintiffs/SM. |

| Steps to Be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - Communications Lead to review current process/policy and prepare to lead change effort with release of IHMS | Prepare to update the policy/guidelines for submitting payment documentation (to allow multiple files) and communicate internally and publicly. | Release of IHMS |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 10 | DOE will assess and implement a solution to support the submission and immediate approval of timesheets within six months of the date of this Order. | 1/19/2024 | Polaris, DOE's new vendor payment and timesheet solution, has been in a pilot phase with 57 vendors and initial feedback seems positive. DOE recently reported that it has been released to another 419 vendors. | DOE continues to provide updates on the progress of the pilot, which is encouraging. I stress that funding for Polaris in 2026 must be identified and determined now. |

| Steps to Be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - Deploy Polaris to full community of of an estimated 1400 vendors<br>- Please refer to Appendix I (slide 49) for additional details | Ensure that future project plans allocate time and resources to knowledge transfer to DIIT at the conclusion of the Spruce contract at the end of Feb 2026 | December 2025 |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 16a | Within six months of the date of this Order, DOE will design an automated service to generate emails to parents, attorneys and advocates, and providers at key milestones in the administrative workflow of the implementation of an order, such as when an Implementation Manager unpacks the hearing order, when a service provider has been identified, when a payment action item has been authorized, and when the payment has been sent to the parent or provider. | 1/19/2024 | DOE has confirmed to me that both IHMS and SupportHub have the capability to generate emails. DOE has not shown me a BRD that details notifications for the key milestones listed in this obligation. | DOE has provided the NYCSA BRD to demonstrate the design of this functionality, but as I responded on 8/4/2024, the BRD does not specify notifications for the milestones in this obligation. I have been awaiting a response for over a year. |

| Steps to Be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - DOE to draft the requirements/content of "an automated service to generate emails to parents…" | See steps. | TBD |

15



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 16b | Within nine months of the date of this order, DOE will build the notification function and begin testing | 4/19/2024 | DOE has not designed the notification function as per obligation #16a, which is a dependency for this obligation (to build the notification function). | None |

| Steps to Be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - DIIT is reviewing the mechanism by which the automated notifications are generated (i.e. from IHMS directly, through NYSCA).<br>- DOE to draft the requirements/content of "an automated service to generate emails to parents…" | Finalize requirements for notifications | Post-fulfillment of #16a |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 16c | Within twelve months DOE will deploy the function publicly; (see 16a and 16b) | 7/19/2024 | This obligation depends on the design/build of the notification function and testing (#16b). The origin of this obligation stemmed from a capability DAITS already has. This was a missed opportunity for a near-term solution. | None |

| Steps to Be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - See #16a | See #16a (slide 18). | Post-fulfillment of #16b |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 20 | Within six months of the date of this Order, DOE and the Office of School Health will modify any applicable procedures with nursing agencies to specify that postings and assignments for a nurse will remain open until an individual nurse has been formally assigned to a student rather than when the nursing agency has claimed the posting; | 1/19/2024 | I have not received an update on this obligation in some time, but am under the impression that the impediment was due to ongoing negotiations with nursing agencies. | DOE provided me with an update on 5/13/2024 sharing their efforts to date. I have requested follow-up documentation but have not seen any documentation of new procedures as outlined in the obligation. (DOE shared an update on 11/14/2025 but not in time to incorporate it here.) |

| Steps to Be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - DOE/IHO/OSH to provide copy of communications to health agencies | See steps. | TBD |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 24b | Within six months of the date of this order, DOE will develop, test, and release the DAITS enhancements | 1/19/2024 | DAITS technical resources have executed multipe releases, and with IHMS targeting December for development completion these individuals have begun supporting the IHMS project. I have requested notes regarding the releases as evidence of this obligation being fulfilled. | Our team is still waiting on information from DOE to be shared that confirms the success of this last release and the functionality included in it. |

| Steps to Be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - DIIT/IU to share release notes and other requested documentation | See Appendix I DAITS (slide 45) | November 2025 |

19



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 33 | Within nine months of the date of this Order, DOE will launch the process of monitoring and coordinating service action items, as defined in paragraphs 14-16 | 4/19/2024 | This obligation is dependent on the development of a process to monitor and coordinate service action items, as per obligation #13 which is not yet fulfilled. | None |

| Steps to Be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - Ensure close coordination among SESIS and IHMS teams as new modules are developed<br>- Document/share business requirements for SESIS/ATLAS and determine release schedule | See steps | Post-fulfillment of obligation #13 |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 27 | Within one year of the date of this Order, DOE will develop and deploy an accessible status indicator (web-based) for parents to easily view their case's status in the due process workflow; | 7/19/2024 | Through the NYCSA BRD, DOE defined the function for a parent or parent advocate to log into NYCSA to view their case's status. Fulfilling this obligation though requires the deployment of the functionality, (not just documenting in the BRD). | None |

| Steps to Be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - Test the function with parents and parent representatives before its release. | Ensure the function is tested with parents in the User Acceptance Testing phase for IHMS. | TBD |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 31 | Within twelve months of the date of this Order, DOE will centralize the collection, submission and sharing of pertinent documents among DOE's impartial hearing representatives and Implementation Unit on a single platform. DOE will establish a process by which documentation from families is captured by DOE representative at the hearing; | 7/19/2024 | In obligation #7, DOE defined IHMS as the central platform for IU documents in the future with integration of documents from SESIS and NYCSA in the future. DOE, however, has since built functionality to gather documentation from parents in SupportHub (Nagarro) with some documentation stored on SharePoint. | DOE did not consult with Plaintiffs or I in deciding to build this functionality in SupportHub, and I do not believe there is a clear strategy to centralize all documents as outlined in this obligation. We have asked for clarification on SupportHub's role going forward. |

| | Steps to Be Taken | | Special Master Recommendations | Timeframe to resolve |
|---|---|---|---|---|
| | - Develop a strategy for centralizing due process documents considering existing plans for IHMS/SharePoint/ SupportHub<br>- User Acceptance Testing of document management functionality in IHMS | | DOE should clarify and define the process and technologies for capturing and storing documentation from parents in the future. | TBD |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 34 | Within one year of the date of this Order, DOE will build the necessary document management functionality into the new special education data system to share documents across special education processes, as defined in paragraph 17 | 7/19/2024 | This obligation is dependent on a release of the DOE's new special education system, ATLAS, similar to obligation #13, scheduled for December 2026. | DOE has shared that ATLAS is the planned future platform for PK-12 students (and special education documents). I have recently seen a demo of some of this functionality. |

| Steps to Be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - Release ATLAS K-12 | See obligation #13 on slide 15 and obligation #31 on the previous slide. | December 2026 |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 32 | Within eighteen months of the date of this Order, DOE will build or procure a mobile application by which providers can enter their hours on their phone upon providing a service and DOE will not require a traditional invoice for payment.  The new invoicing process and tool will be designed to streamline the invoice approval process.  DOE will conduct user research with providers and parents to identify the mobile application | 1/19/2025 | DOE has not provided a demo or testing documentation to show the mobile functionality. Our understanding is that the application is built to be mobile-responsive. | None |

| Steps to Be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - Provide demo of Polaris' mobile functionality to SM team | With the release of Polaris (beyond pilot stage), provide demo of mobile functionality to my team | December 2025 |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 2b | (b) Once the required data assets are integrated, the Implementation Unit and DOE's Office of General Counsel will monitor progress of implementation, and KPIs, and report on the progress of KPIs to the Special Master and Plaintiffs on a monthly basis. | - | DOE has been collecting data to inform KPIs, such as volume of authorizations per month or invoices processed. The full list of KPIs defined in #2a will likely require the deployment of IHMS and Polaris, (as source of data). | DOE has provided me with samples of data related to KPIs in recent monthly status meetings. DOE has not yet begun producing monthly reports to share more broadly as per this obligation. |

| Steps to Be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - DOE to gather and integrate data assets, in conjunction with IHMS, Polaris, and SupportHub projects<br>- DOE to update Parties on delivery date for future KPI reports | See steps. | Post-IHMS deployment. Q1 2026 |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 9 | DOE will make payments pursuant to the timelines in the Stipulation for Timely Implementation upon calculation or confirmation of the payment amount required by an Action Item in an Order and the payee being registered with the City.  Based on the representations contained in the attached declaration, DOE will identify for the Special Master the specific documents that DOE will require in any payment and publicly provide a list of those documents on DOE's website and as an attachment to every Payment Order; | - | DOE publicly provides the list of documents (as specified in this obligation) online via the HUHY Guide. DOE agreed to certain changes to this and the website content in Court with your honor on 12/5/24, but several pieces of content still require updates (e.g., Unrepresented Families website section, loan agreements and direct deposit in HUHY, "SSN form" title) | None |

| Steps to Be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - Communications staff to review and improve the contents of the Implementation website/HUHY guide | See steps. | December 2025 |

26



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 12b | Within two months of the date of this Order, the Implementation Unit will assign resources to flag incoming orders deemed high priority, as DOE and Plaintiffs agree upon the term "high-priority." The Implementation Unit will triage and route orders accordingly. DOE should consult and obtain feedback from Plaintiffs on what orders should be deemed "high priority." Should DOE and Plaintiffs fail to agree on what orders should be deemed "high priority," the Special Master will advise the Parties and/or raise the issue with the Court for determination | 9/19/23 | A process of flagging high-priority orders is in effect. However, in recent months, I have received some reports of the IU not being in touch with pro se parents following an order. There have also been instances where hearing officers have not designated orders as high-priority. DOE has agreed to provide data on the numbers of high-priority cases, which I am still awaiting. | DOE, Plaintiffs and I agreed upon the categories of high-priority cases. (I am now trying to determine whether the process has been rolled out effectively.) |
| | Steps to Be Taken | | Special Master Recommendations | Timeframe to resolve |
| | - DOE to share data on high-priority cases<br>- DOE to determine lessons learned from missed cases | | See steps. | TBD |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 12a | Implementation Unit staff will communicate all service orders and action items to New York City public schools, charter schools and State-approved non-public schools (as applicable) within a time that allows for the order to be Timely Implemented within the definition of the Stipulation. | - | DOE shared a communications plan in September (2025), to which I responded with comments and feedback. I am awaiting that feedback to be addressed in a new version of the plan. | I have begun conversations with DOE's new Communications Lead for the IU on obligations that require skills in communications to fulfill. |

| Steps to Be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - DOE/IU to work with Communications Lead to incorporate my comments and improve the most recent deliverable submitted in September | See steps. | TBD |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 19 | Aside from the Medication Administration Form (MAF) and HIPAA forms, no other documentation or evidence is required before implementation of an impartial hearing order for the provision of nursing services; | - | I conveyed to DOE that fulfillment of this obligation must include a formal communication to the nursing providers. DOE states that they are coordinating internally on a formal message/update to nursing agencies, communicating this policy. | DOE provided an update on 3/13/24, and I responded on 3/21/24 requesting additional information—including a formal community communication (e.g., a website update). I am still awaiting a response. (After 20 months, DOE sent another update on 11/14/25, but not in time to include in this report.) |

| Steps to Be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - DOE to report obstacles and status on this obligation at next LV Steering Committee meeting<br>- DOE to formally communicate the policy to the nursing providers | See steps. | TBD |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 28a | DOE will copy and collect data assets from implementation-related data sources, including but not limited to DAITS, IHS, FAMIS, and SESIS, to analyze for Implementation Unit workflow purposes. | - | See obligation #2b (p. 28) DOE is still in the process of gathering and integrating the data that would be needed to report on the KPIs. A series of KPIs was defined in the fulfillment of obligation #2a – but a modernized system will likely be needed to report on the full series. | As mentioned in #2b (slide 25), DOE has begun sharing some initial KPIs in our monthly status meetings, and we have discussed if they are helpful to the IU leadership. I think this effort is headed in the right direction if DOE continues to gather data from the various systems. |

| Steps to Be Taken | | | Special Master Recommendations | Timeframe to resolve |
|---|---|---|---|---|
| - Confirm data sources and estimate when data will be available for reporting | | | Share list of KPIs documented in #2a with the IHMS team to assess what can be done via IHMS reporting; assess gaps | Post-fulfillment of #2b |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 28b | DOE will report to Plaintiffs on a quarterly basis the results of this analysis and meet with the Plaintiffs on a quarterly basis to identify solutions to problems and answer questions and hypotheses regarding failure to meet the Stipulations benchmarks based upon the analysis. | - | DOE has not yet begun reporting to Plaintiffs on a a quarterly basis. See obligation #2b (p.28). DOE is still in the process of gathering and integrating all of the data that would be needed to report on KPIs. | As mentioned in #2b (slide 28) and the previous slide, DOE has begun sharing some initial KPIs in our monthly status meetings, and we have discussed if they are helpful to the IU leadership. |

| Steps to Be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - DOE to draft the outline and template of the quarterly report | Share the outline and template of the quarterly report for feedback from Plaintiffs and myself | January, 2026 |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 28c | The Special Master will include in reports to be provided to the Court every six months DOE's analysis of such data; | - | This obligation is dependent on obligations #2b, #28a, and #28b. DOE is still in the process of gathering and integrating all the data that would be needed to report on KPIs. | I have consulted on the definition of KPIs in obligation #2a, but as mentioned, I will advise and begin working with DOE on the production of the report described in this obligation. |

| Steps to Be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - See previous slide | See previous slide | TBD |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 35 | For each home instruction order, the Implementation Unit Staff should confirm the actual provision of home instruction as defining implementation of the order | - | DOE shared a draft of procedures for confirming home instruction in September (2025). I provided feedback essentially asking for more details on the process and am now awaiting a new version to be shared. | None |

| Steps to Be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - DOE to respond to my feedback from 9/21/2025 | The DOE should describe how the Implementation Liaison will confirm home instruction, (not just say an Implementation Liaison will confirm). | TBD |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 36 | For each order placing a student at a DOE school, Implementation Unit Staff and OSE should confirm the actual placement as appropriate and meeting the need of the student, (per order and IEP) | - | DOE has not submitted any documentation for this obligation, and has not shared an estimated timeframe for doing so. | None. I provided DOE with guidance on the expectation for this deliverable (see below). |

| Steps to Be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - DOE to draft a process document for confirming the appropriate placement of the student | I have recommended that DOE creates a process document for confirming the student is appropriately placed in the school (as per order/IEP). | December, 2025 |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 37 | DOE will develop a continual process of updating training materials to reflect changing policies and business rules | - | DOE has not yet added an adequate description of how training materials will be updated into the Professional Learning Plan (obligation #6). | In October (2025), DOE shared an updated Professional Learning Plan, but the document did not describe details of the process. I shared this feedback and am awaiting a new version. |

| Steps to Be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - DOE to add a section to the Professional Learning Plan, titled "Process of Updating Training Materials" | Update the Professional Learning Plan to describe how training materials will be updated | December 2025 |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Orig.Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 38 | DOE will continue to conduct ongoing user research on this proceeding and due process functions in an effort to modernize and redesign DOE due process functions and align them with (migrate to) the special education system | - | User research is not being conducted at this time. Resources have been dedicated to the design and development of IHMS. | None |

| Steps to Be Taken | Special Master Recommendations | Timeframe to resolve |
|---|---|---|
| - DOE/DIIT/IBM to define the scope of the research to be conducted, with a schedule for engaging and testing the system with users<br>- DOE/DIIT/IBM to identify the resources required for this work | DOE and IBM should plan and budget for user research in subsequent phases of IHMS. | TBD |



# Appendix I: Independent Technology Assessment



# Background and Approach

Of the 51 LV Order Obligations being monitored by the Special Master, 19 obligations have a specific dependency on technology solutions utilized by DOE and the public.

As noted in earlier progress reports, many of the improvements and optimizations of new processes will rest on the success of the technology solutions in place and being developed.  To assess the viability of the technology applications, Beacon Consulting Partners (BCP) conducted an independent assessment on four (4) applications that are key to the fulfillment of the LV Order Obligations, specifically Impartial Hearing Management System (IHMS), Decision Action Item Tracking System (DAITS), Nagarro SupportHub Customer Service Platform, and the Polaris invoicing application.

BCP uses an evidenced-based approach consisting of reviewing available project documentation and artifacts, conducting interviews and observing standing meetings to create their assessment.  This Assessment is based on data collected during calls and limited documents shared, work products related to testing, integration, design have not been provided.



# Executive Summary

An initial assessment of the technology used by the Implementation Unit (IU) was conducted as a part of the Special Master's mandate in January 2024 to determine if NYCPS's technology and application development initiatives will be able to support the mandates of the LV Orders.  Updated reports have been issued in July 2024, November 2024, March 2025 and July 2025.

Each of the technology initiatives to support the LV Orders has had some delays, primarily from resource constraints in NYCPS business and DIIT.  Further, technology applications supporting the IU will require additional DOE resources to support and maintain, which has led to a new needs request to the NYC Office of Management and Budget (OMB).

The IHMS completion date was originally set for mid-December but is now projected to be March 2026, which we believe is more realistic date given the considerable amount of work to complete in an increasingly small amount of time. In order to make this date hold, the entire team will need to continue the accelerated pace of meetings and coordinated efforts that we've seen over the past few months.



# IHMS Key Takeaways

## Will IHMS be deployed in December 2025?

In our last report, we reported that the project team had set December 2025 as the completion date for IHMS – specifically for IBM to finish development and data migration.  The IBM team continues to chart the end of December for development completion but is projecting a March 2026 go-live.  Although there has been a higher level of engagement, we continue to observe small delays in the start of User Acceptance Testing (UAT) and the completion of integrations that will impact the ability of the team to complete on schedule.  Additionally, there has been little discussion on how Phases 1 and 2 will be effectively combined and tested.

Based on project status at the time of writing this report, we agree that development and testing will not be fully complete in December. The combination of the complexity, the level of effort still required to complete, and a lack of articulated resource estimation of which staff are competing tasks in detail, we believe the team will need additional time.

The best-case scenario is that the team continues to push to complete Phase 2 development and testing in December and then use the first quarter of 2026 to complete testing Phases 1 and 2 functionality together and complete data migration from the legacy application.  It will be critical to have a plan in place for continued support from IBM to facilitate the go-live.

thru

# IHMS Assessment:  IHMS Project Scoring

IHMS' Beacon Score has dropped slightly since the last assessment.

## Factors affecting Clarity Score

- While team coordination remains strong, the lack of detailed effort and resource estimates for design and integrations undermines the reliability of the project timeline.

## Factors affecting Implementation Score

- UAT testers for Phase 2 functionality have been identified and initial test training has begun
- With design sign-offs lagging, UAT will need to be executed in parallel with other key project activities such as data migration and validation which could bring resource constraints and/or confusion

## Factors affecting Design Score

- Design score has remained stable as the team has not encountered any major blockers with integrations



41

thru

# IHMS Previously Reported Findings (1/3)

| Metric | Progress | Previous Finding | Current Status | Recommendation |
|--------|----------|------------------|----------------|----------------|
| Clarity | 🟧 | There is a new project plan and go-live date | The team has maintained a high level of engagement and coordination, but despite these efforts, minor delays have resulted in tighter timelines to complete the project | Continue to pursue the IBM support contract and "New Needs" requests to ensure continuous coverage into 2026 |
| Clarity | 🟥 | IBM is ramping up resources and more NYCPS and DIIT resources have been allocated to the project | IBM has onboarded new resources; however, there are concerns that the pace and quality of work are below expectations, and no resource estimates exist to indicate how long tasks should take to complete | If possible, IBM should re-engage resources familiar with the project or assign additional DOE staff to focus on key tasks |
| Clarity | 🟧 | Focus for the project plan has been entirely on Phase 2 functionality | The current schedule does not show when or how the Phase 1 and Phase 2 code will be combined and tested before go-live | Update the project plan with the activities that will need to be executed to ensure IHMS' end to end functionality can be completed correctly |

**Legend**    Positive Progress   Some Progress  No Progress

thru

# IHMS Previously Reported Findings (3/3)

| Metric | Progress | Previous Finding | Current Status | Recommendation |
|---|---|---|---|---|
| Implementation | <span style="color:red">■ No Progress</span> | With IBM's contract concluding upon IHMS go-live in December, there is concern about how the application will be support and maintained going forward | DIIT resources are currently shadowing IBM development staff to ensure they understand some of the complexities of IHMS<br><br>DOE has a submitted a "New Needs" request to get approval for new resources | In addition to following the New Needs request, IBM should develop a structured knowledge-transfer plan with clear objectives, timelines, and documentation to ensure DIIT staff can assume key development and support activities without extended dependency on IBM |
| Implementation | <span style="color:orange">■ Some Progress</span> | It's unclear what the NYCPS strategy is for training its users, parents, reps and advocates, no comprehensive plan has been shared | The IHMS Project Plan is in the process of being updated. The training dates will be adjusted accordingly. | Expand the training plan to include materials and sessions designed for external users (e.g., parents, reps and advocates), not just DOE staff, to ensure all stakeholders can effectively use IHMS at go-live<br><br>Ensure training schedules are integrated with the overall project timeline to avoid overlaps with ongoing testing or development that could affect material accuracy |

**Legend**





# IHMS Previously Reported Findings (2/3)

| Metric | Progress | Previous Finding | Current Status | Recommendation |
|--------|----------|------------------|----------------|----------------|
| Design | | Phase 1 data was not migrated and not validated in a test or mock migration | The status of data migration from DOE legacy applications for Phase 1 functionality remains unclear | Perform a test or mock migration of Phase 1 data to ensure processes and scripts are working as expected |
| Design | | IHMS has 13 data integrations planned with active DOE systems. Integrations will leverage DIIT's Data as a Platform (DaaP), API or sFTP batch load.  Currently IBM and DIIT have not shared updated integration plans that would demonstrate holistic approaches across integration initiatives<br><br>If integrations are not carefully choreographed, it may result in data not being available when expected which would lead to longer testing times and project delays | From the weekly IBM status report, at least 50% of the planned integrations are currently behind schedule in design and development according to the expected date in the project schedule | IBM developers should ensure end-to-end capability for each stakeholder type by tracing data flows and identifying critical test points to verify that data is accurate and in the correct state during integration |

**Legend**  Positive Progress  Some Progress No Progress

 thru

# DAITS: Key Takeaways

**DAITS stabilization work is reportedly concluded.**  The last DAITS enhancement release (Release 5) from earlier this summer was to be the last enhancement to add functionality to make it possible to send an Authorization email to multiple recipients. However, the DOE team has reportedly completed further updates and enhancements to the financial component of DAITS – the Impartial Hearing Financial (IHF) application (Releases 6 and 7).

Our team is still waiting on information from DOE to be shared that confirms the success of the last release and the functionality included in it.

Per our last report, the Special Master's Team has recommended that the remainder of the DAITS enhancements that had been requested be suspended to enable the IU Team and DAITS resources to focus their time on IHMS Phase 2 development and testing and data migration respectively.

thru

# Polaris: Key Takeaways

Polaris, the custom-built invoicing tool (obligation #10), went live with 57 vendors in late December 2024 and has continued with that number of vendors. There is a plan to release to the next 400 vendors (of a total of 1200) on November 3, 2025. (At the time of this writing, we do not have confirmation that this occurred.) With the Polaris system integrator (Spruce Technology) contract ending on February 28, 2026, there is motivation to onboard the remaining 600-700 vendors.

While conversations with the team indicate that the application is performing well in pilot, our team has not reviewed any technical documentation to confirm whether there are any design, implementation or architectural issues that may arise with expanded usage from new vendors.

Our major concern is that Polaris resources to support and maintain are tied to the new needs request that is currently at NYC OMB for funding.  If there is no further funding for the existing vendor, DIIT resources would be solely responsible for further development.

thru

# Polaris Previously Reported Findings

| Metric | Progress | Previous Finding | Current Status | Recommendation |
|---|---|---|---|---|
| Clarity | | The DFO team and vendor team (Spruce) continue to adhere to the stated project schedule | While the project has been largely on schedule, there is some concern about how the loss of the Project Manager will be handled | Ensure that future project plans allocate time and resources to knowledge transfer to DIIT |
| Design | | Polaris is dependent on integration with DAITS and specifically requires data from the DAITS connection to IHF/FAMIS | Polaris is an integration in progress with IHMS | In addition to onboarding new vendors, the Polaris development team will need to plan for updates on how to incorporate the same data coming from IHMS starting in December |
| Design | | Polaris uses a multitude of technologies including UI frameworks, MS Rules Engine and logging engines along with a database structure which is appropriately complex for the function it serves – as this application grows for other units, diagnosing performance issues may become difficult | No observable changes – no technical documentation reviewed | Ensure business logic is contained (e.g. not spread across database and the rules engine) to reduce overlap in business logic across the tech stack |

**Legend** 



# Nagarro SupportHub Customer Service Assessment

SupportHub is meant to help track customer support activities to parents, parents' representatives, independent providers/agencies in the implementation of impartial hearing orders.  Trained support agents will utilize custom forms built out on the ServiceNow platform for both incoming and outgoing proactive support.

The Special Master's team continues to attend regular meetings with the OGC team and Nagarro to walk through new functionality and metric reporting.  The team has done a good job of expanding functionality to include new end-user dashboards and in September has gone live with the hotline and chatbot fulfilling its Obligation (#14).  Metrics that were previously unavailable on the number and category of inquiries are now available.

As plans for the launch of IHMS move forward, the team will need to make decisions regarding how to transition users from use of SupportHub to IHMS / NYCSA.  While the first phase is envisioned as an integration for the sake of continuity, a full transition plan has yet to be developed.

thru

# Nagarro SupportHub Customer Service Findings

| Metric | Progress | Previous Finding | Current Status | Recommendation |
|---|---|---|---|---|
| Clarity | | KPIs have been defined by NYCPS and Nagarro teams which will help determine effectiveness and use of the SupportHub

Reporting on achievement of the KPIs or any analysis on the outcomes of using the application have yet to be shared | The team has been able to share metric details on the # of tickets, # of chatbot interactions and calls made through the hotline

Example reports have included, call volumes and types by calendar period | Continue to refine trend analysis to better understand where to leverage communications  going forward |
| Implementation | | Once IHMS goes live, SupportHub will need to get order information from IHMS rather than DAITS and parents, representatives and advocates will access IHMS through the NYCSA Portal | Plans for the transition of support / hotline activities from SupportHub to IHMS are still pending | Given that users will require some time to become comfortable interacting with IHMS once it is live, it may be worth extending the use of SupportHub into mid 2026 |

**Legend**

Positive Progress | Some Progress | No Progress

49



# Appendix II: Obligations Fulfilled



# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 14b | (b) within six months of the date of this Order, design a plan for additional staffing within the Implementation Unit, | 1/19/24 | Initially, the development of a staffing plan and the creation of job descriptions were delayed due to budget constraints. Following the Mayor/OMB 2025 budget approval, DOE has since shared job descriptions and a staffing plan, which was signed off in March, 2024. Other obligations track the progress of hiring/staffing, such as obligation #22 and #26. |
| 26 | Within three months of the date of this Order, the Special Master and DOE will identify the types of action items that require the greatest levels of effort to process as well as those most likely to contribute to the backlog of hearing order implementation. Based on the analysis, DOE will develop solutions to remove the causes for the backlog attributable to DOE; | 10/19/23 | In the Pain Point Analysis document, DOE defined the objectives and deliverables for three projects around staffing, communications and process improvement (November, 2023). DOE is making progress towards many of the milestones documented, such as recent hiring (see attached report) and a new communications lead for Implementation. |



# Obligations Fulfilled (continued)

| Obl.# | | Obligation | Due Date | Rationale |
|---|---|---|---|---|
| 7 | | Within three months of the date of this Order, DOE will identify a file-sharing process and tool to improve transparency of all documentation presented as evidence at the hearing so that all pertinent documents can be continually accessed by the Implementation Unit; | 10/19/23 | DOE identified its upcoming Impartial Hearing Management System (IHMS) as the solution for document management in due process. A business requirements document (BRD) was developed by the IHMS team around document management functions. I determined it fulfills the obligation to identify a file-sharing solution. |
| 24a | (a) | Within 45 days of the date of this Order, the Special Master and DOE will inventory all functional issues of DAITS that impede the hearing order implementation workflow, including but not limited to system crashes, system outages, and system timeouts, and prioritize enhancements. | 9/4/2023 | See Appendix I (slide 47) for the status of DAITS. Since the July 2023 LV Order, there have been 5 releases to stabilize and enhance DAITS. Each release contains multiple enhancements. |



# Obligations Fulfilled (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 3a | Within two months of the date of this Order, the Special Master will identify by type of Action Item the key pain points around the implementation of payment orders and service orders. | 9/19/2023 | Using the list of all possible action item types (e.g., tuition reimbursement, PT), DOE documented the key issues in the process of implementation (.xls), respectively. DOE also supplied a general sense of the volume and level of effort to implement each action item type. I held discussions with IU to understand the pain points and added my assessment of the root causes. Plaintiffs provided their feedback on the analysis,(several points of feedback will be addressed by obligation #26). |
| 21 | Within two months of the date of this Order, DOE will formalize, designate, and confirm a liaison role in OPT, with an escalation path, to coordinate the implementation of transportation orders between the Implementation Unit, OPT, and OSH as applicable. DOE will improve communications and track implementation of impartial hearing orders requiring transportation and provide monthly status updates to parents on the implementation of such orders, except where DOE is not in compliance with a transportation order, DOE will provide weekly updates to parents until existing deficiencies are cured; | 9/19/2023 | DOE produced a "chart" (.doc) of Implementation Liaisons for OPT and OSH with escalation points, coordination protocols between offices, and procedures for implementing transportation orders. I reviewed the document and provided feedback, as did Plaintiffs, and DOE incorporated the comments into a new version which was finalized, (but will be updated in the future, as applicable). DOE reports that the IU Compliance Team tracks implementation of transportation orders through a weekly monitoring report. IU and OPT are conducting weekly meeting to address any challenges. DOE reports OPT continues to provide updates to parents via NYSCA. |

thru

# Obligations Fulfilled (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 1 | Within three months of the date of this Order, DOE will develop a customer support plan, including people and tools, for the Implementation Unit to address questions from parents and providers, routing Tier II questions to Implementation Unit Implementation Managers; | 10/19/2023 | I provided a template (.doc) of a customer support plan to DOE, incorporating standard elements of such a plan (cross-industry) in outline form. DOE then developed a draft Customer Support Plan (.doc) from the template, detailing intended audience groups, an outline of a support hotline and its objectives, training for hotline staff, and metrics to evaluate the effectiveness of the program going forward. I provided feedback, which DOE incorporated into a final version. The execution of this plan is now being monitored through obligation #14. |
| 2a | Within three months of the date of this Order, the Special Master and DOE will identify the Key Performance Indicators ("KPIs") for monitoring the internal administrative workflows of the Implementation Unit.  KPIs will be presented to the Plaintiffs for feedback. | 10/19/2023 | DOE developed a list in table form (.xls) of metrics that could inform the day-to-day performance and decision-making of the Implementation Unit, (i.e., KPIs). Plaintiffs and I reviewed the file and suggested a number of enhancements, which were incorporated and signed off in October 2023. In our recent monthly status meetings with DOE, the IU and DFO have been presenting initial figures of KPIs, such as number of action items unpacked per month, dollar amount of authorizations per month, invoices processed, etc. I anticipate DOE's ability to provide these metrics will evolve with the release of IHMS. |



# Obligations Fulfilled (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 18 | Within three months of the date of this Order, DOE Implementation Unit will develop and communicate a clear procedure to inform schools and CSEs that an IEP meeting has been ordered and to ensure that the IEP was updated pursuant to that order; | 10/19/2023 | DOE submitted a draft of a procedures document, "Protocols for Communicating Orders for IEP Meetings," for which I provided suggestions to improve the contents of the document, to be more clear, expand in areas, etc. DOE addressed the feedback and provided an updated version of the protocol document, which I accepted. Recently, the DOE reported that the procedures have been updated to reflect the CSE and IU's continued collaboration to coordination; and have been incorporated into Liaison training. The IU and CSE have also set up weekly reporting to flag for the CSE any open items requiring an IEP Meeting. |
| 6 | Within three months of the date of this Order, DOE will formalize an approach to sustaining knowledge of implementation processes, to enable experienced staff to onboard, train and mentor more junior staff; | 10/19/2023 | My team shared a template of a professional development plan deliverable in advance of the work. DOE then developed the deliverable, the *Professional Learning Plan,* and submitted it in late October (2023), which I reviewed and provided feedback, and eventually I accepted. |



# **Obligations Fulfilled** (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 15 | Within three months of the date of this Order, DOE will formally designate Implementation Liaisons in all Districts and relevant Central offices (e.g., OPT, OSH, OSE) to act as points-of-contact in their respective areas for Implementation Managers to facilitate the arrangement of the ordered service(s). DOE will also establish an escalation process when an Implementation Liaison is unavailable or unable to resolve a particular issue, with the escalation role being in an executive role within the respective DOE office; | 10/19/2023 | DOE developed an *Implementation Liaison Directory and Escalation Protocol* document (.pdf), which designates Implementation Liaisons for all relevant DOE offices and districts, and defines a protocol when that office DOEs not address the order in a timely manner (i.e. escalation protocol). DOE has reported that they have been maintaining this list as changes warrant. IU Directors are also holding weekly meetings with various offices, such as OPT, to strengthen coordination among Liaisons. DOE is continuing to provide training to Implementation Liaisons, as well. |
| 4 | Within three months of the date of this Order, DOE will build and maintain a toolkit of existing assistive technology, schools, programs, and services that DOE can Timely Implement (as defined in the Stipulation) any Action Items for provision of assistive technology; | 10/19/2023 | DOE compiled a spreadsheet of assistive technology (AT) products that are readily available to use with students. This obligation was fulfilled under the premise that DOE/NYSED update and share, the materials used to train IHOs on the topic of schools/programs/services – DOE shared some materials on 11/14/2025, but those are in review. DOE reports that the DOE AT Toolkit has also been provided to DOE litigators to present at hearing if relevant to the case. |



# **Obligations Fulfilled** (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 25 | Within three months of the date of this Order, DOE will assign an additional team of Implementation Unit Staff to expedite the implementation of any hearing order that is more than 35 days past the date of the hearing order. This team will continue its work until such time as orders are consistently being implemented within the implementation deadlines; | 10/19/2023 | DOE documented a "Backlog Triage Plan" (.doc) to describe the procedures the additional team will perform in expediting orders 35+ days old. The plan includes documentation of a workflow, staffing plan, operational plan, data reporting and dependencies.<br><br>DOE reports that the IU Account Management Team processes any items that have exceed the timelines required by the order on an expedited basis. However, it is unclear if a process to expedite has been ongoing until now - i.e., DOE recently reports they "will shift its focus to addressing any backlog." |
| 40 | Within four months, the DOE will identify a part-time resource (50%) focused on recruiting and hiring staff for the Implementation Unit. | 11/19/2023 | DOE recently reported that a Director of HR is still supporting the ongoing hiring/recruiting efforts. |
| 29 | Within six months of the date of this Order, DOE will add the role of Implementation Systems Analyst to the Due Process Systems and Analytics Office to maintain documentation of workflows and continue the process of streamlining implementation processes; | 1/19/2024 | DOE has promoted a Director of IT for OGC to lead all technology projects on behalf of OGC, including LV DIIT projects. She is collaborating with the IU leadership team develop KPI reporting to support LV Compliance Reporting and IU daily operations. |



# Obligations Fulfilled (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 22a | (a) Within six months, DOE will develop a recruitment and hiring strategy for new staff to meet the volume of backlogged orders that have not been implemented and orders as they are issued currently and in the future. (b) DOE will report to the Court on a quarterly basis its progress on hiring, including the nature and impact of any impediments to the implementation of that strategy | 1/19/2024 | DOE presented their new approach to identifying qualified candidates and the recruiting/hiring process they have been following. The DOE continues to attend job fairs, LinkedIn and Indeed postings to recruit candidates. DOE reports that most offices have completed their hiring or are close to doing so. |
| 8a | Within six months of the date of this Order, DOE will design a process by which DOE can collect relevant implementation documentation from parents and guardians, parent representatives, and providers before the hearing; DOE will conduct user research with parents to design a web-based and offline data collection process to facilitate this. | 1/19/2024 | In our review of a number of Business Requirements Documents for IHMS (regarding DPCs, TDNs, NYCSA, evidence disclosure), I determined and signed off that DOE satisfactorily designed and documented the requirements for capturing documentation from parents and parent advocates before the hearing. I intend to monitor the functionality built into IHMS. My expectation is that DOE will leverage this new functionality to improve the management of documents requested of parents. DOE intends to include parents/representatives in the UAT for document submission. |



# Obligations Fulfilled (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 11 | DOE will assess the creation of a systems-generated notification to inform the Implementation Unit that the Office of General Counsel/Special Education Unit has settled a case where payments are being distributed from an Order.  The assessment will define the business and technical requirements to do so; | n/a | In my review of Business Requirements Documents for IHMS (specifically Implementation), I determined and signed off that DOE satisfactorily documented the requirements for communication mechanism between the two offices in the case of a settlement. |
| 5 | With endorsement from Plaintiffs, DOE, OATH and NYSED leadership, within six months of the date of this Order, DOE will research and design a web-based interface for Impartial Hearing Officers to issue decisions and build the user-friendly web form for capturing orders … allowing both common and uncommon relief to be ordered. The web-based interface must include the ability to capture the decision and order, both via structured input fields (e.g., a dropdown menu) and/or in writing (e.g., a free-form text field), with the full independence and discretion of the Hearing Officer; | 1/19/2024 | After an extensive process of review, revision, and collaboration among all Parties—including OATH, NYSED, and myself—the team reached consensus on the design and structure of the web form fields in October, 2025. This process involved careful documentation, iterative feedback, and multiple rounds of discussion to ensure the fields were both comprehensive and compliant with all requirements. With this agreement in place, the focus will now shift toward finalizing the Business Requirements Document (BRD), reviewing the user interface (UI) designs, and assessing the results of user acceptance testing (UAT). I have requested screenshots of the most recent developments. |



# Obligations Fulfilled (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 14a | DOE will (a) within six months of the date of this Order, deploy a customer support hotline and formal network structure for the Implementation Manager role to serve as the point-of-contact for the case and coordinate service action items across DOE offices, schools, attorneys and parents. | 1/19/2024 | Following launch of the hotline, DOE provided me with a demo of the ServiceNow/Avaya functionality used by call center representatives, as well as metrics on operations of the hotline (KPIs) following the first week of the hotline being live. |
| 23 | The DOE will designate a dedicated resource to plan, develop, and deliver training materials for Implementation Unit and OGC staff and within six months of the date of this Order, create a training plan, develop materials, and deliver training pertinent to the implementation of orders.  The DOE will update training materials to reflect changing policies and processes; | 1/19/2024 | DOE reports that they have made updates to training materials on an ongoing basis with each cohort of new hires that is onboarded. DOE is in the process of updating the training materials for the upcoming Implementation Liaison Training scheduled for November 2025. |
| 13 | Within six months of the date of this Order, DOE will define data and system requirements for monitoring incoming and tracking the ongoing implementation of orders comprised of service action items. | 1/19/2024 | DOE provided business requirements for monitoring service action items in ATLAS, a demo of the new functionality, and a high-level roadmap for expanding ATLAS to all PK–12 students by December 2026. |



# Obligations Fulfilled (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 30 | Within six months of the date of this Order, DOE will expand the LV Payment and Service Guidelines for Implementation Unit staff into an Operating Procedures Manual, and design and implement a professional development series on order implementation for DOE staff; | 1/19/2024 | DOE made substantial improvements to its SOPM, submitting an updated version in November 2025 that I reviewed and deemed fulfilled, with the expectation that DOE will continue to maintain and regularly update it as changes take effect. DOE also shared its plan for a professional development series, reflected in an updated Professional Learning Plan. |
| 3b | Within nine months of the date of this Order, the DOE will redesign the workflows and address key pain points around the implementation of payment orders and service orders. The DOE will document the improved processes and incorporate new workflows into trainings and communications with its staff, parents, parent attorneys and advocates, and providers; | 4/19/2024 | Based on the pain points and processes defined in #3a, DOE submitted a number of trainings and communications describing the new processes, which I accepted in May, 2024. DOE has recently submitted a new version of the SOPM, which I anticipate will include more of these updates, but is still in review at the time of this writing. |
| 22b | The DOE will report to the Court on a quarterly basis its progress on hiring, including the nature and impact of any impediments to the implementation of that strategy; | 4/19/2024 | Attached to this report is the latest status of positions being recruited/hired. |



# Future Schedule of These Reports

| Report # | Draft Submitted to Parties | Parties' Feedback Due (If Any) | Report Submitted to the Court |
|---|---|---|---|
| 7 | 11/7/2025 | 11/14/2025 | 11/19/2025 |
| 8 | 3/5/2026 | 3/13/2026 | 3/19/2026 |
| 9 | 7/2/2026 | 7/13/2026 | 7/20/2026 |
| 10 | 11/4/2026 | 11/13/2026 | 11/19/2026 |



# Contact

David Irwin
Special Master to the Court (*LV v. DOE*)
david@thru.co
(646) 489-7078

