

November 19, 2025

**VIA ECF**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: LV, et al. v. New York City Dept. of Educ., et al., No. 03 Civ. 9917**

Dear Judge Preska:

As per your Order issued on July 19, 2023, today I am filing the seventh program monitoring report on DOE's progress toward its obligations. As you know, I will be filing this report every 120 days following the issuance of the Order.

I shared a draft of the report with the Parties and gathered their comments and feedback. After considering all input and making adjustments where warranted, I have attached the final report, pending any questions or suggestions from Your Honor.

As noted in my report, I remain concerned about DOE's timeline for implementing IHMS. At present, they plan to complete development in December and then, in the first quarter of 2026, complete testing and data migration from the legacy application. I have noted their focus and commitment to addressing the risks and issues we have documented.

While DOE still has many outstanding obligations, and the fact remains that students/families are not receiving timely implementation of services/payments ordered, I wanted to acknowledge the hard work of individuals collectively working to meet the benchmarks in the stipulation. These are the staff funded as a result of this Order, including members hired to support payments families, staff assigned to unpacking orders, staff hired to support the newly launched help desk, and significant staff assigned to building IHMS. Details of some of the staff mentioned above are detailed in DOE's updated hiring report (per obligation #22b).

I am standing by, should you like to discuss this further.

Yours sincerely,

David Irwin
Thru Consulting, LLC

cc:   Jeff Dantowitz, Esq.
      Rebecca Shore, Esq.
      Elizabeth Vladeck, Esq.

**Attachment**



LV Hiring Totals by Office, as of 11/17/2025

DOE Submission
Submission Date: 11/17/2025
Document Type: Deliverable
LV Mandates #14b, #14c, #22
Chart of LV Hiring Updates
Totals by Office

| LV Mandate Cross-Reference | Division | Office | Estimated Number of Positions | Candidates Accepted Offers | Candidates Onboarded | Applicants | Applicants Selected for Interviews |
|---|---|---|---|---|---|---|---|
| #14b: Implementation Unit Staffing; #1 and #14a: | Office of the General Counsel | Implementation Unit (IU) | 81 | 75 | 69 | 828 | 147 |
| #40: HR Resource for IU | Office of the General Counsel | OGC Operations (OGC-HR) | 1 | 1 | 1 | 13 | 2 |
| #29: Appoint Implementation Systems Analyst to the Due Process Systems and Analytics Office (DPSA) | Office of the General Counsel | Due Process Systems and Analytics Office (DPSA) | 2 | 2 | 2 | 269 | 21 |
| #12a: Communicate all service orders and action items, #15: Designate Implementation Liaisons; and #33 Coordinate service action items | Division of Specialized Instruction & Student Support | Committee on Special Education (CSE) | 16 | 14 | 13 | 242 | 121 |
| #12a: Communicate all service orders and action items, #15: Designate Implementation Liaisons; and #33 Coordinate service action items | Division of Specialized Instruction & Student Support | Office of Related Services (ORS) | 2 | 2 | 2 | 28 | 10 |
| #24b: DAITS Enhancements | Division of Instructional and Information Technology (DIIT) | Division of Instructional and Information Technology (DIIT) | 5 | 5 | 4 | 33 | 14 |
| #15: Designate Implementation Liaisons; #19 Nursing Documentation; #20: Nursing Procedures; #21: OSH Implementation Liaisons; #12a Coordinate service action items and #33 Coordinate service action items | Office of Student Health (OSH) | Office of Student Health (OSH) | 22 | 18 | 17 | 378 | 78 |
| # 9: Timely Payments | Division of Financial Operations (DFO) | Division of Financial Operations, Payables Office (DFO-PO) | 22 | 22 | 19 | 154 | 29 |
| | | **Total Count - Permanent and Temporary Hiring** | **151** | **139** | **127** | **1945** | **422** |

Notes

1. These totals including both permanent and temporary hiring. The temporary consultants for IU and DFO-PO will remain in place after NYCDOE receives permanent staffing.



DOE Submission
Submission Date: 11/17/2025
Document Type: Deliverable
LV Mandates #14b, #14c, #22
Chart of LV Hiring Updates
Summary - Hiring Totals

**Summary - Hiring Totals, as of 11/17/2025**

| Permanent Staffing | Count |
|---|---|
| Estimated Number of Positions | 106 |
| Candidates Accepted Offers | 94 |
| Candidates Onboarded | 82 |
| Applicants | 1900 |
| Applicant Interviews | 377 |

| Temporary Staffing | Count |
|---|---|
| Estimated Number of Temporary Consultant Positions | 45 |
| Temporary Consultants Onboarded  Note: The temporary consultants for IU and DFO-PO will remain in place after NYCDOE receives permanent staffing. | 45 |

| Total - Permanent and Temporary Staffing | Count |
|---|---|
| Estimated Number of Positions | 151 |
| Candidates Accepted Offers | 139 |
| Candidates Onboarded | 127 |
| Number of Applicants | 1945 |
| Number of Interviews | 422 |

Notes
1. These totals including both permanent and temporary hiring. The temporary consultants for IU and DFO-PO will remain in place after NYCDOE receives permanent staffing.