UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Special Master Program Monitoring

LV, et al.,

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

Defendants.

March 19, 2025

Prepared for
**Loretta A. Preska**
Senior United States District Judge



In 2007, the parties settled a class action lawsuit, resulting in a settlement which developed a governing document, the Stipulation, to measure compliance moving forward. The parties agreed to the Stipulation and an Independent Auditor has been in the role of measuring compliance.

In a special education due process proceeding, the Impartial Hearing Officer (IHO) may issue a decision directing that specific services be provided to a student or that payment be made on the student's behalf. Pursuant to the Stipulation, the New York City Department of Education (DOE) is required to implement the IHO's Order with 35 days of its issuance, for the Order to be Timely Implemented, unless the Order specifies a different timeline for Timely Implementation. Implementation may include arranging for the delivery of the ordered services and/or processing the mandated payment. DOE created an office, termed the Implementation Unit (IU), to manage the process by which these payments are authorized and services are arranged.

thru

## Obligation #39

Every 120 days from the date of this Order [7/19/2023], the Special Master will file a report with the Court on DOE's progress in implementing the obligations that have come due in the prior 120 days pursuant to this Order (the "Obligations"). Each such report shall set forth (i) the Special Master's analysis as to whether each Obligation has been fulfilled; (ii) for any Obligation that the Special Master has concluded has been fulfilled, a detailed explanation of the basis for such conclusion; (iii) for any Obligation that has not been fulfilled, the impediments to fulfilling such Obligation, the measures necessary to overcome such impediments, and the timeframe for fulfilling the Obligation; (iv) for any Obligation that has not been fulfilled, a summary of DOE's efforts to consult with Plaintiffs, the Special Master, or other relevant entities in order to fulfill the Obligation, or an explanation of good cause why no such consultation was held; (v) the next Steps to Be Taken to fulfill the Obligations; and (vi) any additional recommendations of steps DOE must take to meet the Stipulation's benchmarks, including but not limited to those identified as future recommendations in the Special Master's March 29, 2023 report.  DOE should provide all reasonable assistance to the Special Master in preparing this report, and Plaintiffs will be permitted to provide feedback.

thru

# Contents

1. Executive Summary

2. Obligations Not Yet Fulfilled

   - Appendix I: Independent Technology Assessment

   - Appendix II: Obligations Fulfilled



# Executive Summary



# Progress Snapshot

DOE has fulfilled two additional obligations since our last report in November:
- #10 for assessing and implementing a solution to support the submission and immediate approval of timesheets
- # 24b for developing, testing, and releasing DAITS enhancements

DOE has now fulfilled 29 of 51 obligations, representing 57% of all obligations (see graph). Twenty-two obligations remain not yet fulfilled. (Note: We removed one obligation - #17 - from the total count because it was duplicative with Obligation #31.)





# Obligations Fulfilled During this Reporting Period

- Obligation #10: DOE successfully fulfilled Obligation #10 on 12/18/25. DOE developed and shared documentation related to the functionality of Polaris (timesheet solution). DOE also provided the necessary insight into new functionality introduced in recent releases, as well as the associated testing approach. We provided feedback and direction regarding release planning, impact management, defect tracking, and UAT acceptance that we are adding to our monitoring criteria.

- Obligation #24b: DOE also fulfilled Obligation #24b on 11/21/25. A review of the redacted documentation for DAITS demonstrates that the enhancements were completed and that UAT confirmed the business functionality implemented. Given that DAITS will be discontinued upon the release of IHMS, our expectation is that no further business enhancements will be made to the application. However, we acknowledge that some technical work (e.g. bug fixes or problem remediation) may be necessary in the period before IHMS goes live and DAITS continues to be the system of record. We have added to our monitoring criteria that there is continued performance monitoring to ensure continuity of operations.

thru

# Key Takeaways

- IHMS development will not be complete by March 31 despite additional resources and effort from DOE. We understand that IBM is re-baselining the IHMS Project Schedule for Phase 1 and Phase 2, which should provide a more realistic timeline.
  - In February 2026, a new DIIT project manager for IHMS was onboarded and IBM also onboarded a new project manager. These actions have resulted in IBM investing greater resources to assess their ability to complete development. DOE continues to work alongside IBM to finish IHMS development.
  - DOE is creating a new RFP for Phase 3, but we are unaware if that work has been funded. It is also unclear exactly what deferred functionality Phase 3 includes and if DIIT is preparing to take over the IHMS work once IBM completes their contract.

- Once a new timeline is available for IHMS, we expect DOE to follow up with Plaintiffs to schedule time for them to participate in User Acceptance Testing (UAT), including time for DOE to incorporate feedback before launch.



# **Key Takeaways** (continued)

- Given both continued delays in launching IHMS and the role it will play in many of the outstanding Obligations, we added a "tech dependent" marker to all slides under "Obligations Not Yet Fulfilled." This marker aims to note instances where we understand DOE is relying on new technology (most often, IHMS) to fulfill some part of the Obligation. It does not negate the fact that the Obligation is overdue, nor *does it* excuse DOE from making progress on the Obligation until IHMS is launched. For example, where the Obligation requires DOE to create a report and DOE plans to use IHMS to collect data for pieces of that report, my expectation in the interim is for DOE to share those data that are available and accessible at the specified intervals, as well as a template for the additional data once IHMS is complete.

- DOE's broader change management and training plan for IHMS roll-out is unclear. While owners for this work have been assigned, next steps have not been shared and we have not seen a written plan. As the recent Communications report highlighted, these communications are critical to strong implementation. DOE has communicated that this work is on hold pending IHMS re-baselining.

thru

# Key Takeaways (continued)

- The Special Master team understands that DOE has taken a variety of steps to accommodate the incorporation of OATH's webform feedback and include it in IHMS. However, it is unclear how DOE is sharing IHMS updates and/or collaborating with OATH on how IHMS will support IHOs. We are concerned whether OATH will ultimately use IHMS and the potential bottlenecks that will result. We will continue to encourage DOE and OATH to collaborate to develop a path forward.

- We are still awaiting a clear plan outlining which outreach and documentation activities will be handled through SupportHub versus IHMS.

- Similar to IHMS, DOE is seeking post-go-live funding for Polaris (provider timesheet solution) but its status on the budget approval process has not been finalized. This functionality is tied to Obligation #32.



# Key Takeaways (continued)

- We appreciated the Communications Advisor's December report and understand that DOE is working to implement its recommendations. To that end, DOE is in the process of hiring a new Coordinator to lead that work and has reallocated some assets on the communications team in the short-term. The posting for the Coordinator position closes on 3/18/26.

- Guidehouse is conducting a one-month audit of action items with final actions that became due in January 2026. The Special Master shared guidance for the review on 3/6/2026. Guidehouse anticipates that the audit will be complete before the next Court hearing on 5/19/26. We recommend that DOE share SupportHub data as soon as possible so that Guidehouse can use those data in its audit to the extent applicable.

- The Special Master team will be conducting a review of select service action item categories with particularly low completion rates. The Special Master team is planning to share a written proposal of the review with the by the end of March.



# Remaining Outstanding Obligations

**Business**

#2b (IU/OGC monitor progress (KPIs))

#9 (public list of required documentation)

#12a (communicate service orders)

#12b (timely communication to schools)

#16a (design milestone emails)

#19 (medical documentation)

#20 (nursing procedures)

#28b (report KPI data to Plaintiffs)

#28c (include KPI report in SM report)

#33 (launch process for service items)

#35 (confirm home instruction)

#36 (confirm placement)

#37 (process to update training materials)

**Technology**

#8b (multiple file formats)

#16b (build email notifications)

#16c (deploy email notifications)

#27 (accessible status indicator (NYCSA))

#28a (gather/integrate data)

#31 (centralized documentation collection)

#32 (mobile timesheets (Polaris))

#34 (deploy document management)

#38 (ongoing user research)



# Obligations Not Yet Fulfilled



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 2b | Once the required data assets are integrated, the Implementation Unit and DOE's Office of General Counsel will monitor progress of implementation, and KPIs, and report on the progress of KPIs to the Special Master and Plaintiffs on a monthly basis. | - | DOE has been collecting data to inform KPIs, such as volume of authorizations per month and invoices processed. However, the full list of KPIs defined in Obligation #2a will likely require the deployment of IHMS to serve as a data source. | DOE has provided me with samples of data related to some, but not all, of the KPIs in recent monthly status meetings. DOE has not yet started producing monthly reports to share more broadly per this obligation. |

| Steps to Be Taken | Special Master Recommendations | Tech Dependent | Timeframe to Resolve |
|---|---|---|---|
| <ul><li>DOE to develop and share a structure for the KPI reports</li><li>DOE to gather and integrate data assets, in conjunction with IHMS, Polaris, and SupportHub projects</li><li>DOE to update Parties on delivery date for KPI reports</li><li>DOE should begin sharing monthly reports with the data currently available.</li></ul> | See steps | Yes - IHMS | Upon IHMS deployment and users using the systems |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 8b | DOE will modify any necessary policies or technologies to allow parents to submit payment documentation as multiple files or different formats; | 1/19/2024 | DOE maintains that the acceptance of multiple files in multiple formats is contingent on the release of IHMS (and NYCSA). Users of SupportHub can now submit multiple files and general users of NYCSA may upload multiple files. | No new efforts to report. The obligation is dependent on IHMS deployment and use. |

| Steps to Be Taken | Special Master Recommendations | Tech Dependent | Timeframe to Resolve |
|---|---|---|---|
| Communications team to review current process / policy and prepare to lead change effort with release of IHMS | See steps | Yes - IHMS | Upon IHMS deployment and users using the system |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 9 | DOE will make payments pursuant to the timelines in the Stipulation for Timely Implementation upon calculation or confirmation of the payment amount required by an Action Item in an Order and the payee being registered with the City.  Based on the representations contained in the attached declaration, DOE will identify for the Special Master the specific documents that DOE will require in any payment and publicly provide a list of those documents on DOE's website and as an attachment to every Payment Order; | - | DOE publicly provides the list of documents (as specified in this obligation) online via the HUHY Guide. DOE agreed to certain changes to this and the website content in Court with your honor on 12/5/24, but several pieces of content still require updates (e.g., Unrepresented Families website section, loan agreements and direct deposit in HUHY, "SSN form" title). | DOE published and made revisions to the HUHY guide in 2025. On 3/4/26, the Communications Advisor shared that her team is working to identify and implement further revisions to the HUHY guide. |

| Steps to Be Taken | Special Master Recommendations | Tech Dependent | Timeframe to Resolve |
|---|---|---|---|
| <ul><li>Communications staff to review and improve the contents of the Implementation website/HUHY guide</li><li>DOE to show evidence that is is attaching the necessary documents to each payment order</li></ul> | See steps | No | Immediate |

16



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 12a | Implementation Unit staff will communicate all service orders and action items to New York City public schools, charter schools and State-approved non-public schools (as applicable) within a time that allows for the order to be Timely Implemented within the definition of the Stipulation. | - | DOE shared a communications plan in September 2025, to which I responded with comments and feedback. I have not yet received a new draft addressing my feedback. | We have had conversations with DOE's Communications Lead for the IU on obligations that require communications skills to fulfill. |

| Steps to Be Taken | Special Master Recommendations | Tech Dependent | Timeframe to Resolve |
|---|---|---|---|
| DOE/IU to work with Communications Lead to incorporate my comments and improve the deliverable submitted in September. | See steps. | No | Immediate |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 12b | Within two months of the date of this Order, the Implementation Unit will assign resources to flag incoming orders deemed high priority, as DOE and Plaintiffs agree upon the term "high-priority." The Implementation Unit will triage and route orders accordingly. DOE should consult and obtain feedback from Plaintiffs on what orders should be deemed "high priority." Should DOE and Plaintiffs fail to agree on what orders should be deemed "high priority," the Special Master will advise the Parties and/or raise the issue with the Court for determination | 9/19/23 | A process for flagging high-priority orders and includes is in effect. However, there have been instances where hearing officers have not designated orders as high-priority correctly. | DOE shared data on the number of high-priority cases with me on 03/18/26, which I was in the process of reviewing at the time of this report. |

| Steps to Be Taken | Special Master Recommendations | Tech Dependent | Timeframe to Resolve |
|---|---|---|---|
| <ul><li>DOE to share data on high-priority cases</li><li>DOE to determine lessons learned from missed cases and implement improvements accordingly</li></ul> | See steps. | No | Immediate |

18



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 16a | Within six months of the date of this Order, DOE will design an automated service to generate emails to parents, attorneys and advocates, and providers at key milestones in the administrative workflow of the implementation of an order, such as when an Implementation Manager unpacks the hearing order, when a service provider has been identified, when a payment action item has been authorized, and when the payment has been sent to the parent or provider. | 1/19/2024 | DOE has confirmed that both IHMS and SupportHub have the capability to generate emails. DOE has not shown a BRD that details notifications for the key milestones listed in this obligation. DOE has shared that it is focusing on launching IHMS and that this obligation will therefore be fulfilled when the design is implemented within IHMS functionality. However, that approach introduces potential risk. | DOE has provided the NYCSA BRD to demonstrate the design of this functionality, but as we responded on 8/4/2024, the BRD does not specify notifications for the milestones in this obligation. |

| Steps to Be Taken | Special Master Recommendations | Tech Dependent | Timeframe to Resolve |
|---|---|---|---|
| DOE to develop, test, and launch IHMS functionality as described in the obligation. | See Steps | Yes - IHMS | Upon IHMS deployment and users using the system |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 16b | Within nine months of the date of this order, DOE will build the notification function and begin testing | 4/19/2024 | DOE has shared that it is focusing on launching IHMS. This obligation will therefore be fulfilled when the notification function and testing take place within IHMS functionality. | No new efforts to report. The obligation is dependent on IHMS deployment and use. |

| Steps to Be Taken | Special Master Recommendations | Tech Dependent | Timeframe to Resolve |
|---|---|---|---|
| • DIIT to review the mechanism by which the automated notifications are generated (i.e. from IHMS directly, through NYSCA).<br>• DOE to draft the requirements/content of "an automated service to generate emails to parents…" | See steps | Yes - IHMS | Upon IHMS deployment and users using the system |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 16c | Within twelve months DOE will deploy the function publicly; (see 16a and 16b) | 7/19/2024 | This obligation depends on the design/build of the notification function and testing (#16b) and the deployment of IHMS. | No new efforts to report. The obligation is dependent on IHMS deployment and use as well as the fulfillment of Obligations 16a and 16b. |

| Steps to Be Taken | Special Master Recommendations | Tech Dependent | Timeframe to Resolve |
|---|---|---|---|
| • DIIT to review the mechanism by which the automated notifications are generated (i.e. from IHMS directly, through NYSCA).<br>• DOE to draft the requirements/content of "an automated service to generate emails to parents…" | See steps | Yes - IHMS | Upon IHMS deployment and users using the system |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 19 | Aside from the Medication Administration Form (MAF) and HIPAA forms, no other documentation or evidence is required before implementation of an impartial hearing order for the provision of nursing services; | - | To fulfill this obligation, DOE must share evidence of a formal communication to nursing providers and other DOE departments as necessary. | DOE has provided multiple submissions, including most recently an email on 11/14/25 communicating the requested information. However, that email was only addressed to the Executive Director of Nursing. On 11/21/25, the Special Master asked if others received the email, but I have not received a response from DOE. |

| Steps to Be Taken | Special Master Recommendations | Tech Dependent | Timeframe to Resolve |
|---|---|---|---|
| DOE to share who received the email communication *or* send the email communication to all nursing providers / relevant DOE departments as required. | See steps | No | Immediate |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 20 | Within six months of the date of this Order, DOE and the Office of School Health will modify any applicable procedures with nursing agencies to specify that postings and assignments for a nurse will remain open until an individual nurse has been formally assigned to a student rather than when the nursing agency has claimed the posting; | 1/19/2024 | We have requested additional information from the DOE to fulfill this obligation. | DOE shared information related to this obligation on several occasions, including most recently on 11/14/25. The Special Master reviewed the information and requested additional detail on 11/21/25. DOE has not yet responded to that request. |

| Steps to Be Taken | Special Master Recommendations | Tech Dependent | Timeframe to Resolve |
|---|---|---|---|
| DOE to clarify who received an email with this information sent in October 2025 and send to all nursing agencies if not already done. | See steps | No | Immediate |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 27 | Within one year of the date of this Order, DOE will develop and deploy an accessible status indicator (web-based) for parents to easily view their case's status in the due process workflow; | 7/19/2024 | Through the NYCSA BRD, DOE defined the function for a parent or parent advocate to log into NYCSA to view the status of their case. However, fulfilling this obligation requires the deployment of the functionality in IHMS (not just documenting it in the BRD). | No new efforts to report. The obligation is dependent on IHMS deployment and use. |

| Steps to Be Taken | Special Master Recommendations | Tech Dependent | Timeframe to Resolve |
|---|---|---|---|
| DOE to test the function with parents and parent representatives before its release. | See steps | Yes - IHMS | Upon IHMS deployment and users using the system |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 28a | DOE will copy and collect data assets from implementation-related data sources, including but not limited to DAITS, IHS, FAMIS, and SESIS, to analyze for Implementation Unit workflow purposes. | - | DOE is still in the process of gathering and integrating the data that would be needed to report on the KPIs (See obligation #2b). A series of KPIs was defined in the fulfillment of Obligation #2a, but some of those KPIs require access to data planned for IHMS, which is not yet available. | As mentioned in #2b, DOE has provided me with samples of data related to some, but not all, of the KPIs in recent monthly status meetings. |

| Steps to Be Taken | Special Master Recommendations | Tech Dependent | Timeframe to Resolve |
|---|---|---|---|
| • Share list of KPIs documented in #2a with the IHMS team to assess what can be done via IHMS reporting; assess gaps<br>• DOE to confirm data sources and estimate when data will be available for reporting | See steps | Yes - IHMS | Upon IHMS deployment and users using the system |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 28b | DOE will report to Plaintiffs on a quarterly basis the results of this analysis and meet with the Plaintiffs on a quarterly basis to identify solutions to problems and answer questions and hypotheses regarding failure to meet the Stipulations benchmarks based upon the analysis. | - | Some of the KPIs DOE will use it its reports require access to data planned for IHMS, which is not yet available. | As mentioned in Obligations #2b and #28a, DOE has provided us with samples of data related to some, but not all, of the KPIs in recent monthly status meetings. I am aware that DOE has shared at least one quarterly report with Plaintiffs. (See Obligation #2b). |

| Steps to Be Taken | Special Master Recommendations | Tech Dependent | Timeframe to Resolve |
|---|---|---|---|
| • DOE to draft the outline and template of the quarterly report<br>• DOE to share quarterly reports with Plaintiffs for the data available (from SupportHub) | See steps | Yes - IHMS | Upon IHMS deployment and users using the system |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 28c | The Special Master will include in reports to be provided to the Court every six months DOE's analysis of such data; | - | This obligation is dependent on Obligations #2b, #28a, and #28b, which are in turn dependent on the launch of IHMS to provide key data. | I have consulted on the definition of KPIs in obligation #2a, but as mentioned, we will advise and begin working with DOE on the production of the report described in this obligation. |

| Steps to Be Taken | Special Master Recommendations | Tech Dependent | Timeframe to Resolve |
|---|---|---|---|
| DOE to draft the outline and template of the quarterly report | See steps | Yes - IHMS | Upon IHMS deployment and users using the system |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 31 | Within twelve months of the date of this Order, DOE will centralize the collection, submission and sharing of pertinent documents among DOE's impartial hearing representatives and Implementation Unit on a single platform. DOE will establish a process by which documentation from families is captured by DOE representative at the hearing; | 7/19/2024 | In obligation #7, DOE defined IHMS as the central platform for IU documents in the future with eventual integration of documents from SESIS and NYCSA. DOE has since built functionality to gather documentation from parents in SupportHub (Nagarro) with some documentation stored on SharePoint. It remains unclear what functionality will remain in SupportHub and what will be in IHMS. We have asked for clarification on this. | Nagarro has shown me how SupportHub supports the centralization, collection, submission and sharing of pertinent documents. |

| Steps to Be Taken | Special Master Recommendations | Tech Dependent | Timeframe to Resolve |
|---|---|---|---|
| • DOE to develop a strategy for centralizing due process documents considering existing plans for IHMS/SharePoint/ SupportHub<br>• DOE to conduct UAT of document management functionality in IHMS | See steps | Yes – IHMS | Upon IHMS deployment (and if applicable, integration with SupportHub) and users using the system |

28



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 32 | Within eighteen months of the date of this Order, DOE will build or procure a mobile application by which providers can enter their hours on their phone upon providing a service and DOE will not require a traditional invoice for payment. The new invoicing process and tool will be designed to streamline the invoice approval process. DOE will conduct user research with providers and parents to identify the mobile application | 1/19/2025 | DOE needs to build the technology to support mobile invoice submission. DOE shared that doing so is dependent on funding for Phase 3 of Polaris. | Though DOE shared a demonstration (led by Polaris) of how Polaris supports invoicing processing, it has not demonstrated functionality to support the mobile submission of timesheets / invoices. The Special Master provided additional direction on 1/14/26. |

| Steps to Be Taken | Special Master Recommendations | Tech Dependent | Timeframe to Resolve |
|---|---|---|---|
| • Provide demo of Polaris' mobile functionality to the Special Master team<br>• Conduct user research with providers and parents | See steps | Yes - Polaris | Upon funding for Phase 3 of Polaris |

29



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 33 | Within nine months of the date of this Order, DOE will launch the process of monitoring and coordinating service action items, as defined in paragraphs 14-16 | 4/19/2024 | Develop and launch Integration between SESIS (and/or ATLAS) and IHMS. | DIIT has shared its plans for integrating IHMS with SESIS/ATLAS and continues to provide updates with the Special Master team. |

| Steps to Be Taken | Special Master Recommendations | Tech Dependent | Timeframe to Resolve |
|---|---|---|---|
| • Ensure close coordination among SESIS/ATLAS and IHMS teams as new modules are developed<br>• Document/share business requirements for SESIS/ATLAS and determine release schedule | See steps | Yes - IHMS and SESIS/Atlas | Upon IHMS deployment and integration with SESIS/ATLAS and users using the system |

30



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 34 | Within one year of the date of this Order, DOE will build the necessary document management functionality into the new special education data system to share documents across special education processes, as defined in paragraph 17 | 7/19/2024 | This obligation is dependent on the release of the DOE's new K-12 special education system, ATLAS and IHMS. If ATLAS K-12 is not ready when IHMS launches, DOE should build an integration with SESIS in the interim. | DOE has shared that ATLAS is the planned future platform for K-12 students (and special education documents). We have seen a demo of some functionality. |

| Steps to Be Taken | Special Master Recommendations | Tech Dependent | Timeframe to Resolve |
|---|---|---|---|
| DOE to release ATLAS K-12 | See steps | Yes - ATLAS K-12 and IHMS | Upon ATLAS K-12 deployment and users using the system |

31



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 35 | For each home instruction order, the Implementation Unit Staff should confirm the actual provision of home instruction as defining implementation of the order | - | None | DOE shared a draft of procedures for confirming home instruction on 9/14/25. The Special Master provided feedback on 9/22/25, but has not yet received a new version. On 3/13, DOE referred the Special Master to an SOPM, but I did not have adequate time to review and evaluate that document for this report. |

| Steps to Be Taken | Special Master Recommendations | Tech Dependent | Timeframe to Resolve |
|---|---|---|---|
| DOE to describe how the implementation Liaison will confirm home instruction. | See steps | No | Immediately |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 36 | For each order placing a student at a DOE school, Implementation Unit Staff and OSE should confirm the actual placement as appropriate and meeting the need of the student, (per order and IEP) | - | None | The Special Master provided DOE with guidance for the deliverables for this obligation, but has not yet received a draft process. On 3/13, DOE referred the Special Master to an SOPM, but I did not have adequate time to review and evaluate that document for this report. |

| Steps to Be Taken | Special Master Recommendations | Tech Dependent | Timeframe to Resolve |
|---|---|---|---|
| DOE to draft a process document for confirming a student's appropriate placement | See steps | No | Immediately |

33



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 37 | DOE will develop a continual process of updating training materials to reflect changing policies and business rules | - | None | DOE shared documentation related to this obligation on multiple occasion. Most recently on 10/27/25, DOE shared an updated Professional Learning Plan, but the document did not describe details of the process. The Special Master shared this feedback and is awaiting a new version. |

| Steps to Be Taken | Special Master Recommendations | Tech Dependent | Timeframe to Resolve |
|---|---|---|---|
| DOE to add a section to the Professional Learning Plan, titled "Process of Updating Training Materials" | See steps | No | Immediately |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 38 | DOE will continue to conduct ongoing user research on this proceeding and due process functions in an effort to modernize and redesign DOE due process functions and align them with (migrate to) the special education system | - | User research is not being conducted at this time because resources have been dedicated to the design and development of IHMS. | No new efforts to report. The obligation is dependent on IHMS deployment and use. |

| Steps to Be Taken | Special Master Recommendations | Tech Dependent | Timeframe to Resolve |
|---|---|---|---|
| ● DOE/DIIT/IBM to define the scope of the research to be conducted, with a schedule for engaging and testing the system with users<br>● DOE/DIIT/IBM to identify the resources required for this work | See steps | Yes - IHMS | Upon IHMS deployment and users using the system |



# Appendix I: Independent Technology Assessment



# Background and Approach

Of the 51 LV Order Obligations being monitored by the Special Master, 19 obligations have a specific dependency on technology solutions utilized by DOE and the public.

Beacon Consulting Partners (BCP) has been providing independent assessments on four (4) applications that are key to the fulfillment of the LV Order Obligations, specifically the Impartial Hearing Management System (IHMS), Decision Action Item Tracking System (DAITS), Nagarro SupportHub Customer Service Platform, and the Polaris Invoicing Application.

Our assessments are based on evidence provided through observations of standing meetings, conducting interviews and review of project documentation made available to us.

No technical work artifacts (e.g. source code, scripts, etc.) related to development, testing, integration and data migration have been reviewed for our assessment.



# Executive Summary

An initial assessment of the technology used by the Implementation Unit (IU) was conducted as a part of the Special Master's mandate in January 2024 to determine if NYCPS's technology and application development initiatives will be able to support the mandates of the LV Orders.  Updated reports have been issued in July 2024, November 2024, March 2025, July 2025 and November 2025.

As noted in previous reports, each of the technology initiatives supporting the LV order has experienced delays. The Impartial Hearing Management System (IHMS) - the most complex of the initiatives, and the system upon which 8 unfulfilled obligations depend - has experienced the most significant delays.

In our last report, NCYPS projected a March 31, 2026 completion date for IHMS. We noted that for NYCPS to meet this deadline, there would need to be an accelerated pace of development and testing as well as extremely tight collaboration across workstreams. In late February 2026, a new project manager assessed the project and determined that the delivery timelines were not reliable and that immediate corrective action would be required. As of this writing, NYCPS has not offered a revised completion date for IHMS code development.



# IHMS Key Takeaways

While we have reported a marked increase in the level of collaboration between NYCPS stakeholders and much more involvement from business senior leadership, the previous assessments hold true. Continued delays in development, slow rates of UAT execution, slow remediation of defects have led to a lack of fidelity to existing timelines.

The latest assessments of IHMS progress and the adoption of corrective action by the team, have led us to re-evaluate our Technical Monitoring Approach. To date, our assessments have relied on reported status updates from the IHMS project team.  We seek to understand the root cause of the project's delays to better gauge the actual go-live timeframe.

Moving forward, we will implement a new approach that includes reviewing objective development data and assessing work item traceability to independently validate development activity against reported progress and project timelines.



# IHMS Key Takeaways (continued)

This approach will allow us to measure IBM's development velocity, confirm development alignment to approved DOE requirements, and identify gaps between stated completion and demonstrable technical evidence. By leveraging system-generated artifacts, this approach will strengthen the independence, transparency, and reliability of our assessment.

A report of our Technical Monitoring will be made available to all parties as an addendum to this report as soon as is practicable. Updated technical reports may also be made prior to the July 2026 Court report.



# IHMS Technical Monitoring Approach

| Project Artifacts to be Reviewed | Reason for Review |
|---|---|
| Azure Dev Ops | • Shows traceability of requirements (and approved requirements traceability matrix) to development and which documents are being used for development<br>• Demonstrates what the developers are working on – what is in current development<br>• Validates the accuracy of development completion reports |
| Source Code Repository (e.g. GIT) | • Indicates which development files are being accessed by IBM developers and for what purpose (e.g. commit history / chronological change record, code churn metrics such as insertions/deletions, and commit messages and time stamps that indicate intent, rationale, references)<br>• Lends an understanding of the technical solution |
| Re-baselined Project Schedule | • Allows us to track the re-baselined project effort based on the new IBM executive's work |
| Updated Data Migration Artifacts | • Shows the updated plans and responsibility for data to be migrated to IHMS from legacy systems |
| Updated Integration Artifacts (with updated doc listing) | • Shows the updated schedule, method and progress of development of individual APIs to integrate into other DOE systems |
| Application Cutover Plan | • Demonstrates the activities (functional and technical) to be undertaken to take IHMS live |



# IHMS Assessment:  IHMS Project Scoring

IHMS' Beacon Score has declined since the last assessment.

## Factors affecting Clarity Score

- The reliability of project timelines and completion dates has been called into question after a review by the new DIIT project manager
- A new IBM executive has joined the project and will lead an effort to re-baseline the project plan

## Factors affecting Implementation Score

- UAT efforts have highlighted numerous gaps in the functionality developed by IBM and made available to the business team
- The development of training and communication plans is still pending

## Factors affecting Design Score

- Solution architecture components relating to integration of IHMS with other DOE systems have not been updated



Expected score for a public sector project of this size/scope

**Beacon Score**    IHMS

Clarity

Implementation

Design

———● Indicates prior assessment score

Scores indicate there has been a degradation in the overall confidence of development and fidelity to project timelines.

thru

# IHMS Previously Reported Findings (1/3)

| Metric | Progress | Previous Finding | Current Status | Recommendation |
|---|---|---|---|---|
| Clarity | 🟥 | The team has maintained a high level of engagement and coordination, but despite these efforts, minor delays have resulted in tighter timelines to complete the project | A new DIIT project manager and new IBM executive have joined the project to re-baseline the project after an assessment highlighted significant gaps in developed functionality | The Special Master is proposing a period of Technical Monitoring to understand and validate the measure of mis-match |
| Clarity | 🟥 | IBM has onboarded new resources; however, there are concerns that the pace and quality of work are below expectations, and no resource estimates exist to indicate how long tasks should take to complete | It is unclear whether the issues of development velocity are related to inadequate IBM development resources or staffing levels | The Special Master is proposing a period of Technical Monitoring to understand and validate the measure of mis-match |
| Clarity | 🟧 | The current schedule does not show when or how the Phase 1 and Phase 2 code will be combined and tested before go-live | The team has clarified that there is only one code-base that combines Phases 1 and 2 | Given that there is no separation between Phases, it will be critical to ensure there is time for true end-to-end testing that encompasses functionality of both Phases |

**Legend**

| Positive Progress | Some Progress | No Progress |
|---|---|---|



# IHMS Previously Reported Findings (2/3)

| Metric | Progress | Previous Finding | Current Status | Recommendation |
|---|---|---|---|---|
| Implementation | <span style="background:red">　</span> | DIIT resources are currently shadowing IBM development staff to ensure they understand some of the complexities of IHMS<br><br>DOE has a submitted a "New Needs" request to get approval for new resources | DIIT and IBM are working to re-baseline the project which will determine how long IBM will be engaged with Phases 1 and 2 | Ensure clarity on IBM's role with cutover and training |
| Implementation | <span style="background:orange">　</span> | The current plan has user training slated to being Nov 17, 2025, for "Train the Trainer" and IBM will create materials from demos which will be appropriate for DOE's IHMS users but not external users | It is currently unclear whether IBM or DOE will create training materials or perform training, with schedules in limbo pending the project re-baselining | Expand the training plan to include materials and sessions designed for external users (e.g., parents, reps and advocates), not just DOE staff, to ensure all stakeholders can effectively use IHMS at go-live |

**Legend** | Positive Progress | Some Progress | No Progress

 

# IHMS Previously Reported Findings (3/3)

| Metric | Progress | Previous Finding | Current Status | Recommendation |
|---|---|---|---|---|
| Design | 🟥 | The status of data migration from DOE legacy applications for Phase 1 functionality remains unclear | The schedule for data migration needs to be updated with the re-baselined project plan | Ensure the project plan includes mock migration of Phase 1 data to ensure processes and scripts are working as expected |
| Design | 🟧 | From the weekly IBM status report, at least 50% of the planned 13 integrations are currently behind schedule in design and development according to the expected date in the project schedule | Although integration development is ongoing, DIIT reported that the biggest gap in development is the integration of the NYCSA public portal - but we are awaiting a ful accounting of the status of other key integrations (e.g. Polaris, SupportHub) | IBM developers should ensure end-to-end capability for each stakeholder type by tracing data flows and identifying critical test points to verify that data is accurate and in the correct state for the planned integration |

**Legend**

 Positive Progress  Some Progress  No Progress

45

 thru

# Polaris: Key Takeaways

Polaris, the custom-built invoicing tool (obligation #10), has been live with a small group of vendors since December 2024, with 400 more vendors (out of a total of 1,200) rolled onto the platform in November 2025. The last group of 750 vendors who currently bill for services, have billed in the past, or may bill for Impartial Hearing Order cases in the future, were notified on February 17, 2026, that effective March 1, 2026, they would need to submit their invoices through Polaris. While all vendors are pre-granted access to Polaris, it is their responsibility to first register in the DOE's Vendor Portal before they can submit their invoices through Polaris.

A total of 1,225 vendors have been granted access to Polaris.  To date, NYCPS has stated that an estimated 900 vendors have completed their registration.



# Polaris: Key Takeaways (continued)

NYCPS has not indicated any performance issues with the roll out of Polaris and has successfully rolled it out to all vendors. Their reported metrics show that payments to independent service providers are up to date with all invoices submitted for their payment cycles (e.g. net 30 days). Our team has not reviewed any technical documentation to confirm whether there may be any design, implementation or architectural issues that may arise with expanded usage from new vendors.

We understand that the Polaris system integrator is rolling off the project. We are concerned that resources to support and maintain Polaris are tied to the new needs request currently at NYC OMB for funding.  If there is no further funding for the existing vendor, DIIT resources would be solely responsible for any further development or enhancements.



# Polaris Previously Reported Findings

| Metric | Progress | Previous Finding | Current Status | Recommendation |
|---|---|---|---|---|
| Clarity | (green) | The project has been executed largely on schedule | The project has continued to hold to a documented schedule with structure communication to the user community | Ensure that future project plans have clear requirements and allocate time and resources to knowledge transfer to DIIT now that the System Integrator has rolled off the project |
| Implementation | (orange) | N/A | While all users were sent a user manual for their use of Polaris, the process for portal registration vs use of Polaris may not be clear without training | Create new training material as necessary to ensure vendors are clear on invoicing process |
| Design | (green) | Polaris is dependent on integration with DAITS and specifically requires data from the DAITS connection to IHF/FAMIS | The Polaris API integration to IHMS is listed as complete, but it's unclear whether it's been fully tested | Once IHMS timelines are updated, ensure there is a concrete plan to shift Polaris integration to IHMS from DAITS-IHF (which feeds into FAMIS |
| Design | (orange) | No technical documentation reviewed | No additional technical documentation reviewed to determine whether the roll out of the additional 750 vendor users on March 1st occurred or will have any adverse impact on performance | Continue to monitor performance closely to ensure that the additional vendor user experience is not adversely affected |

48

**Legend** | Positive Progress | Some Progress | No Progress

thru

# Nagarro SupportHub Customer Service Assessment

SupportHub which provides customer support activities to parents, parents' representatives, independent providers/agencies in the implementation of impartial hearing orders has been able to provide key metrics regarding interactions between the Implementation Unit and parents, advocates and legal representatives.

The Special Master's team continues to attend regular meetings with the OGC team and Nagarro to walk through new functionality and metric reporting.

The Nagarro team is currently focused on building out a new environment of the SupportHub application that will serve as the integration point for IHMS. However, it is unclear at this time what role SupportHub will have once IHMS is live or how public activity will be divided between the NYCSA Portal and SupportHub.



# Nagarro SupportHub Customer Service Findings

| Metric | Progress | Previous Finding | Current Status | Recommendation |
|---|---|---|---|---|
| Clarity | 🟩 | The team has been able to share metric details on the # of tickets, # of chatbot interactions and calls made through the hotline<br><br>Example reports have included, call volumes and types by calendar period | The team continues to make updates and track to their plans | Ensure any updates to the existing system track to the plans for IHMS integration |
| Implementation | 🟨 | Plans for the transition of support / hotline activities from SupportHub to IHMS are still pending | There continues to be ambiguity on the future of SupportHub vs access to IHMS through the NYCSA Portal | The team needs to ensure there is a clear definition of the functionality available in SupportHub vs NYCSA and work collaboratively with the Communications advisor to effectively communicate user access |

**Legend**

 Positive Progress  Some Progress No Progress

50

 thru

# DAITS: Key Takeaways

While it was understood that the DAITS stabilization work concluded late last year (as reported in our November 2025 report), the DIIT team has completed further updates and enhancements to the financial components of DAITS – the Impartial Hearing Financial (IHF) application (Releases 6 and 7) to ensure the flow of information from DAITS to the Polaris Invoicing System.  DIIT executed Release 8 in late December 2025.  Additionally, DIIT reported that they completed DAITS-IHF Release 9 on February 26, 2026 to address bug fixes and improve functionality related Polaris.

While we have received confirmation of the releases and a list of improvements from DIIT, we have no insight into any architectural changes, testing executed, integration dependencies between DAITS-IHF, Polaris and IHMS, or whether there have been any performance benefits resulting from these releases.

Now that Polaris is live for all vendors, our expectation is that development resources will be wholly dedicated to IHMS development efforts.



# Appendix II: Obligations Fulfilled



# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 14b | (b) within six months of the date of this Order, design a plan for additional staffing within the Implementation Unit, | 1/19/24 | Initially, the development of a staffing plan and the creation of job descriptions were delayed due to budget constraints. Following the Mayor/OMB 2025 budget approval, DOE has since shared job descriptions and a staffing plan, which was signed off in March, 2024. Other obligations track the progress of hiring/staffing, such as obligation #22 and #26. |
| 26 | Within three months of the date of this Order, the Special Master and DOE will identify the types of action items that require the greatest levels of effort to process as well as those most likely to contribute to the backlog of hearing order implementation. Based on the analysis, DOE will develop solutions to remove the causes for the backlog attributable to DOE; | 10/19/23 | In the Pain Point Analysis document, DOE defined the objectives and deliverables for three projects around staffing, communications and process improvement (November, 2023). DOE is making progress towards many of the milestones documented, such as recent hiring (see attached report) and a new communications lead for Implementation. |



# **Obligations Fulfilled** (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 7 | Within three months of the date of this Order, DOE will identify a file-sharing process and tool to improve transparency of all documentation presented as evidence at the hearing so that all pertinent documents can be continually accessed by the Implementation Unit; | 10/19/23 | DOE identified its upcoming Impartial Hearing Management System (IHMS) as the solution for document management in due process. A business requirements document (BRD) was developed by the IHMS team around document management functions. I determined it fulfills the obligation to identify a file-sharing solution. |
| 24a | (a) Within 45 days of the date of this Order, the Special Master and DOE will inventory all functional issues of DAITS that impede the hearing order implementation workflow, including but not limited to system crashes, system outages, and system timeouts, and prioritize enhancements. | 9/4/2023 | See Appendix I for the status of DAITS. Since the July 2023 LV Order, there have been 5 releases to stabilize and enhance DAITS. Each release contains multiple enhancements. |
| 24 | (b) Within six months of the date of this order, the DOE will develop, test, and release the DAITS enhancements | 1/19/2024 | A review of the redacted documentation for DAITS demonstrates that the enhancements were completed and that UAT confirmed the business functionality implemented. |



# **Obligations Fulfilled** (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 3a | Within two months of the date of this Order, the Special Master will identify by type of Action Item the key pain points around the implementation of payment orders and service orders. | 9/19/2023 | Using the list of all possible action item types (e.g., tuition reimbursement, PT), DOE documented the key issues in the process of implementation (.xls), respectively. DOE also supplied a general sense of the volume and level of effort to implement each action item type. I held discussions with IU to understand the pain points and added my assessment of the root causes. Plaintiffs provided their feedback on the analysis,(several points of feedback will be addressed by obligation #26). |
| 21 | Within two months of the date of this Order, DOE will formalize, designate, and confirm a liaison role in OPT, with an escalation path, to coordinate the implementation of transportation orders between the Implementation Unit, OPT, and OSH as applicable. DOE will improve communications and track implementation of impartial hearing orders requiring transportation and provide monthly status updates to parents on the implementation of such orders, except where DOE is not in compliance with a transportation order, DOE will provide weekly updates to parents until existing deficiencies are cured; | 9/19/2023 | DOE produced a "chart" (.doc) of Implementation Liaisons for OPT and OSH with escalation points, coordination protocols between offices, and procedures for implementing transportation orders. I reviewed the document and provided feedback, as did Plaintiffs, and DOE incorporated the comments into a new version which was finalized, (but will be updated in the future, as applicable). DOE reports that the IU Compliance Team tracks implementation of transportation orders through a weekly monitoring report. IU and OPT are conducting weekly meeting to address any challenges. DOE reports OPT continues to provide updates to parents via NYSCA. |

thru

# **Obligations Fulfilled** (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 1 | Within three months of the date of this Order, DOE will develop a customer support plan, including people and tools, for the Implementation Unit to address questions from parents and providers, routing Tier II questions to Implementation Unit Implementation Managers; | 10/19/2023 | I provided a template (.doc) of a customer support plan to DOE, incorporating standard elements of such a plan (cross-industry) in outline form. DOE then developed a draft Customer Support Plan (.doc) from the template, detailing intended audience groups, an outline of a support hotline and its objectives, training for hotline staff, and metrics to evaluate the effectiveness of the program going forward. I provided feedback, which DOE incorporated into a final version. The execution of this plan is now being monitored through obligation #14. |
| 2a | Within three months of the date of this Order, the Special Master and DOE will identify the Key Performance Indicators ("KPIs") for monitoring the internal administrative workflows of the Implementation Unit.  KPIs will be presented to the Plaintiffs for feedback. | 10/19/2023 | DOE developed a list in table form (.xls) of metrics that could inform the day-to-day performance and decision-making of the Implementation Unit, (i.e., KPIs). Plaintiffs and I reviewed the file and suggested a number of enhancements, which were incorporated and signed off in October 2023. In our recent monthly status meetings with DOE, the IU and DFO have been presenting initial figures of KPIs, such as number of action items unpacked per month, dollar amount of authorizations per month, invoices processed, etc. I anticipate DOE's ability to provide these metrics will evolve with the release of IHMS. |



# **Obligations Fulfilled** (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 18 | Within three months of the date of this Order, DOE Implementation Unit will develop and communicate a clear procedure to inform schools and CSEs that an IEP meeting has been ordered and to ensure that the IEP was updated pursuant to that order; | 10/19/2023 | DOE submitted a draft of a procedures document, "Protocols for Communicating Orders for IEP Meetings," for which I provided suggestions to improve the contents of the document, to be more clear, expand in areas, etc. DOE addressed the feedback and provided an updated version of the protocol document, which I accepted. Recently, the DOE reported that the procedures have been updated to reflect the CSE and IU's continued collaboration to coordination; and have been incorporated into Liaison training. The IU and CSE have also set up weekly reporting to flag for the CSE any open items requiring an IEP Meeting. |
| 6 | Within three months of the date of this Order, DOE will formalize an approach to sustaining knowledge of implementation processes, to enable experienced staff to onboard, train and mentor more junior staff; | 10/19/2023 | My team shared a template of a professional development plan deliverable in advance of the work. DOE then developed the deliverable, the *Professional Learning Plan,* and submitted it in late October (2023), which I reviewed and provided feedback, and eventually I accepted. |



# **Obligations Fulfilled** (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 15 | Within three months of the date of this Order, DOE will formally designate Implementation Liaisons in all Districts and relevant Central offices (e.g., OPT, OSH, OSE) to act as points-of-contact in their respective areas for Implementation Managers to facilitate the arrangement of the ordered service(s). DOE will also establish an escalation process when an Implementation Liaison is unavailable or unable to resolve a particular issue, with the escalation role being in an executive role within the respective DOE office; | 10/19/2023 | DOE developed an *Implementation Liaison Directory and Escalation Protocol* document (.pdf), which designates Implementation Liaisons for all relevant DOE offices and districts, and defines a protocol when that office DOEs not address the order in a timely manner (i.e. escalation protocol). DOE has reported that they have been maintaining this list as changes warrant. IU Directors are also holding weekly meetings with various offices, such as OPT, to strengthen coordination among Liaisons. DOE is continuing to provide training to Implementation Liaisons, as well. |
| 4 | Within three months of the date of this Order, DOE will build and maintain a toolkit of existing assistive technology, schools, programs, and services that DOE can Timely Implement (as defined in the Stipulation) any Action Items for provision of assistive technology; | 10/19/2023 | DOE compiled a spreadsheet of assistive technology (AT) products that are readily available to use with students. This obligation was fulfilled under the premise that DOE/NYSED update and share, the materials used to train IHOs on the topic of schools/programs/services – DOE shared some materials on 11/14/2025, but those are in review. DOE reports that the DOE AT Toolkit has also been provided to DOE litigators to present at hearing if relevant to the case. |



# Obligations Fulfilled (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 25 | Within three months of the date of this Order, DOE will assign an additional team of Implementation Unit Staff to expedite the implementation of any hearing order that is more than 35 days past the date of the hearing order. This team will continue its work until such time as orders are consistently being implemented within the implementation deadlines; | 10/19/2023 | DOE documented a "Backlog Triage Plan" (.doc) to describe the procedures the additional team will perform in expediting orders 35+ days old. The plan includes documentation of a workflow, staffing plan, operational plan, data reporting and dependencies. DOE reports that the IU Account Management Team processes any items that have exceed the timelines required by the order on an expedited basis. |
| 40 | Within four months, the DOE will identify a part-time resource (50%) focused on recruiting and hiring staff for the Implementation Unit. | 11/19/2023 | DOE recently reported that a Director of HR is still supporting the ongoing hiring/recruiting efforts. |
| 29 | Within six months of the date of this Order, DOE will add the role of Implementation Systems Analyst to the Due Process Systems and Analytics Office to maintain documentation of workflows and continue the process of streamlining implementation processes; | 1/19/2024 | DOE has promoted a Director of IT for OGC Special Education Case Management (OGC-SECM) to lead all technology projects on behalf of OGC, including LV DIIT projects. She is collaborating with the IU leadership team develop KPI reporting to support LV Compliance Reporting and IU daily operations. |



# **Obligations Fulfilled** (continued)

| Obl.# | Obligation | Due Date | Rationale |
|-------|-----------|----------|-----------|
| 22a | (a) Within six months, DOE will develop a recruitment and hiring strategy for new staff to meet the volume of backlogged orders that have not been implemented and orders as they are issued currently and in the future. (b) DOE will report to the Court on a quarterly basis its progress on hiring, including the nature and impact of any impediments to the implementation of that strategy | 1/19/2024 | DOE presented their new approach to identifying qualified candidates and the recruiting/hiring process they have been following. The DOE continues to attend job fairs, LinkedIn and Indeed postings to recruit candidates. DOE reports that most offices have completed their hiring or are close to doing so. |
| 8a | Within six months of the date of this Order, DOE will design a process by which DOE can collect relevant implementation documentation from parents and guardians, parent representatives, and providers before the hearing; DOE will conduct user research with parents to design a web-based and offline data collection process to facilitate this. | 1/19/2024 | In our review of a number of Business Requirements Documents for IHMS (regarding DPCs, TDNs, NYCSA, evidence disclosure), I determined and signed off that DOE satisfactorily designed and documented the requirements for capturing documentation from parents and parent advocates before the hearing. I intend to monitor the functionality built into IHMS. My expectation is that DOE will leverage this new functionality to improve the management of documents requested of parents. DOE intends to include parents/representatives in the UAT for document submission. |



# **Obligations Fulfilled** (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 10 | The DOE will assess and implement a solution to support the submission and immediate approval of timesheets within six months of the date of this Order | 1/19/24 | A review of the redacted documentation for DAITS demonstrates that the enhancements were completed and that UAT confirmed the business functionality implemented. |
| 11 | DOE will assess the creation of a systems-generated notification to inform the Implementation Unit that the Office of General Counsel/Special Education Unit has settled a case where payments are being distributed from an Order.  The assessment will define the business and technical requirements to do so; | n/a | In my review of Business Requirements Documents for IHMS (specifically Implementation), I determined and signed off that DOE satisfactorily documented the requirements for communication mechanism between the two offices in the case of a settlement. |



# **Obligations Fulfilled** (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 5 | With endorsement from Plaintiffs, DOE, OATH and NYSED leadership, within six months of the date of this Order, DOE will research and design a web-based interface for Impartial Hearing Officers to issue decisions and build the user-friendly web form for capturing orders … allowing both common and uncommon relief to be ordered. The web-based interface must include the ability to capture the decision and order, both via structured input fields (e.g., a dropdown menu) and/or in writing (e.g., a free-form text field), with the full independence and discretion of the Hearing Officer; | 1/19/2024 | After an extensive process of review, revision, and collaboration among all Parties—including OATH, NYSED, and myself—the team reached consensus on the design and structure of the web form fields in October, 2025. This process involved careful documentation, iterative feedback, and multiple rounds of discussion to ensure the fields were both comprehensive and compliant with all requirements. With this agreement in place, the focus will now shift toward finalizing the Business Requirements Document (BRD), reviewing the user interface (UI) designs, and assessing the results of user acceptance testing (UAT). I have requested screenshots of the most recent developments. |



# Obligations Fulfilled (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 14a | DOE will (a) within six months of the date of this Order, deploy a customer support hotline and formal network structure for the Implementation Manager role to serve as the point-of-contact for the case and coordinate service action items across DOE offices, schools, attorneys and parents. | 1/19/2024 | Following launch of the hotline, DOE provided me with a demo of the ServiceNow/Avaya functionality used by call center representatives, as well as metrics on operations of the hotline (KPIs) following the first week of the hotline being live. |
| 23 | The DOE will designate a dedicated resource to plan, develop, and deliver training materials for Implementation Unit and OGC staff and within six months of the date of this Order, create a training plan, develop materials, and deliver training pertinent to the implementation of orders.  The DOE will update training materials to reflect changing policies and processes; | 1/19/2024 | DOE reports that they have made updates to training materials on an ongoing basis with each cohort of new hires that is onboarded. DOE last updated the training materials in November 2025. |
| 13 | Within six months of the date of this Order, DOE will define data and system requirements for monitoring incoming and tracking the ongoing implementation of orders comprised of service action items. | 1/19/2024 | DOE provided business requirements for monitoring service action items in ATLAS, a demo of the new functionality, and a high-level roadmap for expanding ATLAS to all PK–12 students. |



# **Obligations Fulfilled** (continued)

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 30 | Within six months of the date of this Order, DOE will expand the LV Payment and Service Guidelines for Implementation Unit staff into an Operating Procedures Manual, and design and implement a professional development series on order implementation for DOE staff; | 1/19/2024 | DOE made substantial improvements to its SOPM, submitting an updated version in November 2025 that I reviewed and deemed fulfilled, with the expectation that DOE will continue to maintain and regularly update it as changes take effect. DOE also shared its plan for a professional development series, reflected in an updated Professional Learning Plan. |
| 3b | Within nine months of the date of this Order, the DOE will redesign the workflows and address key pain points around the implementation of payment orders and service orders. The DOE will document the improved processes and incorporate new workflows into trainings and communications with its staff, parents, parent attorneys and advocates, and providers; | 4/19/2024 | Based on the pain points and processes defined in #3a, DOE submitted a number of trainings and communications describing the new processes, which I accepted in May, 2024. DOE has recently submitted a new version of the SOPM, which I anticipate will include more of these updates, but is still in review at the time of this writing. |
| 22b | The DOE will report to the Court on a quarterly basis its progress on hiring, including the nature and impact of any impediments to the implementation of that strategy; | 4/19/2024 | Attached to this report is the latest status of positions being recruited/hired. |



# Future Schedule of These Reports

| Report # | Draft Submitted to Parties | Parties' Feedback Due (If Any) | Report Submitted to the Court |
|---|---|---|---|
| 8 | 3/5/2026 | 3/13/2026 | 3/19/2026 |
| 9 | 7/2/2026 | 7/13/2026 | 7/20/2026 |
| 10 | 11/4/2026 | 11/13/2026 | 11/19/2026 |
| 11 | 3/3/2027 | 3/12/2027 | 3/19/2027 |
| 12 | 7/2/2027 | 7/12/2027 | 7/19/2027 |



# Contact

David Irwin
Special Master to the Court (*LV v. DOE*)
david@thru.co
(646) 489-7078

