

Planning | Advisory | Research

March 19, 2026

**VIA ECF**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: LV, et al. v. New York City Dept. of Educ., et al., No. 03 Civ. 9917**

Dear Judge Preska:

As per your Order issued on July 19, 2023, today I am filing the eighth program monitoring report on DOE's progress toward its obligations. As you know, I will be filing this report every 120 days following the issuance of the Order.

I shared a draft of the report with the Parties and gathered their comments and feedback. After considering all input and making adjustments where warranted, I have attached the final report, pending any questions or suggestions from Your Honor.

It recently became clear that IHMS development will not be complete by March 31 despite additional resources and effort from DOE. I am concerned about DOE's continued slip in the timeline for implementing IHMS. As you will see in the report, my team is implementing a new approach to evaluate IHMS progress that includes reviewing objective development data and assessing work-item traceability to independently validate development activity against reported progress and project timelines. We plan to issue this assessment and brief Your Honor before the next report due in July 2026.

I am pleased to share that the Parties agreed to the scope of a one-month audit of recent orders (due in January 2026). Guidehouse has started this audit, and we are hopeful we will be able to review the results with Your Honor at the next Court meeting scheduled for May 19, 2026.

Finally, per Obligation 22b of the Order, DOE's latest hiring progress report is attached to this letter.

thru

I am standing by, should you like to discuss this further.

Yours sincerely,

David Irwin
Thru Consulting, LLC


cc:    Jeff Dantowitz, Esq.
       Rebecca Shore, Esq.
       Elizabeth Vladeck, Esq.

**Attachment**

**LV Hiring Totals by Office, as of 3/18/2026**

DOE Submission
Submission Date: 3/18/2026
Document Type: Deliverable
LV Mandates #14b, #14c, #22
Chart of LV Hiring Updates
Totals by Office

| LV Mandate Cross-Reference | Division | Office | Estimated Number of Positions | Candidates Accepted Offers | Candidates Onboarded | Applicants | Applicants Selected for Interviews |
|---|---|---|---|---|---|---|---|
| #14b: Implementation Unit Staffing; #1 and #14a: | Office of the General Counsel | Implementation Unit (IU) | 81 | 76 | 76 | 835 | 151 |
| #40: HR Resource for IU | Office of the General Counsel | OGC Operations (OGC-HR) | 1 | 1 | 1 | 13 | 2 |
| #29: Appoint Implementation Systems Analyst to the Due Process Systems and Analytics Office (DPSA) | Office of the General Counsel | Due Process Systems and Analytics Office (DPSA) | 2 | 2 | 2 | 269 | 21 |
| #12a: Communicate all service orders and action items, #15: Designate Implementation Liaisons; and #33 Coordinate service action items | Division of Specialized Instruction & Student Support | Committee on Special Education (CSE) | 16 | 15 | 15 | 242 | 121 |
| #12a: Communicate all service orders and action items, #15: Designate Implementation Liaisons; and #33 Coordinate service action items | Division of Specialized Instruction & Student Support | Office of Related Services (ORS) | 2 | 2 | 2 | 28 | 10 |
| #24b: DAITS Enhancements | Division of Instructional and Information Technology (DIIT) | Division of Instructional and Information Technology (DIIT) | 5 | 5 | 5 | 33 | 14 |
| #15: Designate Implementation Liaisons; #19 Nursing Documentation; #20: Nursing Procedures; #21: OSH Implementation Liaisons; #12a Coordinate service action items and #33 Coordinate service action items | Office of Student Health (OSH) | Office of Student Health (OSH) | 20 | 18 | 18 | 378 | 78 |
| # 9: Timely Payments | Division of Financial Operations (DFO) | Division of Financial Operations, Payables Office (DFO-PO) | 22 | 21 | 21 | 155 | 30 |
| | | **Total Count - Permanent and Temporary Hiring** | **149** | **140** | **140** | **1953** | **427** |

Notes

1. These totals including both permanent and temporary hiring. The temporary consultants for IU and DFO-PO will remain in place after NYCDOE receives permanent staffing.



**Summary - Hiring Totals, as of 3/18/2026**

DOE Submission
Submission Date: 3/18/2026
Document Type: Deliverable
LV Mandates #14b, #14c, #22
Chart of LV Hiring Updates
Summary - Hiring Totals

| Permanent Staffing | Count |
|---|---|
| Estimated Number of Positions | 104 |
| Candidates Accepted Offers | 95 |
| Candidates Onboarded | 95 |
| Applicants | 1907 |
| Applicant Interviews | 381 |

| Temporary Staffing | Count |
|---|---|
| Estimated Number of Temporary Consultant Positions | 45 |
| Temporary Consultants Onboarded<br><br>Note: The temporary consultants for IU and DFO-PO will remain in place after NYCDOE receives permanent staffing. | 45 |

| Total - Permanent and Temporary Staffing | Count |
|---|---|
| Estimated Number of Positions | 149 |
| Candidates Accepted Offers | 140 |
| Candidates Onboarded | 140 |
| Number of Applicants | 1952 |
| Number of Interviews | 426 |

Notes

1. These totals including both permanent and temporary hiring. The temporary consultants for IU and DFO-PO will remain in place after NYCDOE receives permanent staffing.