**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| L.V., et al., <br><br> Plaintiffs, <br><br> v. <br><br> NEW YORK CITY DEPARTMENT OF EDUCATION, et al., <br><br> Defendants. |

Case No. 1:03-cv-9917-LAP-KNF

**<u>Combined Agenda</u>**

The parties in the above-captioned action, pursuant to the Court's Order dated February 26, 2026 (Docket No. 403), submit this Combined Agenda for status conference on May 19, 2026, at 11:00 a.m. (prevailing Eastern Time), before the Honorable Loretta A. Preska, United States District Judge, in Courtroom 12A, 500 Pearl Street, New York, New York, 10007:

1. Report on Meet and Confer Meetings Between the Parties, Including Defendants' Request to Change What Constitutes Timely Implementation under the Stipulation

2. Update on IHMS Development, User Acceptance Testing (UAT) and Launch Timeline, and the Special Master's Independent Review

3. January 2026 Limited Review Audit

4. Update on the Communication Advisor's Work

5. Update on the Special Master's Review of Implementation of Service Action Items/Orders

[*Signature page follows*]

Dated: May 12, 2026

/s/ Jeffrey S. Dantowitz
**THE CITY OF NEW YORK LAW
DEPARTMENT**
Jeffrey S. Dantowitz
100 Church Street
New York, NY 10009
Telephone:  (212) 356-0876
Email:  jdantowi@law.nyc.gov

*Counsel for Defendants*

/s/ Jessica Kaufman
**MORRISON & FOERSTER LLP**
Michael B. Miller
Jessica Kaufman
Donghao (Helen) Yan
250 West 55th Street
New York, NY 10019
Telephone:  (212) 468-8000
Facsimile:  (212) 468-7900
Email:  mbmiller@mofo.com
        jkaufman@mofo.com
        hyan@mofo.com

*Co-Counsel for Plaintiffs*

-and-

**ADVOCATES FOR CHILDREN OF NEW
YORK**
Rebecca C. Shore
Brianna M. Kitchelt
151 West 30th Street, 5th Floor
New York, NY 10001
Telephone:  (212) 822-9574
Facsimile:  (332) 999-1932
Email:  rshore@advocatesforchildren.org
        bkitchelt@advocatesforchildren.org

*Co-Counsel for Plaintiffs*

cc:  All Counsel of Record (via ECF)