UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LV, et al.,

                    Plaintiffs,

-against-                                           03-cv-9917 (LAP)

NEW YORK CITY DEPARTMENT OF                         ORDER
EDUCATION, et al.,

                    Defendants.

LORETTA A. PRESKA, Senior United States District Judge:

    The Court is in receipt of Plaintiffs' letter requesting certain information with respect to the Impartial Hearing Management System. In the Court's view, the request is premature in that it is unlikely that any timeline constructed now will be reliable. Accordingly, the request is denied without prejudice to reinstatement at a later date.

**SO ORDERED.**

Dated:     June 22, 2026
           New York, New York

_Loretta A. Preska_
LORETTA A. PRESKA
Senior United States District Judge

1