UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Special Master Program Monitoring

July 20, 2026

LV, et al.,

                    Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.,

                    Defendants.

Prepared for
**Loretta A. Preska**
Senior United States District Judge



In 2007, the parties settled a class action lawsuit, resulting in a settlement which developed a governing document, the Stipulation, to measure compliance moving forward. The parties agreed to the Stipulation and an Independent Auditor has been in the role of measuring compliance.

In a special education due process proceeding, the Impartial Hearing Officer (IHO) may issue a decision directing that specific services be provided to a student or that payment be made on the student's behalf. Pursuant to the Stipulation, the New York City Department of Education (DOE) is required to implement the IHO's Order with 35 days of its issuance, for the Order to be Timely Implemented, unless the Order specifies a different timeline for Timely Implementation. Implementation may include arranging for the delivery of the ordered services and/or processing the mandated payment. DOE created an office, termed the Implementation Unit (IU), to manage the process by which these payments are authorized and services are arranged.

thru

## Obligation #39

Every 120 days from the date of this Order [7/19/2023], the Special Master will file a report with the Court on DOE's progress in implementing the obligations that have come due in the prior 120 days pursuant to this Order (the "Obligations"). Each such report shall set forth (i) the Special Master's analysis as to whether each Obligation has been fulfilled; (ii) for any Obligation that the Special Master has concluded has been fulfilled, a detailed explanation of the basis for such conclusion; (iii) for any Obligation that has not been fulfilled, the impediments to fulfilling such Obligation, the measures necessary to overcome such impediments, and the timeframe for fulfilling the Obligation; (iv) for any Obligation that has not been fulfilled, a summary of DOE's efforts to consult with Plaintiffs, the Special Master, or other relevant entities in order to fulfill the Obligation, or an explanation of good cause why no such consultation was held; (v) the next steps to be taken to fulfill the Obligations; and (vi) any additional recommendations of steps DOE must take to meet the Stipulation's benchmarks, including but not limited to those identified as future recommendations in the Special Master's March 29, 2023 report.  DOE should provide all reasonable assistance to the Special Master in preparing this report, and Plaintiffs will be permitted to provide feedback.

thru

# Contents

1. Executive Summary
2. Obligations Not Yet Fulfilled

   - Appendix I: Independent Technology Assessment
   - Appendix II: Obligations Fulfilled



# Executive Summary



# Progress Snapshot

DOE has fulfilled one additional obligation since our last report in November (#20) for specifying that posting and assignments for a nurse remain open until an individual nurse has been assigned.

DOE has now fulfilled 30 of 51 obligations, representing 59% of all obligations (see graph). Twenty-one obligations are not yet fulfilled.





# Obligations Fulfilled During this Reporting Period

- Obligation #20: DOE successfully fulfilled Obligation #20 on 5/27/26. DOE clarified in its assignment process that postings and assignments for a nurse will remain open until an individual nurse has been formally assigned. DOE sent that clarification to all agencies via email.



# Key Takeaways

- **Impartial Hearing Management System (IHMS)**

  - As anticipated in the last Court report, IHMS did not launch in March. To the contrary, a recent assessment the Special Master's team conducted found that a variety of issues have plagued IHMS's development and the recovery effort will be significant.
  - While there is considerable work to do, the Special Master's team has been encouraged by recent improvements it has seen from both DOE and IBM related to the recovery plan for IHMS. More specifically, the Special Master's team has noted improvements in governance and processes, as well as the addition of new IBM resources.
  - Looking ahead, we expect to see DOE and IBM develop a shared definition indicating when a task is "done" and agree on and prioritize the functionality DOE must have to implement orders. By the end of August, we will also be looking for clarity and detail on the overall project roadmap and timelines for completion.



# Key Takeaways (continued)

- **Technical Obligations.** Given IHMS's latest delays, DOE revisited whether some functionality envisioned within IHMS may already exist within SupportHub. As such, the Special Master's team found that DOE has made progress towards several of the Technical Obligations.

- **Guidehouse Limited Audit.** In June, Guidehouse presented the final results of a limited review of orders due in January 2026. They found that 33.4% of Service Action Items and 11.7% of Payment Action Items were timely implemented. While still low, these values represent an improvement of 9.0 and 2.4 percentage points, respectively, compared to a similar limited audit Guidehouse conducted in March 2025.

- **Service Action Item Review.** The Special Master's team is proceeding with its Service Action Item Review. To date, it has circulated and incorporated feedback from the Parties on a proposed process and met with DOE several times to better understand how it implements specific service action items, why service action items in Guidehouse's January Limited Review may not have been timely implemented, and the data available to better understand and quantify any implementation issues.



# Remaining Outstanding Obligations

| Non-Technical | Tech-Dependent | Technical |
|---|---|---|
| **#9** Public list of required documentation | **#2b** IU/OGC monitor progress (KPIs) | **#8b** Multiple file formats |
| **#12a** Communicate service orders | **#28a** Gather/integrate data | **#16a** Design milestone emails |
| **#12b** Timely communication to schools | **#28b** Report KPI data to Plaintiffs | **#16b** Build email notifications |
| **#19** Medical documentation | **#28c** Include KPI report in SM report | **#16c** Deploy email notifications |
| **#33** Launch process for service items | | **#27** Accessible status indicator (NYCSA) |
| **#35** Confirm home instruction | | **#31** Centralized documentation collection |
| **#36** Confirm placement | | **#32** Mobile timesheets (Polaris) |
| **#37** Process to update training materials | | **#34** Deploy document management |
| **#38** Ongoing user research | | |

Note. As described in more detail on Slide 12, the Special Master re-categorized the outstanding obligations into three categories - non-technical, tech-dependent, and technical – to more clearly identify the role of technology in the remaining Obligations and where there are opportunities for DOE to make the most progress as IHMS development continues.

thru

# Obligations Not Yet Fulfilled



# Revisions of Obligations Yet to Be Fulfilled

The Special Master made two revisions to the slides presenting Obligations Yet to Be Fulfilled for this report:

1. We renamed the "Tech Dependent" cell to "Type of Obligation." That cell now includes three options:
   A. <u>Technical obligations,</u> which require DOE to adopt or deploy a new technology or technological function.
   B. <u>Tech-dependent obligations</u> where DOE is relying on new technology (most often IHMS) to fulfill some part of the obligation, but the obligation itself does not call for DOE to adopt or implement a new technology. These obligations all involve KPI reporting and / or analysis. Developing those reports does not require DOE to adopt new technology. However, DOE plans to utilize IHMS to collect and report on some of the metrics. Those obligations are therefore "tech-dependent," but not "technical." As noted in the previous report, we expect DOE to make progress on these obligations (e.g., creating and sharing KPIs reports for those metrics that are available) even if they are not complete until IHMS launches.
   C. <u>Non-tech obligations</u> which do not involve technology to fulfill.

   We made this revision to more clearly identify the role of technology in the remaining Obligations and where there are opportunities for DOE to make the most progress as IHMS development continues.

2. We removed the cell for the "Special Master's Recommendations," as those repeated what was included in the "Steps to be Taken."



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 2b | Once the required data assets are integrated, the Implementation Unit and DOE's Office of General Counsel will monitor progress of implementation and KPIs, and report on the progress of KPIs to the Special Master and Plaintiffs on a monthly basis. | - | DOE has been collecting data to inform KPIs, such as volume of authorizations per month and invoices processed. However, the full list of KPIs defined in Obligation #2a will likely require the deployment of IHMS to serve as a data source. | DOE has shared several reports it considers KPI reports. The SM has shared, however, that it is unclear how those reports map to the KPIs in Obligation #2a, as well as for which KPIs DOE has data and which will rely on IHMS. On 6/22/26, I requested that DOE create a crosswalk indicating such. |

| Steps to Be Taken | | Type of Obligation | Timeframe to Resolve |
|---|---|---|---|
| • DOE to crosswalk existing KPI reports to the KPIs in Obligation #2a<br>• DOE to identify for which KPIs it currently has data, and for which it will rely on IHMS to collect data<br>• DOE to clearly report to both the Special Master and Plaintiffs on the KPIs included under Obligation #2a where data are available<br>• DOE to develop templates for KPIs where data are not yet available<br>• DOE to complete and share KPI reports with Special Master and Plaintiffs on a monthly basis for any KPIs for which the data are available | | Tech-dependent | Upon IHMS deployment and users using the systems, but with immediate progress on steps detailed herein which are not dependent on the launch of IHMS. |

# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 8b | DOE will modify any necessary policies or technologies to allow parents to submit payment documentation as multiple files or different formats; | 1/19/2024 | Users of SupportHub can submit multiple files in either ZIP or PDF format. However, Plaintiffs report that users cannot always go back and upload additional files at a later date. Additional file formats are also needed, such as for when parents take photos of needed documentation. | On 6/11/26, DOE shared that it believed functionality within SupportHub fulfills this Obligation. However, our understanding is that in some cases users cannot go back and upload additional files at a later date or directly upload some critical file formats. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • Demonstrate to Special Master that additional files can be uploaded after the initial uploading / submission of files<br>• Add the ability to upload image files | Technical | Immediately |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 9 | DOE will make payments pursuant to the timelines in the Stipulation for Timely Implementation upon calculation or confirmation of the payment amount required by an Action Item in an Order and the payee being registered with the City.  Based on the representations contained in the attached declaration, DOE will identify for the Special Master the specific documents that DOE will require in any payment and publicly provide a list of those documents on DOE's website and as an attachment to every Payment Order; | - | DOE publicly provides the list of documents (as specified in this obligation) online. DOE agreed to certain changes to this list and the website content in Court with your honor on 12/5/24. DOE has submitted new drafts, but was still working through several updates at the time of this report. | On 6/24/26, DOE shared that it was revising and / or creating a series of new communications (e.g., payment guide, family-facing email notifications, etc.) and provided the SM with a revised payment guide on 6/29/26, to which the SM provided additional feedback on 7/1/26. DOE shared a revised guide on 7/17/26, which the SM was in the process of reviewing when this report was published. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • DOE to finalize communications materials in development / being updated<br>• DOE to share / post the contents of new / revised communications materials<br>• DOE to show evidence that it is attaching the necessary documents to each payment order | Non-tech | Immediately |

thru

# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 12a | Implementation Unit staff will communicate all service orders and action items to New York City public schools, charter schools and State-approved non-public schools (as applicable) within a time that allows for the order to be Timely Implemented within the definition of the Stipulation. | - | None | On 6/11/26, DOE shared that these communications are automated and offered to share a work flow indicating such. The SM reviewed the original finding and, on 7/1/26, requested the work flow along with evidence that the communications are going out as indicated. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| DOE to share workflow showing when and which communications go out through its automated system as well as evidence that those communications are going out as intended. | Non-tech | Immediately |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 12b | Within two months of the date of this Order, the Implementation Unit will assign resources to flag incoming orders deemed high priority, as DOE and Plaintiffs agree upon the term "high-priority." The Implementation Unit will triage and route orders accordingly. DOE should consult and obtain feedback from Plaintiffs on what orders should be deemed "high priority." Should DOE and Plaintiffs fail to agree on what orders should be deemed "high priority," the Special Master will advise the Parties and/or raise the issue with the Court for determination | 9/19/23 | A process for flagging high-priority orders is in effect. However, there have been instances where hearing officers have not designated orders as high-priority correctly. | DOE shared data on the number of high-priority cases with me on 03/18/26, but those counts do not speak to how high priority items are being processed. DOE shared that it is working with Nagarro to provide a KPI report on the topic. According to Nagarro, that report will be available in July. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • DOE to share process data on high-priority cases<br>• DOE to determine lessons learned from missed cases and implement improvements accordingly | Non-tech | Immediately |

17



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 16a | Within six months of the date of this Order, DOE will design an automated service to generate emails to parents, attorneys and advocates, and providers at key milestones in the administrative workflow of the implementation of an order, such as when an Implementation Manager unpacks the hearing order, when a service provider has been identified, when a payment action item has been authorized, and when the payment has been sent to the parent or provider. | 1/19/2024 | DOE shifted its focus from fulfilling this Obligation with functionality within IHMS to functionality within SupportHub. The SM requested additional information about that functionality on 7/1/26. | A SupportHub demo on 6/30/26 indicated that at least part of this functionality seems to exist within that platform. On 7/1/26, the SM requested that the DOE make a formal submission with evidence for 16a, b, and c. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • DOE to develop the functionality (in IHMS or SupportHub) as described in the obligation<br>• DOE to test the functionality, including collecting feedback from Plaintiffs<br>• DOE to launch the functionality | Technical | Upon deployment and users using the system (SupportHub or IHMS) |

18



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 16b | Within nine months of the date of this order, DOE will build the notification function and begin testing | 4/19/2024 | DOE shifted its focus from fulfilling this Obligation with functionality within IHMS to functionality within SupportHub. The SM requested additional information about that functionality on 7/1/26. | A SupportHub demo on 6/30/26 indicated that at least part of this functionality seems to exist within that platform. On 7/1/26, the SM requested that the DOE make a formal submission with evidence for 16a, b, and c. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • DOE to build the notification function<br>• DOE to test the notification function, including allowing Plaintiffs to provide feedback | Technical | Upon deployment and users using the system (SupportHub or IHMS) |

19



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 16c | Within twelve months DOE will deploy the function publicly (see 16a and 16b) | 7/19/2024 | DOE shifted its focus from fulfilling this Obligation with functionality within IHMS to functionality within SupportHub. The SM requested additional information about that functionality on 7/1/26. | A SupportHub demo on 6/30/26 indicated that at least part of this functionality seems to exist within that platform. On 7/1/26, the SM requested that the DOE make a formal submission with evidence for 16a, b, and c. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • DOE to create roll-out materials and provide training as needed<br>• DIIT to finalize function within SupportHub or IHMS<br>• DIIT to deploy the function | Technical | Upon deployment and users using the system (SupportHub or IHMS) |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 19 | Aside from the Medication Administration Form (MAF) and HIPAA forms, no other documentation or evidence is required before implementation of an impartial hearing order for the provision of nursing services; | - | To fulfill this obligation, DOE must share this information on OSH's external facing website. | On 5/15/26, DOE shared the recipient list of an email informing providers about documentation requirements. DOE shared that it is currently working with OSH to update its external-facing website with the same information. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| Work with OSH to update external facing website | Non-tech | Immediately |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 27 | Within one year of the date of this Order, DOE will develop and deploy an accessible status indicator (web-based) for parents to easily view their case's status in the due process workflow; | 7/19/2024 | DOE shifted its focus from fulfilling this Obligation with functionality within IHMS to functionality within SupportHub.<br><br>Nagarro's demo of SupportHub on 6/30/26 showed that the platform includes a status indicator. However, that status indicator does not show parents where their case is in the process, including steps completed and steps remaining. | Nagarro provided the Special Master with a demo of the existing status indicator on 6/30/26. On 7/1/26, the SM provided feedback on using that indicator to view a case's status within the due process workflow. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • DOE to develop a graphic that includes the entire process, which steps are complete, and which steps are ahead<br>• DOE to test the function with parents, parent representatives, and Plaintiffs before its release. | Technical | Upon deployment and users using the system |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 28a | DOE will copy and collect data assets from implementation-related data sources, including but not limited to DAITS, IHS, FAMIS, and SESIS, to analyze for Implementation Unit workflow purposes. | - | Some of the KPIs DOE will use in its reports require access to data planned for IHMS, which is not yet available. | As with #2b, the SM has shared that it is unclear how the reports DOE developed as KPI reports speak to the effective implementation of IU workflows, as well as for which KPIs DOE has data and which will rely on IHMS. |

| Steps to Be Taken | | Type of Obligation | Timeframe to Resolve |
|---|---|---|---|
| • DOE to clearly identify which KPIs it is monitoring for the Obligation, including those that overlap with those in #2A as well as any additional KPIs<br>• DOE to clearly indicate for which KPIs it currently has data, and which will not be available until IHMS launches<br>• DOE to revise and share KPI reports for the KPIs where data are available<br>• DOE to draft and share templates for KPI reporting for data not yet available<br>• DOE to add to KPI reports as additional data become available | | Tech-dependent | Upon IHMS deployment and users using the system, but with immediate progress on steps detailed herein which are not dependent on the launch of IHMS. |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 28b | DOE will report to Plaintiffs on a quarterly basis the results of this analysis and meet with the Plaintiffs on a quarterly basis to identify solutions to problems and answer questions and hypotheses regarding failure to meet the Stipulations benchmarks based upon the analysis. | - | Some of the KPIs DOE will use in its reports require access to data planned for IHMS, which is not yet available. | As with #2b and #28A, the SM has shared that it is unclear how the reports DOE developed speak to the effective implementation of IU workflows, as well as for which KPIs DOE has data and which will rely on IHMS. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • Develop and share quarterly reports with Plaintiffs for all data available<br>• Identify any issues the data indicate, as well as potential solutions | Tech-dependent | Upon IHMS deployment and users using the system, but with immediate progress reporting the available data |

24



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 28c | The Special Master will include in reports to be provided to the Court every six months DOE's analysis of such data; | - | Some of the KPIs DOE will use in its reports require access to data planned for IHMS, which is not yet available. | As with #2b, #28A, and #28B, the SM has shared that it is unclear how the reports DOE developed speak to the effective implementation of IU workflows, as well as for which KPIs DOE has data and which will rely on IHMS. |

| Steps to Be Taken | | | Type of Obligation | Timeframe to Resolve |
|---|---|---|---|---|
| • DOE to analyze the data<br>• DOE to include the analysis in Court reports | | | Tech-dependent | Upon IHMS deployment and users using the system, but with immediate progress reporting the available data |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 31 | Within twelve months of the date of this Order, DOE will centralize the collection, submission and sharing of pertinent documents among DOE's impartial hearing representatives and Implementation Unit on a single platform. DOE will establish a process by which documentation from families is captured by DOE representatives at the hearing; | 7/19/2024 | In obligation #7, DOE defined IHMS as the central platform for IU documents in the future with eventual integration of documents from SESIS and NYCSA. DOE has since built functionality to gather documentation from parents in SupportHub (Nagarro) with some documentation stored on SharePoint. However, DOE's impartial hearing representatives do not have access. | DOE asked for feedback on this Obligation on 6/11/26. On 7/1/26, the SM clarified its expectations. |

| Steps to Be Taken | | | Type of Obligation | Timeframe to Resolve |
|---|---|---|---|---|
| • DOE to develop a strategy for centralizing due process documents considering existing plans for IHMS/SharePoint/SupportHub<br>• DOE to conduct UAT of document management functionality in IHMS, to include Plaintiffs | | | Technical | Upon IHMS deployment (and if applicable, integration with SupportHub) and users using the system |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 32 | Within eighteen months of the date of this Order, DOE will build or procure a mobile application by which providers can enter their hours on their phone upon providing a service and DOE will not require a traditional invoice for payment. The new invoicing process and tool will be designed to streamline the invoice approval process. DOE will conduct user research with providers and parents to identify the mobile application | 1/19/2025 | DOE needs to build the technology to support mobile invoice submission. DOE shared that doing so is dependent on funding for Phase 3 of Polaris. | No new efforts to report. The obligation is dependent on funding for Phase 3 of Polaris. |

| Steps to Be Taken | | Type of Obligation | Timeframe to Resolve |
|---|---|---|---|
| • Share any funding impediments with the Special Master<br>• Provide demo of Polaris' mobile functionality to the Special Master team<br>• Conduct user research with providers, parents, and Plaintiffs | | Technical | Upon funding for Phase 3 of Polaris |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 33 | Within nine months of the date of this Order, DOE will launch the process of monitoring and coordinating service action items, as defined in paragraphs 14-16 | 4/19/2024 | None | On 6/11/26, DOE asked for clarification on the requirements for fulfilling this obligation. The SM revised and shared guidance on 7/1/26. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| <ul><li>Develop and share the processes established to monitor and coordinate implementing service action items.</li><li>Demonstrate that 1) new resources have been added or 2) existing resources can manage these new monitoring and coordinating processes.</li></ul> | Non-tech | Immediately |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 34 | Within one year of the date of this Order, DOE will build the necessary document management functionality into the new special education data system to share documents across special education processes, as defined in paragraph 17 | 7/19/2024 | This obligation is dependent on the release of the DOE's new K-12 special education system, ATLAS, as well as IHMS. If ATLAS PK-12 is not ready when IHMS launches, DOE should build an integration with SESIS and ATLAS (currently serving PK, only) in the interim. | No new efforts to report. The obligation is dependent on ATLAS PK-12 deployment and use. |

| Steps to Be Taken | | Type of Obligation | Timeframe to Resolve |
|---|---|---|---|
| • DOE to release ATLAS PK-12 OR<br>• DOE to integrate with SESIS and ATLAS (currently serving PK, only) | | Technical | Upon ATLAS PK-12 deployment and users using the system OR integration between SESIS and ATLAS |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|-------|-----------|-------------------|--------------------------------------|------------------------------------------|
| 35 | For each home instruction order, the Implementation Unit Staff should confirm the actual provision of home instruction as defining implementation of the order | - | None | The Special Master provided feedback to DOE on its SOPM for Home Instruction on 3/26/26, which includes the process for confirming the provision of home instruction. DOE has not yet shared a revised copy of the SOPM in response. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|-------------------|--------------------|----------------------|
| • DOE to revise the SOPM based on SM feedback (which included the process for confirming the provision of home instruction), and re-submit <br> • DOE to share evidence that it is confirming the actual provisions of home instruction as defining implementation of the order | Non-tech | Immediately |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 36 | For each order placing a student at a DOE school, Implementation Unit Staff and OSE should confirm the actual placement as appropriate and meeting the need of the student, (per order and IEP) | - | None | The Special Master provided feedback to DOE on its SOPM for Placements on 3/26/26, which includes DOE's process for confirming that actual placements are appropriate and meeting the need of the student. DOE has not yet shared a revised copy of the SOPM in response. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| <ul><li>DOE to revise the SOPM (which includes DOE's process for confirming that actual placements are appropriate and meeting the need of the student) based on SM feedback and re-submit.</li><li>DOE to provide evidence that it is confirming the actual placement as appropriate and meeting the need of the student</li></ul> | Non-tech | Immediately |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 37 | DOE will develop a continual process of updating training materials to reflect changing policies and business rules | - | None | DOE shared documentation related to this obligation on multiple occasions, including most recently on 6/3/26. The Special Master shared feedback on 6/12/26 and met with DOE to discuss the feedback on 7/9/2026. It is awaiting a new version. |

| Steps to Be Taken | | | Type of Obligation | Timeframe to Resolve |
|---|---|---|---|---|
| DOE to revise based on SM feedback and re-submit. | | | Non-tech | Immediately |



# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 38 | DOE will continue to conduct ongoing user research on this proceeding and due process functions in an effort to modernize and redesign DOE due process functions and align them with (migrate to) the special education system | - | Identify any impediments to bringing on resource(s) to conduct this work. | After considering feedback on a draft of this report, the SM re-classified this obligation from a Technical to a Non-Technical Obligation and adjusted the next steps. DOE has not yet had an opportunity to respond to these changes. The SM will follow up shortly to discuss these items with the DOE. |

| Steps to Be Taken | | Type of Obligation | Timeframe to Resolve |
|---|---|---|---|
| • DOE to identify the resources required for this work<br>• DOE to define the scope of user research to be conducted with a schedule for engaging and collecting feedback from users<br>• DOE to develop monthly user research findings and recommendations<br>• DOE to demonstrate how they are implementing their recommendations from this work | | Non-Tech | Immediately |



# Appendix I: Independent Technology Assessment



# Background and Approach

Many of the 51 LV Order Obligations being monitored by the Special Master have a specific dependency on technology solutions utilized by DOE and the public.

Beacon Consulting Partners (BCP) has been providing independent assessments on four (4) applications that are key to the fulfillment of the LV Order Obligations, specifically: the Impartial Hearing Management System (IHMS), Decision Action Item Tracking System (DAITS), Nagarro SupportHub Customer Service Platform, and the Polaris Invoicing Application.

Our assessments are based on evidence provided by observing standing meetings, conducting interviews ,and reviewing project documentation made available to us. Starting in March 2026, we also began reviewing additional IHMS technical artifacts, including the Azure DevOps logs which provide evidence of key development metrics and staffing.



# IHMS Key Takeaways

- As anticipated in the last Court report, IHMS did not launch in March. The assessment conducted by the Special Master's team found that a variety of issues have plagued IHMS's development and we noted that the recovery effort will be significant. We recommended the use of a recovery plan that would adhere to mutually agreed upon toll-gates and result in a more transparent view of the work to be done to complete this application.

- Since the last report, we have been encouraged by governance and process improvements we have seen during the recovery process, including:
  - DOE governance for IHMS has shifted. The Office of the General Counsel (OGC) now has greater authority and reports directly to the Chancellor on progress frequently.
  - IBM established a new executive steering committee governance structure led by the OGC, with support from DIIT, that now meets weekly and includes discussion and decision-making on critical and time sensitive issues.
  - IBM has assigned a new project management team, led by a senior IBM Delivery Executive. While IBM does not yet have a target date for IHMS launch, the team has outlined a process to estimate the remaining work to be done.
  - IBM has also increased the number of resources supporting IHMS development, and our review of activity logs show the new resources actively contributing to perform technical upgrades, refactor test cases and add test automation.



# IHMS Key Takeaways (con.)

- Looking ahead, we hope to see the following:
  - <u>A shared definition indicating when a task is "done</u>." It is critical for the DOE and IBM to agree on the items to be completed to avoid scope creep (from both a business and technical perspective), and ensure the work progresses.
  - <u>Agreement on and prioritization of the functionality DOE requires to implement orders</u> (the requirements of a minimally viable product, defined as serving the basic functionality to process and track orders). We understand that DOE and IBM have had many discussions regarding requirements over several years. At this point, we believe it is important to focus on the most necessary functions to expedite IHMS's launch, and then build on top of that.
  - <u>Clarity on the overall project roadmap</u>. IBM has developed detailed planning activities, but it is unclear how these activities come together to create a credible and successful delivery.
  - <u>Continued close collaboration between DIIT and IBM</u> on the technical design and development approach for the remaining work.



# IHMS Key Takeaways

- DOE should consider alternative solutions/options if the IHMS roadmap remains unclear. DOE made the decision to create one end-to-end system that will allow Filers (parents, advocates, and legal representatives) to request an impartial hearing and track orders issued. Consequently, the development of IHMS includes - but also extends beyond - order implementation as defined in LV. If by the end of August 2026 a reasonable and reliable timeline cannot be established, DOE should consider an alternative technical solution to satisfy fulfillment of the remaining IHMS-dependent obligations. The risks of developing this stand-alone solution should also be considered, documented, and shared with Plaintiffs.



# IHMS Assessment:  IHMS Project Scoring

IHMS' Beacon Score has remained largely unchanged, and will remain so until there is an agreed upon timeline for project completion. Improvements in individual areas are noted below:

### Factors affecting Clarity Score

- IBM and DOE have agreed on a governance approach with formal decision-making structures and enhanced SDLC controls intended to improve transparency
- A new requirements validation process has been introduced to ensure a shared understanding of scope and reduce ambiguity

Expected score for a public sector project of this size/scope

**Beacon Score**   IHMS

Clarity

Implementation

Design

Indicates prior assessment score

39



# IHMS Assessment:  IHMS Project Scoring

**Factors affecting Implementation Score**

- IBM has revised staffing, bringing on staff to oversee development and testing productivity

- Training, communication and cutover planning activities remain dependent upon completion of the project re-baselining and confirmation of a revised delivery roadmap

**Factors affecting Design Score**

- The other details are still going right over my head and seem to boil down to the fact that they're doing some review to improve their processes.

- The introduction of clickable prototypes and workflow-based validation sessions is expected to improve design quality and reduce the risk of requirements gaps entering development



40

thru

# IHMS Technical Monitoring

| Key Artifacts Reviewed within the Reporting Period | High-Level Review Notes |
|---|---|
| **Azure DevOps (ADO)** <br> *(The development "source of truth" of all activities / work items the project team is undertaking)* | • Analysis shows IBM's focus on IHMS platform stabilization, test coverage analysis and refactoring, architectural remediation including framework updates, development-environment improvements, and UI framework standardization activities. <br> • New IBM staff have been added and have been actively working on the foundational activities outlined in IBM's recovery plan with specific focus on User Interface component development. |
| **Project Decision Documents (PDDs)** <br> *(Structured tools used to record key choices and their context throughout a project's lifecycle)* | • IBM submitted 6 PDDs on project governance, software development lifecycle (SDLC) definitions, communications and reporting, change management, and (crucially) a shared definition of done meant to establish a common understanding between the DOE and IBM. <br> • PDD acceptance by DOE is still pending some requested updates. |
| **Architecture Decision Record (ADRs)** <br> *(Lightweight documents that capture significant software architecture decisions)* | • IBM has suggested a plan (ADR-001) to consolidate databases and the unify the microservice architecture that was a part of the earlier IHMS design. DIIT and IBM have come to agreement on this approach which will serve to streamline delivery and better enable future development. <br> • A joint IBM and DIIT team also proposed a new role-based access control (RBAC) approach to the IHMS portal strategy which would serve to securely allow legal representatives and advocate to access IHMS. |
| **IBM Recovery Plan** <br> *(IBM's approach to re-baselining the Project)* | • IBM's recovery plan is an evolving document that is helping to provide transparency into the 3 pillars of the recovery (process standards, technical foundations, and the workflow-led design leading to development). |
| **Workflow Proto-type Summary** <br> *(Approach for validating that IHMS requirements were correct prior to restarting development)* | • IBM completed the clickable prototype for the first workflow in the recovery process to undergo their accelerated process which will more accurately record traceable requirements for development. |
| **IBM Workflow Estimation Model** <br> *(The model IBM used to estimate the complexity of each workflow to create the prototypes prior to restart of development)* | • IBM has developed an estimation model based on the end-to-end workflows that provide detailed estimates, planning activities, and process definition work. However, ambiguity remains on how the detailed work connects to the overall recovery path and desired outcome. <br> • While meaningful activity is occurring, it is difficult to understand how those activities come together to create a credible path to successful delivery. |

thru

# IHMS Previously Reported Findings (1/4)

| Metric | Progress | Previous Finding | Current Status | Recommendation |
|---|---|---|---|---|
| Clarity | | A new DIIT project manager and new IBM executive have joined the project to re-baseline the project after an assessment highlighted significant gaps in developed functionality. | After an initial failed attempt at recovery in April, another new IBM Delivery Executive began in May and has initiated a formal recovery plan to address governance, staffing, requirements validation, and delivery process deficiencies. | Continue Technical Monitoring |
| Clarity | | IBM has onboarded new resources; however, there are concerns that the pace and quality of work are below expectations, and no resource estimates exist to indicate how long tasks should take to complete. | IBM has initiated a staffing assessment and effort to evaluate resource capacity, skills alignment, and delivery effectiveness. While additional leadership, business analysis, and UX resources have been assigned to the project and appear to be making meaningful progress, the impact of these changes on development velocity and quality has not yet been fully demonstrated. | Continue Technical Monitoring |

**Legend**  Positive Progress  Some Progress No Progress

42

 thru

# IHMS Previously Reported Findings (2/4)

| Metric | Progress | Previous Finding | Current Status | Recommendation |
|---|---|---|---|---|
| Clarity | | The current schedule does not show when or how the Phase 1 and Phase 2 code will be combined and tested before go-live.<br><br>The team has clarified that there is a single code-base that combines Phases 1 and 2, versus two separate code branches (one for due process and one for implementation). | The previous project schedule has been replaced by a recovery planning effort following concerns regarding project status, scope, and delivery reliability.<br><br>While the team has clarified that IHMS is being developed within a single codebase, the project has not yet established a fully re-baselined delivery plan demonstrating how workflow validation, integrated testing, user acceptance testing, and go-live readiness activities will be sequenced and completed. | IBM has highlighted opportunities to accelerate timelines; those options need to be quickly considered and weighed with DOE and DIIT. |

**Legend**
 Positive Progress  Some Progress  No Progress

43



# IHMS Previously Reported Findings (3/4)

| Metric | Progress | Previous Finding | Current Status | Recommendation |
|---|---|---|---|---|
| Implementation | | DIIT resources are currently shadowing IBM development staff to ensure they understand some of the complexities of IHMS.<br><br>DOE submitted a "New Needs" request to get approval for new resources. | Staffing and resource requirements are being re-assessed through the recovery process.<br><br>A project re-baselining effort is underway to establish a revised scope, delivery roadmap, and implementation timeline. The new needs request previously reported was to secure resources once IHMS was live.  Until the application is fully deployed by IBM there is no need for additional DOE resources. | IBM needs to ensure that DOE efforts are included as part of the re-baseline estimation processes. |
| Implementation | | It is currently unclear whether IBM or DOE will create training materials or perform training, with schedules in limbo pending the project re-baselining. | Training responsibilities, user readiness activities, and delivery schedules remain under review as part of the project recovery and re-baselining effort. | Training and readiness need to be part of the estimation efforts and built into the recovery plan. |

**Legend**

# IHMS Previously Reported Findings (4/4)

| Metric | Progress | Previous Finding | Current Status | Recommendation |
|---|---|---|---|---|
| Design | 🟥 | The status of data migration from DOE legacy applications for Phase 1 functionality remains unclear. | Data migration activities remain insufficiently defined pending completion of the project recovery and re-baselining effort.<br><br>A revised data migration strategy and implementation schedule has not yet been finalized. | As the project recovery efforts are being estimated, IBM has requested access to legacy systems, understanding existing data structures should be a part of that review. |
| Design | 🟧 | Although integration development is ongoing, DIIT reported that the biggest gap in development is the integration of the NYCSA public portal | Integration planning and delivery activities are being re-assessed as part of the project recovery effort. Work was done to assess the existing microservice and integration architecture resulting in a suggestion to consolidate the number of microservices and databases. | Continue Technical Monitoring to ensure stabilization and consolidation strategy has a net positive effect. |

**Legend**   Positive Progress   Some Progress  No Progress



# Polaris: Key Takeaways

Polaris, the custom-built invoicing tool (LV obligation #10), is now live to all 1,225 vendors who had previously invoiced DOE for past services. While all vendors are pre-granted access to Polaris, it is their responsibility to first register in the DOE's Vendor Portal before they can submit their invoices through Polaris.

DOE has indicated that there are no performance issues with the application, and metrics show that payments to independent service providers are up to date with all invoices submitted for their payment cycle (e.g. net 30 days). Moving forward, we would expect to see the percentage of payment action items timely implemented to increase significantly unless there are delays elsewhere in the process (e.g. unpacking the order and authorizing payments to providers).

As of the writing of this report, the Polaris project team has reported that they've made no significant changes to the application, only two minor bug fixes. It is unclear whether the development of mobile functionality (LV obligation 32) is planned, or if there is any information regarding any future releases or technical enhancements beyond the integration with IHMS.

thru

# Nagarro SupportHub Customer Service Assessment

SupportHub – which provides customer support activities to parents, parents' representatives, independent providers/agencies in the implementation of impartial hearing orders – has been able to provide key metrics regarding interactions between the Implementation Unit and parents, advocates and legal representatives.

The Special Master's team continues to attend regular meetings with the OGC team and Nagarro to  walk through new and planned functionality and reporting enhancements. During these meetings the Special Master provides feedback and recommendations, especially for considerations of how users (parents, advocates, providers) use and interact with SupportHub.

The Nagarro team deployed an update in early June 2026 to add high-priority categories and will be able to track data assigned to those categories in mid-July via a Power BI dashboard.

thru

# Nagarro SupportHub Customer Service Findings

| Metric | Progress | Previous Finding | Current Status | Recommendation |
|---|---|---|---|---|
| Clarity | 🟩 | The team continues to make updates and track to their plans | The team has a clear roadmap and timeline for user interface and reporting enhancements with strong alignment to LV Obligations and based on user feedback | Continue user interface enhancements and tracking of enhancements to user feedback |
| Implementation | 🟧 | There continues to be ambiguity on the future of SupportHub vs access to IHMS through the NYCSA Portal | With the development of IHMS pending recovery and re-baseline efforts, there is still a question on how IHMS will integrate with SupportHub | The recovery efforts for IHMS will need to account for functionality that currently exists within SupportHub |

**Legend**  Positive Progress | Some Progress | No Progress


thru

# DAITS: Key Takeaways

The last known release of DAITS was completed in late February 2026.

At this time, we are unaware of any further architectural changes, new testing, or integration dependencies between DAITS-IHF, SupportHub, and Polaris or IHMS.  We are also unaware of  any performance benefits resulting from any new releases or enhancements.

Our expectation is that all DAITS resources are now fully available to assist with the IHMS recovery efforts.



# Appendix II: Obligations Fulfilled



# Obligations Fulfilled

| Obl.# | Obligation | Key Dates | Rationale |
|---|---|---|---|
| 1 | Within three months of the date of this Order, DOE will develop a customer support plan, including people and tools, for the Implementation Unit to address questions from parents and providers, routing Tier II questions to Implementation Unit Implementation Managers; | Due Date: 10/19/2023  Date Fulfilled: 10/26/2023 | I provided a template (.doc) of a customer support plan to DOE, incorporating standard elements of such a plan (cross-industry) in outline form. DOE then developed a draft Customer Support Plan (.doc) from the template, detailing intended audience groups, an outline of a support hotline and its objectives, training for hotline staff, and metrics to evaluate the effectiveness of the program going forward. I provided feedback, which DOE incorporated into a final version.  The execution of this plan is now being monitored through obligation #14. |
| 2a | Within three months of the date of this Order, the Special Master and DOE will identify the Key Performance Indicators ("KPIs") for monitoring the internal administrative workflows of the Implementation Unit. KPIs will be presented to the Plaintiffs for feedback. | Due Date: 10/19/2023  Date Fulfilled: 11/3/2023 | DOE developed a list in table form (.xls) of metrics that could inform the day-to-day performance and decision-making of the Implementation Unit, (i.e., KPIs). Plaintiffs and I reviewed the file and suggested a number of enhancements, which were incorporated and signed off on 11/3/2023. |

thru

# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 3a | Within two months of the date of this Order, the Special Master will identify by type of Action Item the key pain points around the implementation of payment orders and service orders. | Due Date: 9/19/2023<br><br>Date Fulfilled: 9/19/2023 | Using the list of all possible action item types (e.g., tuition reimbursement, PT), DOE documented the key issues in the process of implementation (.xls), respectively. DOE also supplied a general sense of the volume and level of effort to implement each action item type. I held discussions with IU to understand the pain points and added my assessment of the root causes. Plaintiffs provided their feedback on the analysis,(several points of feedback will be addressed by obligation #26). |
| 3b | Within nine months of the date of this Order, the DOE will redesign the workflows and address key pain points around the implementation of payment orders and service orders. The DOE will document the improved processes and incorporate new workflows into trainings and communications with its staff, parents, parent attorneys and advocates, and providers; | Due Date: 4/19/2024<br><br>Date Fulfilled: 5/29/2024 | Based on the pain points and processes defined in #3a, DOE submitted a number of trainings and communications describing the new processes. |



# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 4 | Within three months of the date of this Order, DOE will build and maintain a toolkit of existing assistive technology, schools, programs, and services that DOE can Timely Implement (as defined in the Stipulation) any Action Items for provision of assistive technology; | Due Date: 10/19/2023<br><br>Date Fulfilled: 10/30/2023 | DOE compiled a spreadsheet of assistive technology (AT) products that are readily available to use with students. This obligation was fulfilled under the premise that DOE/NYSED update and share, the materials used to train IHOs on the topic of schools/programs/services. |
| 5 | With endorsement from Plaintiffs, DOE, OATH and NYSED leadership, within six months of the date of this Order, DOE will research and design a web-based interface for Impartial Hearing Officers to issue decisions and build the user-friendly web form for capturing orders … allowing both common and uncommon relief to be ordered. The web-based interface must include the ability to capture the decision and order, both via structured input fields (e.g., a drop down menu) and/or in writing (e.g., a free-form text field), with the full independence and discretion of the Hearing Officer; | Due Date: 1/19/2024<br><br>Date Fulfilled: 10/20/2025 | After an extensive process of review, revision, and collaboration among all Parties—including OATH, NYSED, and myself—the team reached consensus on the design and structure of the web form fields in October, 2025. This process involved careful documentation, iterative feedback, and multiple rounds of discussion to ensure the fields were both comprehensive and compliant with all requirements. |

thru

# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 6 | Within three months of the date of this Order, DOE will formalize an approach to sustaining knowledge of implementation processes, to enable experienced staff to onboard, train and mentor more junior staff; | Due Date: 10/19/2023<br><br>Date Fulfilled: 11/29/2023 | My team shared a template of a professional development plan deliverable in advance of the work. DOE then developed the deliverable, the *Professional Learning Plan,* and submitted it in late October (2023), which I reviewed and provided feedback, and eventually I accepted. |
| 7 | Within three months of the date of this Order, DOE will identify a file-sharing process and tool to improve transparency of all documentation presented as evidence at the hearing so that all pertinent documents can be continually accessed by the Implementation Unit; | Due Date: 10/19/23<br><br>Date Fulfilled: 1/3/2024 | DOE identified its upcoming Impartial Hearing Management System (IHMS) as the solution for document management in due process. A business requirements document (BRD) was developed by the IHMS team around document management functions. I determined it fulfills the obligation to identify a file-sharing solution. |
| 8a | Within six months of the date of this Order, DOE will design a process by which DOE can collect relevant implementation documentation from parents and guardians, parent representatives, and providers before the hearing; DOE will conduct user research with parents to design a web-based and offline data collection process to facilitate this. | Due Date: 1/19/2024<br><br>Date Fulfilled: 7/21/2025 | In our review of a number of Business Requirements Documents for IHMS (regarding DPCs, TDNs, NYCSA, evidence disclosure), I determined and signed off that DOE satisfactorily designed and documented the requirements for capturing documentation from parents and parent advocates before the hearing. I intend to monitor the functionality built into IHMS. My expectation is that DOE will leverage this new functionality to improve the management of documents requested of parents. DOE intends to include parents/representatives in the UAT for document submission. |



# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 10 | The DOE will assess and implement a solution to support the submission and immediate approval of timesheets within six months of the date of this Order | Due Date: 1/19/24<br><br>Date Fulfilled: 12/18/2025 | A review of the redacted documentation for DAITS demonstrates that the enhancements were completed and that UAT confirmed the business functionality implemented. |
| 11 | DOE will assess the creation of a systems-generated notification to inform the Implementation Unit that the Office of General Counsel/Special Education Unit has settled a case where payments are being distributed from an Order.  The assessment will define the business and technical requirements to do so; | Due Date: n/a<br><br>Date Fulfilled: 7/18/2025 | In my review of Business Requirements Documents for IHMS (specifically Implementation), I determined and signed off that DOE satisfactorily documented the requirements for communication mechanism between the two offices in the case of a settlement. |
| 13 | Within six months of the date of this Order, DOE will define data and system requirements for monitoring incoming and tracking the ongoing implementation of orders comprised of service action items. | Due Date: 1/19/2024<br><br>Date Fulfilled: 11/18/2025 | DOE provided business requirements for monitoring service action items in ATLAS, a demo of the new functionality, and a high-level roadmap for expanding ATLAS to all PK–12 students. |



# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 14a | DOE will (a) within six months of the date of this Order, deploy a customer support hotline and formal network structure for the Implementation Manager role to serve as the point-of-contact for the case and coordinate service action items across DOE offices, schools, attorneys and parents. | Due Date: 1/19/2024<br><br>Date Fulfilled: 9/22/2025 | Following launch of the hotline, DOE provided me with a demo of the ServiceNow/Avaya functionality used by call center representatives, as well as metrics on operations of the hotline following the first week of the hotline being live. |
| 14b | (b) within six months of the date of this Order, design a plan for additional staffing within the Implementation Unit, | Due Date: 1/19/2024<br><br>Date Fulfilled: 3/8/2024 | Initially, the development of a staffing plan and the creation of job descriptions were delayed due to budget constraints. Following the Mayor/OMB 2025 budget approval, DOE has since shared job descriptions and a staffing plan, which was signed off in March, 2024. Other obligations track the progress of hiring/staffing, such as obligation #22 and #26. |
| 14c | and (c) within nine months of the date of this Order, fund and recruit all additional personnel required by the staffing plan; | Due Date: 4/19/2024<br><br>Date Fulfilled: 5/1/2024 | The DOE shared a chart of hiring positions and job descriptions which showed significant recruiting efforts and progress filling roles. I requested that the DOE continue to send me updated hiring charts and progress updates as they continue to recruit additional personnel. |

thru

# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 15 | Within three months of the date of this Order, DOE will formally designate Implementation Liaisons in all Districts and relevant Central offices (e.g., OPT, OSH, OSE) to act as points-of-contact in their respective areas for Implementation Managers to facilitate the arrangement of the ordered service(s). DOE will also establish an escalation process when an Implementation Liaison is unavailable or unable to resolve a particular issue, with the escalation role being in an executive role within the respective DOE office; | Due Date: 10/19/2023<br><br>Date Fulfilled: 11/29/2023 | DOE developed an *Implementation Liaison Directory and Escalation Protocol* document (.pdf), which designates Implementation Liaisons for all relevant DOE offices and districts, and defines a protocol when that office DOEs not address the order in a timely manner (i.e. escalation protocol). DOE has reported that they have been maintaining this list as changes warrant. IU Directors are also holding weekly meetings with various offices, such as OPT, to strengthen coordination among Liaisons. DOE is continuing to provide training to Implementation Liaisons, as well. |
| 18 | Within three months of the date of this Order, DOE Implementation Unit will develop and communicate a clear procedure to inform schools and CSEs that an IEP meeting has been ordered and to ensure that the IEP was updated pursuant to that order; | Due Date: 10/19/2023<br><br>Date Fulfilled: 11/27/2023 | DOE submitted a draft of a procedures document, "Protocols for Communicating Orders for IEP Meetings," for which I provided suggestions to improve the contents of the document, to be more clear, expand in areas, etc. DOE addressed the feedback and provided an updated version of the protocol document, which I accepted. |

thru

# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 20 | Within six months of the date of this Order, the DOE and the Office of School Health will modify any applicable procedures with nursing agencies to specify that postings and assignments for a nurse will remain open until an individual nurse has been formally assigned to a student rather than when the nursing agency has claimed the posting. | Due Date: 1/19/2024<br><br>Date Fulfilled: 5/27/2026 | DOE clarified in its assignment process that postings and assignment for a nurse will remain open until an individual nurse has been formally assigned. DOE also sent that clarification to all agencies via email. |
| 21 | Within two months of the date of this Order, DOE will formalize, designate, and confirm a liaison role in OPT, with an escalation path, to coordinate the implementation of transportation orders between the Implementation Unit, OPT, and OSH as applicable. DOE will improve communications and track implementation of impartial hearing orders requiring transportation and provide monthly status updates to parents on the implementation of such orders, except where DOE is not in compliance with a transportation order, DOE will provide weekly updates to parents until existing deficiencies are cured; | Due Date: 9/19/2023<br><br>Date Fulfilled: 9/27/2023 | DOE produced a "chart" (.doc) of Implementation Liaisons for OPT and OSH with escalation points, coordination protocols between offices, and procedures for implementing transportation orders. I reviewed the document and provided feedback, as did Plaintiffs, and DOE incorporated the comments into a new version which was finalized, (but will be updated in the future, as applicable). DOE reports that the IU Compliance Team tracks implementation of transportation orders through a weekly monitoring report. IU and OPT are conducting a weekly meeting to address any challenges. DOE reports OPT continues to provide updates to parents via NYSCA. |

thru

# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 22a | (a) Within six months, DOE will develop a recruitment and hiring strategy for new staff to meet the volume of backlogged orders that have not been implemented and orders as they are issued currently and in the future. (b) DOE will report to the Court on a quarterly basis its progress on hiring, including the nature and impact of any impediments to the implementation of that strategy | Due Date: 1/19/2024<br><br>Date Fulfilled: 2/21/2025 | DOE presented their new approach to identifying qualified candidates and the recruiting/hiring process they have been following. The DOE continues to attend job fairs, LinkedIn and Indeed postings to recruit candidates. DOE reports that most offices have completed their hiring or are close to doing so. |
| 22b | The DOE will report to the Court on a quarterly basis its progress on hiring, including the nature and impact of any impediments to the implementation of that strategy; | Due Date: 4/19/2024<br><br>Date Fulfilled: 2/21/2025 | Attached to this report is the latest status of positions being recruited/hired. |
| 23 | The DOE will designate a dedicated resource to plan, develop, and deliver training materials for Implementation Unit and OGC staff and within six months of the date of this Order, create a training plan, develop materials, and deliver training pertinent to the implementation of orders.  The DOE will update training materials to reflect changing policies and processes; | Due Date: 1/19/2024<br><br>Date Fulfilled: 5/2/2024 | DOE reports that they have made updates to training materials on an ongoing basis with each cohort of new hires that is onboarded. |

# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 24a | (a) Within 45 days of the date of this Order, the Special Master and DOE will inventory all functional issues of DAITS that impede the hearing order implementation workflow, including but not limited to system crashes, system outages, and system timeouts, and prioritize enhancements. | Due Date: 9/2/2023<br><br>Date Fulfilled: 8/31/2023 | See Appendix I for the status of DAITS. Since the July 2023 LV Order, there have been 5 releases to stabilize and enhance DAITS. Each release contains multiple enhancements. |
| 24b | (b) Within six months of the date of this order, the DOE will develop, test, and release the DAITS enhancements | Due Date: 1/19/2024<br><br>Date Fulfilled: 11/21/2025 | A review of the redacted documentation for DAITS demonstrates that the enhancements were completed and that UAT confirmed the business functionality implemented. |
| 25 | Within three months of the date of this Order, DOE will assign an additional team of Implementation Unit Staff to expedite the implementation of any hearing order that is more than 35 days past the date of the hearing order. This team will continue its work until such time as orders are consistently being implemented within the implementation deadlines; | Due Date: 10/19/2023<br><br>Date Fulfilled: 10/30/2024 | DOE documented a "Backlog Triage Plan" (.doc) to describe the procedures the additional team will perform in expediting orders 35+ days old. The plan includes documentation of a workflow, staffing plan, operational plan, data reporting and dependencies.<br><br>DOE reports that the IU Account Management Team processes any items that have exceed the timelines required by the order on an expedited basis. |

thru

# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 26 | Within three months of the date of this Order, the Special Master and DOE will identify the types of action items that require the greatest levels of effort to process as well as those most likely to contribute to the backlog of hearing order implementation. Based on the analysis, DOE will develop solutions to remove the causes for the backlog attributable to DOE; | Due Date: 10/19/23<br><br>Date Fulfilled: 12/13/2023 | In the Pain Point Analysis document, DOE defined the objectives and deliverables for three projects around staffing, communications and process improvement (November, 2023). DOE is making progress towards many of the milestones documented, such as recent hiring (see attached report) and a new communications lead for Implementation. |
| 29 | Within six months of the date of this Order, DOE will add the role of Implementation Systems Analyst to the Due Process Systems and Analytics Office to maintain documentation of workflows and continue the process of streamlining implementation processes; | Due Date: 1/19/2024<br><br>Date Fulfilled: 3/12/2024 | DOE promoted a Director of IT for OGC Special Education Case Management (OGC-SECM) to lead all technology projects on behalf of OGC, including LV DIIT projects. She is charged with collaborating with the IU leadership team to develop KPI reporting to support LV Compliance Reporting and IU daily operations. |



# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 30 | Within six months of the date of this Order, DOE will expand the LV Payment and Service Guidelines for Implementation Unit staff into an Operating Procedures Manual, and design and implement a professional development series on order implementation for DOE staff; | Due Date: 1/19/2024<br><br>Date Fulfilled: 11/18/2025 | DOE made substantial improvements to its SOPM, submitting an updated version in November 2025 that I reviewed and deemed fulfilled, with the expectation that DOE will continue to maintain and regularly update it as changes take effect. DOE also shared its plan for a professional development series, reflected in an updated Professional Learning Plan. |
| 39 | Every 120 days from the date of this Order, the Special Master will file a report with the Court on the DOE's progress in implementing the obligations that have come due in the prior 120 days pursuant to this Order (the "Obligations")... | Due Date: 1/19/2024<br><br>Date Fulfilled: 12/1/2023 | The Special Master has filed such reports every quarter since Dec 2023. |
| 40 | Within four months, the DOE will identify a part-time resource (50%) focused on recruiting and hiring staff for the Implementation Unit. | Due Date: 11/19/2023<br><br>Date Fulfilled: 5/2/2024 | DOE reported that a Director of HR supports ongoing hiring/recruiting efforts. |

thru

# Future Schedule of These Reports

| Report # | Draft Submitted to Parties | Parties' Feedback Due (If Any) | Report Submitted to the Court |
|---|---|---|---|
| 9 | 7/2/2026 | 7/13/2026 | 7/20/2026 |
| 10 | 11/4/2026 | 11/13/2026 | 11/19/2026 |
| 11 | 3/3/2027 | 3/12/2027 | 3/19/2027 |
| 12 | 7/2/2027 | 7/13/2027 | 7/19/2027 |
| 13 | 11/4/2027 | 11/15/2027 | 11/22/2027 |



# Contact

David Irwin
Special Master to the Court (*LV v. DOE*)
david@thru.co
(646) 489-7078

