

**thru**

Planning  |  Advisory  |  Research

July 20, 2026

**VIA ECF**

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: LV, et al. v. New York City Dept. of Educ., et al., No. 03 Civ. 9917**

Dear Judge Preska:

Pursuant to your Order issued on July 19, 2023, I am filing the ninth program monitoring report today on DOE's progress toward its obligations. As you know, I will be filing this report every 120 days following the issuance of the Order.

I shared a draft of the report with the Parties and gathered their comments and feedback. After considering all input and making adjustments where warranted, I have attached the final report, pending any questions or suggestions from Your Honor.

As you will see, this report includes several updates pertaining to the recovery of DOE's impartial hearing management system (IHMS) implementation. I would like to request a Court meeting with the Parties and Your Honor in September to allow DOE to provide an update to Your Honor. At this meeting, I would also like to provide an update on our service action item review.

Finally, per Obligation 22b of the Order, DOE's latest hiring progress report is attached to this letter. I am standing by should you like to discuss this further.

Yours sincerely,

David Irwin
Thru Consulting, LLC


cc:    Jeff Dantowitz, Esq.
        Rebecca Shore, Esq.
        Elizabeth Vladeck, Esq.


**Attachment**

**LV Hiring Totals by Office, as of 7/15/2026**



DOE Submission
Submission Date: 7/15/2026
Document Type: Deliverable
LV Mandates #14b, #14c, #22
Chart of LV Hiring Updates
Totals by Office

| LV Mandate Cross-Reference | Division | Office | Estimated Number of Positions | Candidates Accepted Offers | Candidates Onboarded | Applicants | Applicants Selected for Interviews |
|---|---|---|---|---|---|---|---|
| #14b: Implementation Unit Staffing; #1 and #14a: | Office of the General Counsel | Implementation Unit (IU) | 81 | 76 | 76 | 861 | 181 |
| #40: HR Resource for IU | Office of the General Counsel | OGC Operations (OGC-HR) | 1 | 1 | 1 | 13 | 2 |
| #29: Appoint Implementation Systems Analyst to the Due Process Systems and Analytics Office (DPSA) | Office of the General Counsel | Due Process Systems and Analytics Office (DPSA) | 2 | 2 | 2 | 269 | 21 |
| #12a: Communicate all service orders and action items, #15: Designate Implementation Liaisons; and #33 Coordinate service action items | Division of Specialized Instruction & Student Support | Committee on Special Education (CSE) | 16 | 16 | 16 | 242 | 121 |
| #12a: Communicate all service orders and action items, #15: Designate Implementation Liaisons; and #33 Coordinate service action items | Division of Specialized Instruction & Student Support | Office of Related Services (ORS) | 2 | 2 | 2 | 28 | 10 |
| #24b: DAITS Enhancements | Division of Instructional and Information Technology (DIIT) | Division of Instructional and Information Technology (DIIT) | 5 | 5 | 5 | 33 | 14 |
| #15: Designate Implementation Liaisons; #19 Nursing Documentation; #20: Nursing Procedures; #21: OSH Implementation Liaisons; #12a Coordinate service action items and #33 Coordinate service action items | Office of Student Health (OSH) | Office of Student Health (OSH) | 20 | 18 | 18 | 378 | 78 |
| # 9: Timely Payments | Division of Financial Operations (DFO) | Division of Financial Operations, Payables Office (DFO-PO) | 17 | 17 | 17 | 155 | 30 |
| | | **Total Count - Permanent and Temporary Hiring** | **144** | **137** | **137** | **1979** | **457** |

Notes

1. These totals including both permanent and temporary hiring.

**NYC Department of Education**

DOE Submission
Submission Date: 7/15/2026
Document Type: Deliverable
LV Mandates #14b, #14c, #22
Chart of LV Hiring Updates
Summary - Hiring Totals

## Summary - Hiring Totals, as of 7/15/2026

| Permanent Staffing | Count |
|---|---|
| Estimated Number of Positions | 104 |
| Candidates Accepted Offers | 97 |
| Candidates Onboarded | 97 |
| Applicants | 1933 |
| Applicant Interviews | 411 |

| Temporary Staffing | Count |
|---|---|
| Estimated Number of Temporary Consultant Positions | 40 |
| Temporary Consultants Onboarded | 40 |

| Total - Permanent and Temporary Staffing | Count |
|---|---|
| Estimated Number of Positions | 144 |
| Candidates Accepted Offers | 137 |
| Candidates Onboarded | 137 |
| Number of Applicants | 1973 |
| Number of Interviews | 451 |

Notes

1. These totals including both permanent and temporary hiring.