THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**JEFFREY S. DANTOWITZ**
Room 2-121
Phone: (212) 356-0876
jdantowi@law.nyc.gov
(not for service)

July 28, 2026

**VIA ECF**
Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York

Re: LV v. NYC Dep't of Education, et al., 03 Civ. 9917 (LAP)

Dear Judge Preska:

Pursuant to the schedule proposed by the parties and endorsed by Your Honor on June 1, 2026 (ECF No. 408), by today the parties are to submit a joint letter regarding the parties' positions on various disputes requiring the Court's attention.

As the parties had agreed, Defendants submitted to Plaintiffs their arguments in support of their positions on June 30, 2026, and Plaintiffs submitted their arguments in response on July 14, 2026. Defendants are to submit their reply arguments by today, July 28, 2026. At the time Defendants received Plaintiffs' portion of the joint letter, however, I was immersed in preparing motion papers in another case that were more extensive than I had anticipated and, thus, am unable to complete Defendants' reply.

Specifically in *Z.Q. v. DOE*, 20-9866, a putative class action, Defendants had filed a motion for summary judgment and a motion *in limine* seeking to preclude Plaintiffs' expert. According to the schedule directed by Magistrate Tarnofsky, Plaintiffs served their opposition papers on Friday, July 10, 2026, and Defendants had until Monday, July 20, 2026 to file their replies. Accordingly, for the week after receiving Plaintiffs' portion of the joint letter to be submitted to Your Honor in this case, my time was consumed by researching and drafting the rely papers in further support of the summary judgment motion, and reviewing the reply prepared on the *in limine* motion in *Z.Q.* At the time the parties in this case submitted the proposed schedule to Your Honor, I had expected to be able to prepare Defendants' reply portion by today, but that turned out to not be the case. .

Based on the foregoing, Defendants respectfully request that the time for the parties to submit their joint letter be extended one week, to August 4, 2026. This is Defendants' first request for an extension of this date. Although I contacted Plaintiffs' counsel nearly 24 hours ago (at 3:24pm) to seek their consent, they have not yet responded to my request. If granted, this request does not impact any other dates in this matter.

Thank you for your consideration of the foregoing.

**SO ORDERED.**

Loretta A. Preska, U.S.D.J.
July 29, 2026

Respectfully submitted,

/s/ Jeffrey S. Dantowitz
Jeffrey S. Dantowitz
Assistant Corporation Counsel
Attorney for Defendants

cc: All counsel of record
Special Master Irwin
(via ECF)