UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LV, et al.,

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

Defendants.

No. 03-CV-9917 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The Court will hold a status conference on October 27, 2026, at 1:00 p.m., in Courtroom 12A, United States Courthouse, 500 Pearl Street, New York, New York. The Parties and Special Master David Irwin shall appear.

The purpose of the conference is to address several matters arising from the Court's Order dated July 19, 2023, which set forth the obligations of the New York City Department of Education to improve the timeliness in implementing the orders of Impartial Hearing Officers.

At the conference, the NYCDOE shall provide a detailed update on progress related to the Impartial Hearing Management System ("IHMS") in development, to include the current timeline.

The Court will also hear an update from the NYCDOE Communications Lead concerning recent progress under their purview.

In addition, the Court will discuss with the Parties the letter submitted to the Court on Tuesday, August 4, 2026, presenting

various disputes requiring the Court's attention.

The Parties are directed to come prepared to address these matters in detail.

**SO ORDERED.**

Dated: October 7, 2026
New York, New York

LORETTA A. PRESKA
Senior United States District Judge