MORRISON FOERSTER

250 WEST 55TH STREET
NEW YORK
NEW YORK 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON, BRUSSELS, DENVER, HONG KONG, LONDON, LOS ANGELES, MIAMI, NEW YORK, PALO ALTO, SAN DIEGO, SAN FRANCISCO, SEATTLE, SHANGHAI, SINGAPORE, TOKYO, WASHINGTON, D.C.

November 13, 2026

Writer's Direct Contact
+1 (212) 336-4257
jkaufman@mofo.com

**VIA ECF**

Hon. Loretta A. Preska
United States District Judge, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 12A
New York, New York

Re: *LV, et al., v. NYC Dep't of Education, et al.*, 03 Civ. 9917 (LAP)

Dear Judge Preska:

At the October 27, 2026 Status Conference, the Court directed the parties to confer regarding an alternative form of non-implementation notice, and to update the Court within three weeks.

Plaintiffs write to respectfully request that the current November 17, 2026 deadline to update the Court be extended to November 30, 2026, as both parties require more time to properly confer due to competing obligations. This extension request is the product of a joint discussion between the parties, all of whom agree that an extension to November 30th is necessary. This is the first request any party has made for an extension of this deadline.

Plaintiffs thank the Court for its consideration of this request and continued attention to the matter.

Respectfully submitted,

*/s/ Jessica Kaufman*

**MORRISON & FOERSTER LLP**
Michael B. Miller
Jessica Kaufman
Donghao (Helen) Yan
Edward S. Friedman
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000

Facsimile: (212) 468-7900
Email: MBMiller@mofo.com
JKaufman@mofo.com
HYan@mofo.com
EFriedman@mofo.com

*Co-Counsel for Plaintiffs*

-and-

**ADVOCATES FOR CHILDREN OF NEW YORK**
Rebecca Shore
Brianna Kitchelt
151 West 30th Street, 5th Floor
New York, NY 10001
(212) 947-9779
rshore@advocatesforchildren.org
bkitchelt@advocatesforchildren.org

*Co-Counsel for Plaintiffs*

cc: All counsel of record
Special Master Irvin
(via ECF)

The underlined request is GRANTED.
**SO ORDERED.**

Loretta A. Preska
Loretta A. Preska
Senior United States District Judge
November 16, 2026