UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Special Master Program Monitoring

LV, et al.,

Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.,

Defendants.

November 19, 2026

Prepared for
**Loretta A. Preska**
Senior United States District Judge

thru

In 2007, the parties settled a class action lawsuit, resulting in a settlement which developed a governing document, the Stipulation, to measure compliance moving forward. The parties agreed to the Stipulation and an Independent Auditor has been in the role of measuring compliance.

In a special education due process proceeding, the Impartial Hearing Officer (IHO) may issue a decision directing that specific services be provided to a student or that payment be made on the student's behalf. Pursuant to the Stipulation, the New York City Department of Education (DOE) is required to implement the IHO's Order within 35 days of its issuance, for the Order to be Timely Implemented, unless the Order specifies a different timeline for Timely Implementation. Implementation may include arranging for the delivery of the ordered services and/or processing the mandated payment. DOE created an office, termed the Implementation Unit (IU), to manage the process by which these payments are authorized and services are arranged.



thru

# Obligation #39

Every 120 days from the date of this Order [7/19/2023], the Special Master will file a report with the Court on DOE's progress in implementing the obligations that have come due in the prior 120 days pursuant to this Order (the "Obligations"). Each such report shall set forth (i) the Special Master's analysis as to whether each Obligation has been fulfilled; (ii) for any Obligation that the Special Master has concluded has been fulfilled, a detailed explanation of the basis for such conclusion; (iii) for any Obligation that has not been fulfilled, the impediments to fulfilling such Obligation, the measures necessary to overcome such impediments, and the timeframe for fulfilling the Obligation; (iv) for any Obligation that has not been fulfilled, a summary of DOE's efforts to consult with Plaintiffs, the Special Master, or other relevant entities in order to fulfill the Obligation, or an explanation of good cause why no such consultation was held; (v) the next steps to be taken to fulfill the Obligations; and (vi) any additional recommendations of steps DOE must take to meet the Stipulation's benchmarks, including but not limited to those identified as future recommendations in the Special Master's March 29, 2023 report. DOE should provide all reasonable assistance to the Special Master in preparing this report, and Plaintiffs will be permitted to provide feedback.



thru

# Contents

1. Executive Summary
2. Obligations Not Yet Fulfilled
3. Appendix I: Independent Technology Assessment
4. Appendix II: Obligations Fulfilled
5. Reporting Schedule

# Executive Summary

# Progress Snapshot

DOE has not fulfilled any new obligations since our last report in July. To date, DOE has fulfilled 30 of 51 obligations, representing 59% of all obligations (see graph). Twenty-one obligations are not yet fulfilled.






thru

# Key Takeaways

**IHMS and the Technical Obligations**

- Many of the 51 LV Order Obligations the Special Master is monitoring have a specific dependency on technology solutions utilized by DOE and the public.
- To that end, in early 2022, DOE and IBM entered into a contract to build out the Impartial Hearing Management System (IHMS). IHMS was supposed to track orders issued during the due process procedure and actionable items as DOE implements the ordered special education services. During a Court conference between the Parties on 10/27/26, however, DOE announced that it did not see a path forward with IBM developing IHMS.
- On 11/16/26, DOE shared that, beginning December 1, it will be working with a new vendor to fulfill any outstanding obligations related to technology.
- The Special Master has not reviewed DOE's final scope of work with the vendor. In its next Court report in March, the Special Master will plan to assess how the scope fulfills obligations under LV, as well as potential risks and resources, and progress to date.
- The Special Master has also shared with DOE that it will need to revisit any obligations previously fulfilled based on design for IHMS, namely Obligations #7, #8a, and #11. We will update those Obligations accordingly in the next report when we better understand DOE’s plan for them.

# Key Takeaways (continued)

- **Service Action Item Review.**
  - Since March, the Special Master team has been conducting a review of select service action item categories with particularly low completion rates according to Guidehouse's audits. The review aims to identify potential barriers to timely implementation.
  - After several delays, DOE shared initial data the Special Master requested for two action items categories, CSE Evaluations (data shared on 10/22) and Reconvenes (data shared on 10/26).
  - On 11/13/26, DOE also met with the Special Master to answer questions about the data and talk through next steps.



thru

# Remaining Outstanding Obligations

| Non-Technical | Tech-Dependent | Technical |
|---|---|---|
| **#9** Public list of required documentation | **#2b** IU/OGC monitor progress (KPIs) | **#8b** Multiple file formats |
| **#12b** Timely communication to schools | **#12a** Communicate service orders | **#16a** Design milestone emails |
| **#19** Medical documentation | **#28a** Gather/integrate data | **#16b** Build email notifications |
| **#33** Launch process for service items | **#28b** Report KPI data to Plaintiffs | **#16c** Deploy email notifications |
| **#35** Confirm home instruction | **#28c** Include KPI report in SM report | **#27** Accessible status indicator |
| **#36** Confirm placement | | **#31** Centralized documentation collection |
| **#37** Process to update training materials | | **#32** Mobile timesheets (Polaris) |
| **#38** Ongoing user research | | **#34** Deploy document management |

Note. See next slide for a description of these categories.



thru

# Obligations Yet to Be Fulfilled - Categories

Given both continued delays in launching technology solutions and the role of technology in the outstanding Obligations, we have categorized the outstanding obligations under three buckets:

A. <u>Technical obligations,</u> which require DOE to adopt or deploy a new technology or technological function.
B. <u>Tech-dependent obligations</u> where DOE is relying on new technology to fulfill some part of the obligation, but the obligation itself does not call for DOE to adopt or implement a new technology. These obligations generally involve some sort of data reporting and / or analysis. Developing those reports does not require DOE to adopt new technology. However, DOE plans to utilize new technology to collect and report on some of the metrics. Those obligations are therefore “tech-dependent,” but not “technical.” As noted in previous report,s we expect DOE to make progress on these obligations (e.g., creating and sharing KPI reports for those metrics that are available) even if they are not complete until there is a new technology solution.
C. <u>Non-tech obligations</u> which do not involve technology to fulfill.

We created these categories to more clearly identify the role of technology in the remaining Obligations and where there are opportunities for DOE to make the most progress as technology development continues.

# Obligations Not Yet Fulfilled



thru

# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 2b | Once the required data assets are integrated, the Implementation Unit and DOE's Office of General Counsel will monitor progress of implementation and KPIs, and report on the progress of KPIs to the Special Master and Plaintiffs on a monthly basis. | - | The full list of KPIs defined in Obligation #2a will likely require the deployment of a new or enhanced technology solution to collect and report the relevant data.<br><br>In addition, the Special Master has noted that it was unclear how the data included in reports DOE has shared match to the KPIs identified under Obligation #2a. | On 10/22/26, DOE shared a crosswalk indicating which of the KPIs in Obligation #2a appear in reports DOE has shared. The Special Master was still reviewing that document as of this writing. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • DOE to identify which KPIs it currently has data for and which will require technology enhancements to collect the necessary data<br>• DOE to clearly report to both the Special Master and Plaintiffs on the KPIs included under Obligation #2a where data are available<br>• DOE to develop templates for KPIs where data are not yet available<br>• DOE to complete and share KPI reports with Special Master and Plaintiffs on a monthly basis for any KPIs for which the data are available | Tech-dependent | Upon deployment of a technology solution and users using the solution, but with immediate progress on steps detailed herein which are not dependent on a technology solution. |



thru

# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 8b | DOE will modify any necessary policies or technologies to allow parents to submit payment documentation as multiple files or different formats; | 1/19/2024 | Users of SupportHub can submit multiple files in either ZIP or PDF format. However, Plaintiffs report that users cannot always go back and upload additional files at a later date. Additional file formats are also needed, such as for when parents take photos of needed documentation. | On 11/13, DOE shared that system updates now allow users to go back and upload files at a later date. As of this writing, however, the Special Master has not had an opportunity to confirm. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • Demonstrate to Special Master that additional files can be uploaded after the initial uploading / submission of files<br>• Add the ability to upload image files | Technical | Immediately |



thru

# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 9 | DOE will make payments pursuant to the timelines in the Stipulation for Timely Implementation upon calculation or confirmation of the payment amount required by an Action Item in an Order and the payee being registered with the City. Based on the representations contained in the attached declaration, DOE will identify for the Special Master the specific documents that DOE will require in any payment and publicly provide a list of those documents on DOE's website and as an attachment to every Payment Order; | - | None | The Special Master shared specific feedback on the Payment Guide with DOE on 9/9/26. In addition, on 10/15/26, the Special Master noted several differences between the documentation required as outlined in the Payment Guide and within Support Hub, which it expects DOE to address. DOE has not yet responded to the Special Master's feedback. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • Revise Payment Guide to reflect the Special Master's feedback<br>• Align guidance re: required documentation in the Payment Guide with that in SupportHub | Non-tech | Immediately |



thru

# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 12a | Implementation Unit staff will communicate all service orders and action items to New York City public schools, charter schools and State-approved non-public schools (as applicable) within a time that allows for the order to be Timely Implemented within the definition of the Stipulation. | - | The Special Master understands that DOE does not capture these communications within a centralized system. Rather, Implementation Liaisons send them from their email accounts. Therefore, to validate that these communications are going out as intended, DOE would need to build technical functionality to capture them or participate in an audit. | DOE met with the Special Master several times since the last report to discuss this obligation and shared a process map for these communications. DOE has not yet identified how it will share evidence that the communications are going out as described in that process, though the Special Master offered two potential options (see left). |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| DOE to share evidence that the Implementation Liaisons are sending the communications via email as described in the process shared | Tech-dependent | Immediately |



thru

# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 12b | Within two months of the date of this Order, the Implementation Unit will assign resources to flag incoming orders deemed high priority, as DOE and Plaintiffs agree upon the term “high-priority.” The Implementation Unit will triage and route orders accordingly. DOE should consult and obtain feedback from Plaintiffs on what orders should be deemed “high priority.” Should DOE and Plaintiffs fail to agree on what orders should be deemed “high priority,” the Special Master will advise the Parties and/or raise the issue with the Court for determination | 9/19/23 | A process for flagging high-priority orders is in effect. However, there have been instances where hearing officers have not designated orders as high-priority correctly. | On 8/20/26, Nagarro shared a report on high-priority cases that it created, but that report did not include all the fields the Special Master previously requested. In a meeting on 10/15/26, DOE shared that it recently completed a report showing how often the High-Priority marker is missing from orders it receives from OATH, but as of this writing, DOE has not shared that report. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • DOE to share process data on high-priority cases<br>• DOE to determine lessons learned from missed cases and implement improvements accordingly | Non-tech | Immediately |



thru

# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 16a | Within six months of the date of this Order, DOE will design an automated service to generate emails to parents, attorneys and advocates, and providers at key milestones in the administrative workflow of the implementation of an order, such as when an Implementation Manager unpacks the hearing order, when a service provider has been identified, when a payment action item has been authorized, and when the payment has been sent to the parent or provider. | 1/19/2024 | DOE shifted its focus from fulfilling this Obligation with functionality within IHMS to functionality within SupportHub. The SM requested additional information about that functionality on 7/1/26. | No new efforts to report. A SupportHub demo on 6/30/26 indicated that at least part of this functionality seems to exist within that platform. On 7/1/26, the SM requested that the DOE make a formal submission with evidence for 16a, b, and c. DOE has not yet done so. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • DOE to develop the functionality as described in the obligation<br>• DOE to test the functionality, including collecting feedback from Plaintiffs<br>• DOE to launch the functionality | Technical | Upon deployment of a technology solution and users using the system |



thru

# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 16b | Within nine months of the date of this order, DOE will build the notification function and begin testing | 4/19/2024 | DOE shifted its focus from fulfilling this Obligation with functionality within IHMS to functionality within SupportHub. The SM requested additional information about that functionality on 7/1/26. | No new efforts to report. A SupportHub demo on 6/30/26 indicated that at least part of this functionality seems to exist within that platform. On 7/1/26, the SM requested that the DOE make a formal submission with evidence for 16a, b, and c. DOE has not yet done so. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • DOE to build the notification function<br>• DOE to test the notification function, including allowing Plaintiffs to provide feedback | Technical | Upon deployment of a technology solution and users using the system |



thru

# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 16c | Within twelve months DOE will deploy the function publicly (see 16a and 16b) | 7/19/2024 | DOE shifted its focus from fulfilling this Obligation with functionality within IHMS to functionality within SupportHub. The SM requested additional information about that functionality on 7/1/26. | No new efforts to report. A SupportHub demo on 6/30/26 indicated that at least part of this functionality seems to exist within that platform. On 7/1/26, the SM requested that the DOE make a formal submission with evidence for 16a, b, and c. DOE has not yet done so. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • DOE to create roll-out materials and provide training as needed<br>• DOE to finalize function within a technology solution<br>• DOE to deploy the function | Technical | Upon deployment of a technology solution and users using the system |



thru

# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 19 | Aside from the Medication Administration Form (MAF) and HIPAA forms, no other documentation or evidence is required before implementation of an impartial hearing order for the provision of nursing services; | - | To fulfill this obligation, DOE must share this information on OSH's external facing website. | DOE shared that it was working with OSH to update its external-facing website, but has not confirmed that that update is complete. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| Work with OSH to update external facing website | Non-tech | Immediately |



thru

# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 27 | Within one year of the date of this Order, DOE will develop and deploy an accessible status indicator (web-based) for parents to easily view their case's status in the due process workflow; | 7/19/2024 | DOE shifted its focus from fulfilling this Obligation with functionality within IHMS to functionality within SupportHub.<br><br>Nagarro's demo of SupportHub on 6/30/26 showed that the platform includes a status indicator. However, that status indicator does not show parents where their case is in the process, including steps completed and steps remaining. | No new efforts to report. Nagarro provided the Special Master with a demo of the existing status indicator on 6/30/26. On 7/1/26, the SM provided feedback on using that indicator to view a case's status within the due process workflow. The DOE has not yet responded to this feedback. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • DOE to develop a graphic that includes the entire process, which steps are complete, and which steps are ahead<br>• DOE to test the function with parents, parent representatives, and Plaintiffs before its release. | Technical | Upon deployment of a technology solution and users using the system |

# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 28a | DOE will copy and collect data assets from implementation-related data sources, including but not limited to DAITS, IHS, FAMIS, and SESIS, to analyze for Implementation Unit workflow purposes. | - | The Special Master has been in discussion with the Parties to clarify how the data for this Obligation should differ from the KPIs in Obligation 2. The Special Master will provide an update in its next report. | N/A |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • DOE to clarify the data it will analyze to monitor Implementation Workflow.<br>• DOE to clearly indicate for which of those points it currently has data, and which will not be available until there is a new technology solution or enhancement<br>• DOE to revise and share reports for the data points available<br>• DOE to draft and share templates for the data points not yet available<br>• DOE to add to the reports as additional data become available | Tech-dependent | Upon deployment of a technology solution and users using the solution, but with immediate progress on steps detailed herein which are not dependent on a technology solution. |



thru

# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 28b | DOE will report to Plaintiffs on a quarterly basis the results of this analysis and meet with the Plaintiffs on a quarterly basis to identify solutions to problems and answer questions and hypotheses regarding failure to meet the Stipulations benchmarks based upon the analysis. | - | See #28A | N/A |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • DOE to develop and share quarterly reports with Plaintiffs for all data available<br>• DOE to identify any issues the data indicate, as well as potential solutions | Tech-dependent | Upon deployment of a technology solution and users using the solution, but with immediate progress on steps detailed herein which are not dependent on a technology solution. |

# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 28c | The Special Master will include in reports to be provided to the Court every six months DOE's analysis of such data; | - | See #28A. | N/A |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • DOE to analyze the data<br>• DOE to include the analysis in Court reports | Tech-dependent | Upon deployment of a technology solution and users using the solution, but with immediate progress on steps detailed herein which are not dependent on a technology solution. |



thru

# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 31 | Within twelve months of the date of this Order, DOE will centralize the collection, submission and sharing of pertinent documents among DOE's impartial hearing representatives and Implementation Unit on a single platform. DOE will establish a process by which documentation from families is captured by DOE representatives at the hearing; | 7/19/2024 | In obligation #7, DOE defined IHMS as the central platform for IU documents in the future with eventual integration of documents from SESIS and NYCSA. DOE has since built functionality to gather documentation from parents in SupportHub (Nagarro) with some documentation stored on SharePoint. However, DOE's impartial hearing representatives do not have access to all documentation. | No new efforts to report. DOE asked for feedback on this Obligation on 6/11/26. On 7/1/26, the SM clarified its expectations for DOE's impartial hearing representatives to have access to these documents. The DOE has not yet responded to this feedback. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • DOE to develop a strategy for centralizing all relevant documents considering existing plans for technology solutions and enhancements<br>• DOE to conduct UAT of document management functionality for the technology solution to include Plaintiffs | Technical | Upon deployment of a technology solution and users using the system |



thru

# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 32 | Within eighteen months of the date of this Order, DOE will build or procure a mobile application by which providers can enter their hours on their phone upon providing a service and DOE will not require a traditional invoice for payment. The new invoicing process and tool will be designed to streamline the invoice approval process. DOE will conduct user research with providers and parents to identify the mobile application | 1/19/2025 | DOE needs to build the technology to support mobile invoice submission. DOE shared that doing so is dependent on funding for Phase 3 of Polaris. | No new efforts to report. The obligation is dependent on funding for Phase 3 of Polaris. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • Escalate any funding impediments with the Special Master<br>• Provide demo of Polaris' mobile functionality to the Special Master team<br>• Conduct user research with providers, parents, and Plaintiffs | Technical | Upon funding for Phase 3 of Polaris |



thru

# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 33 | Within nine months of the date of this Order, DOE will launch the process of monitoring and coordinating service action items, as defined in paragraphs 14-16 | 4/19/2024 | None | No new efforts to report. On 6/11/26, DOE asked for clarification on the requirements for fulfilling this obligation. The SM revised and shared guidance on 7/1/26, namely that DOE should share the resources (staffing) added as well as the process(es) being used to monitor and coordinate service action items. The DOE has not yet responded to this feedback. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • Develop and share the processes established to monitor and coordinate implementing service action items.<br>• Demonstrate that 1) new resources have been added or 2) existing resources can manage these new monitoring and coordinating processes. | Non-tech | Immediately |



thru

# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 34 | Within one year of the date of this Order, DOE will build the necessary document management functionality into the new special education data system to share documents across special education processes, as defined in paragraph 17 | 7/19/2024 | This obligation is dependent on the release of the DOE’s new K-12 special education system, ATLAS *or* DOE building necessary integrations with SESIS and ATLAS (currently serving PK, only) with any new technology solutions. | No new efforts to report. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • DOE to release ATLAS PK-12 OR<br>• DOE to integrate with SESIS and ATLAS (currently serving PK, only) with any new technology solutions | Technical | Upon ATLAS PK-12 deployment and users using the system OR integration between SESIS, ATLAS, and any new technology solutions. |

# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 35 | For each home instruction order, the Implementation Unit Staff should confirm the actual provision of home instruction as defining implementation of the order | - | None | No new efforts to report. The Special Master provided feedback to DOE on its SOPM for Home Instruction on 3/26/26, which includes the process for confirming the provision of home instruction. DOE has not yet shared a revised copy of the SOPM in response. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • DOE to revise the SOPM based on SM feedback (which included the process for confirming the provision of home instruction), and re-submit<br>• DOE to share evidence that it is confirming the actual provisions of home instruction as defining implementation of the order | Non-tech | Immediately |



thru

# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 36 | For each order placing a student at a DOE school, Implementation Unit Staff and OSE should confirm the actual placement as appropriate and meeting the need of the student, (per order and IEP) | - | None | No new efforts to report. The Special Master provided feedback to DOE on its SOPM for Placements on 3/26/26, which includes DOE's process for confirming that actual placements are appropriate and meeting the need of the student. DOE has not yet shared a revised copy of the SOPM in response. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • DOE to revise the SOPM (which includes DOE's process for confirming that actual placements are appropriate and meeting the need of the student) based on SM feedback and re-submit.<br>• DOE to provide evidence that it is confirming the actual placement as appropriate and meeting the need of the student | Non-tech | Immediately |



thru

# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 37 | DOE will develop a continual process of updating training materials to reflect changing policies and business rules | - | None | DOE shared documentation related to this obligation on multiple occasions. The Special Master provided new feedback on 8/5/26. The DOE has not yet responded to this feedback. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| DOE to revise based on SM feedback and re-submit. | Non-tech | Immediately |

# Obligations Not Yet Fulfilled

| Obl.# | Obligation | Original Due Date | Impediments and Measures to Overcome | Efforts to Consult with Plaintiffs or SM |
|---|---|---|---|---|
| 38 | DOE will continue to conduct ongoing user research on this proceeding and due process functions in an effort to modernize and redesign DOE due process functions and align them with (migrate to) the special education system | - | Identify any impediments to bringing on resource(s) to conduct this work. | The Special Master and the DOE met several times since the last court report to clarify expectations around this obligation. Most recently, on 9/13/26, the Special Master shared a template for capturing DOE's user research and changes it makes as a result. DOE has not followed up since, however. |

| Steps to Be Taken | Type of Obligation | Timeframe to Resolve |
|---|---|---|
| • DOE to identify the resources required for this work<br>• DOE to define the scope of user research to be conducted with a schedule for engaging and collecting feedback from users<br>• DOE to develop monthly user research findings and recommendations<br>• DOE to demonstrate how they are implementing their recommendations from this work | Non-Tech | Immediately |

# Appendix I: Independent Technology Assessment

# Background and Approach

Many of the 51 LV Order Obligations the Special Master is monitoring require technology solutions.

Beacon Consulting Partners (BCP) has been providing independent assessments on four (4) applications that are key to fulfilling LV Order Obligations, specifically: the Impartial Hearing Management System (IHMS), Decision Action Item Tracking System (DAITS), Nagarro SupportHub Customer Service Platform, and the Polaris Invoicing Application.

Our assessments are based on evidence provided by observing standing meetings, conducting interviews, and reviewing project documentation made available to us.

# Background and Approach

DOE did not report any material changes for Decision Action Item Tracking System (DAITS), Nagarro SupportHub Customer Service Platform, or the Polaris Invoicing Application since the last Court report, so we have excluded these technology updates from the assessment for this reporting period.

During a Court conference between the Parties on 10/27/26, DOE announced that it did not see a path forward with IBM developing IHMS. This assessment also therefore does not report on IHMS.

On 11/16/26, DOE shared that it will begin work with a new vendor in December. In its next Court report in March, the Special Master plans to report on how the scope of work for the vendor fulfills obligations under LV, potential risks and resources, and progress to date.

# Appendix II: Obligations Fulfilled

# Obligations Fulfilled

| Obl.# | Obligation | Key Dates | Rationale |
|---|---|---|---|
| 1 | Within three months of the date of this Order, DOE will develop a customer support plan, including people and tools, for the Implementation Unit to address questions from parents and providers, routing Tier II questions to Implementation Unit Implementation Managers; | Due Date: 10/19/2023<br><br>Date Fulfilled: 10/26/2023 | The Special Master provided a template (.doc) of a customer support plan to DOE, incorporating standard elements of such a plan (cross-industry) in outline form. DOE then developed a draft Customer Support Plan (.doc) from the template, detailing intended audience groups, an outline of a support hotline and its objectives, training for hotline staff, and metrics to evaluate the effectiveness of the program going forward. The Special Master provided feedback, which DOE incorporated into a final version. |
| 2a | Within three months of the date of this Order, the Special Master and DOE will identify the Key Performance Indicators ("KPIs") for monitoring the internal administrative workflows of the Implementation Unit. KPIs will be presented to the Plaintiffs for feedback. | Due Date: 10/19/2023<br><br>Date Fulfilled: 11/3/2023 | DOE developed a list in table form (.xls) of metrics that could inform the day-to-day performance and decision-making of the Implementation Unit (i.e., KPIs). Plaintiffs and the Special Master reviewed the file and suggested a number of enhancements, which were incorporated. |

# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 3a | Within two months of the date of this Order, the Special Master will identify by type of Action Item the key pain points around the implementation of payment orders and service orders. | Due Date: 9/19/2023<br><br>Date Fulfilled: 9/19/2023 | Using the list of all possible action item types (e.g., tuition reimbursement, PT), DOE documented the key issues in the process of implementation (.xls), respectively. DOE also supplied a general sense of the volume and level of effort to implement each action item type. The Special Master held discussions with IU to understand the pain points and added its assessment of the root causes. Plaintiffs provided their feedback on the analysis. |
| 3b | Within nine months of the date of this Order, the DOE will redesign the workflows and address key pain points around the implementation of payment orders and service orders. The DOE will document the improved processes and incorporate new workflows into trainings and communications with its staff, parents, parent attorneys and advocates, and providers; | Due Date: 4/19/2024<br><br>Date Fulfilled: 5/29/2024 | Based on the pain points and processes defined in #3a, DOE submitted a number of trainings and communications describing the new processes. |



thru

# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 4 | Within three months of the date of this Order, DOE will build and maintain a toolkit of existing assistive technology, schools, programs, and services that DOE can Timely Implement (as defined in the Stipulation) any Action Items for provision of assistive technology; | Due Date: 10/19/2023<br><br>Date Fulfilled: 10/30/2023 | DOE compiled a spreadsheet of assistive technology (AT) products that are readily available to use with students. This obligation was fulfilled under the premise that DOE/NYSED update and share the materials used to train IHOs on the topic of schools/programs/services. DOE confirmed that these resources remain in place and that the AT Toolkit was last updated in September 2026. |
| 5 | With endorsement from Plaintiffs, DOE, OATH and NYSED leadership, within six months of the date of this Order, DOE will research and design a web-based interface for Impartial Hearing Officers to issue decisions and build the user-friendly web form for capturing orders … allowing both common and uncommon relief to be ordered. The web-based interface must include the ability to capture the decision and order, both via structured input fields (e.g., a drop down menu) and/or in writing (e.g., a free-form text field), with the full independence and discretion of the Hearing Officer; | Due Date: 1/19/2024<br><br>Date Fulfilled: 10/20/2025 | After an extensive process of review, revision, and collaboration among all Parties – including OATH, NYSED, and the Special Master – the team reached consensus on the design and structure of the web form fields in October 2025. This process involved careful documentation, iterative feedback, and multiple rounds of discussion to ensure the fields were both comprehensive and compliant with all requirements. |



thru

# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 6 | Within three months of the date of this Order, DOE will formalize an approach to sustaining knowledge of implementation processes, to enable experienced staff to onboard, train and mentor more junior staff; | Due Date: 10/19/2023<br><br>Date Fulfilled: 11/29/2023 | The Special Master's team shared a template of a professional development plan deliverable in advance of the work. DOE then developed the deliverable, the *Professional Learning Plan,* and submitted it in October 2023. The Special Master reviewed and provided feedback on the deliverable. |
| 7 | Within three months of the date of this Order, DOE will identify a file-sharing process and tool to improve transparency of all documentation presented as evidence at the hearing so that all pertinent documents can be continually accessed by the Implementation Unit; | Due Date: 10/19/23<br><br>Date Fulfilled: 1/3/2024 | DOE identified the Impartial Hearing Management System (IHMS) as the solution for document management in due process. A business requirements document (BRD) was developed by the IHMS team around document management functions. The Special Master determined it fulfilled the obligation to identify a file-sharing solution. Since IHMS is no longer the DOE's proposed technology solution, however, the Special Master will revisit this obligation once DOE proposes a new plan. |
| 8a | Within six months of the date of this Order, DOE will design a process by which DOE can collect relevant implementation documentation from parents and guardians, parent representatives, and providers before the hearing; DOE will conduct user research with parents to design a web-based and offline data collection process to facilitate this. | Due Date: 1/19/2024<br><br>Date Fulfilled: 7/21/2025 | In our review of a number of Business Requirements Documents for IHMS (regarding DPCs, TDNs, NYCSA, evidence disclosure), the Special Master determined that DOE satisfactorily designed and documented the requirements for capturing documentation from parents and parent advocates before the hearing. Since IHMS is no longer the DOE's proposed technology solution, however, the Special Master will revisit this obligation once DOE proposes a new plan. |


thru

# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 10 | The DOE will assess and implement a solution to support the submission and immediate approval of timesheets within six months of the date of this Order | Due Date: 1/19/24<br><br>Date Fulfilled: 12/18/2025 | A review of the redacted documentation for DAITS demonstrates that the enhancements were completed and that UAT confirmed the business functionality implemented. |
| 11 | DOE will assess the creation of a systems-generated notification to inform the Implementation Unit that the Office of General Counsel/Special Education Unit has settled a case where payments are being distributed from an Order. The assessment will define the business and technical requirements to do so; | Due Date: n/a<br><br>Date Fulfilled: 7/18/2025 | In the Special Master's review of Business Requirements Documents for IHMS (specifically Implementation), the Special Master determined and signed off that DOE satisfactorily documented the requirements for a communication mechanism between the two offices in the case of a settlement. Since IHMS is no longer the DOE's proposed technology solution, however, the Special Master will revisit this obligation once DOE proposes a new plan. |
| 13 | Within six months of the date of this Order, DOE will define data and system requirements for monitoring incoming and tracking the ongoing implementation of orders comprised of service action items. | Due Date: 1/19/2024<br><br>Date Fulfilled: 11/18/2025 | DOE provided business requirements for monitoring service action items in ATLAS, a demo of the new functionality, and a high-level roadmap for expanding ATLAS to all PK–12 students. |

# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 14a | DOE will (a) within six months of the date of this Order, deploy a customer support hotline and formal network structure for the Implementation Manager role to serve as the point-of-contact for the case and coordinate service action items across DOE offices, schools, attorneys and parents. | Due Date: 1/19/2024<br><br>Date Fulfilled: 9/22/2025 | Following the launch of the hotline, DOE provided the Special Master with a demo of the ServiceNow/Avaya functionality used by call center representatives, as well as metrics on operations of the hotline following the first week it went live. |
| 14b | (b) within six months of the date of this Order, design a plan for additional staffing within the Implementation Unit, | Due Date: 1/19/2024<br><br>Date Fulfilled: 3/8/2024 | Initially, the development of a staffing plan and the creation of job descriptions were delayed due to budget constraints. Following the Mayor/OMB 2025 budget approval, DOE shared job descriptions and a staffing plan. Other obligations track the progress of hiring/staffing, such as obligations #22 and #26. |
| 14c | and (c) within nine months of the date of this Order, fund and recruit all additional personnel required by the staffing plan; | Due Date: 4/19/2024<br><br>Date Fulfilled: 5/1/2024 | The DOE shared a chart of hiring positions and job descriptions which showed significant recruiting efforts and progress filling roles. The Special Master requested that the DOE continue to send updated hiring charts and progress updates as they continue to recruit additional personnel. |



thru

# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 15 | Within three months of the date of this Order, DOE will formally designate Implementation Liaisons in all Districts and relevant Central offices (e.g., OPT, OSH, OSE) to act as points-of-contact in their respective areas for Implementation Managers to facilitate the arrangement of the ordered service(s). DOE will also establish an escalation process when an Implementation Liaison is unavailable or unable to resolve a particular issue, with the escalation role being in an executive role within the respective DOE office; | Due Date: 10/19/2023<br><br>Date Fulfilled: 11/29/2023 | DOE developed an *Implementation Liaison Directory and Escalation Protocol* document (.pdf), which designates Implementation Liaisons for all relevant DOE offices and districts, and defines a protocol when that office does not address the order in a timely manner (an escalation protocol). At the time of signoff, DOE reported that they were maintaining this list as changes warranted. IU Directors were also holding weekly meetings with various offices, such as OPT, to strengthen coordination among Liaisons. DOE was continuing to provide training to Implementation Liaisons, as well. |
| 18 | Within three months of the date of this Order, DOE Implementation Unit will develop and communicate a clear procedure to inform schools and CSEs that an IEP meeting has been ordered and to ensure that the IEP was updated pursuant to that order; | Due Date: 10/19/2023<br><br>Date Fulfilled: 11/27/2023 | DOE submitted a draft of a procedures document, *Protocols for Communicating Orders for IEP Meetings*, for which the Special Master provided suggestions to improve the contents of the document, to be more clear, expand in areas, etc. DOE addressed the feedback and provided an updated version of the protocol document. |

# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 20 | Within six months of the date of this Order, the DOE and the Office of School Health will modify any applicable procedures with nursing agencies to specify that postings and assignments for a nurse will remain open until an individual nurse has been formally assigned to a student rather than when the nursing agency has claimed the posting. | Due Date: 1/19/2024<br><br>Date Fulfilled: 5/27/2026 | DOE clarified in its assignment process that postings and assignment for a nurse will remain open until an individual nurse has been formally assigned. DOE also sent that clarification to all agencies via email. |
| 21 | Within two months of the date of this Order, DOE will formalize, designate, and confirm a liaison role in OPT, with an escalation path, to coordinate the implementation of transportation orders between the Implementation Unit, OPT, and OSH as applicable. DOE will improve communications and track implementation of impartial hearing orders requiring transportation and provide monthly status updates to parents on the implementation of such orders, except where DOE is not in compliance with a transportation order, DOE will provide weekly updates to parents until existing deficiencies are cured; | Due Date: 9/19/2023<br><br>Date Fulfilled: 9/27/2023 | DOE produced a “chart” (.doc) of Implementation Liaisons for OPT and OSH with escalation points, coordination protocols between offices, and procedures for implementing transportation orders. The Special Master reviewed the document and provided feedback, as did Plaintiffs. DOE incorporated the comments into a new version which was finalized (but will be updated in the future, as applicable). DOE reported that the IU Compliance Team tracks implementation of transportation orders through a weekly monitoring report. IU and OPT are conducting a weekly meeting to address any challenges. DOE reports OPT continues to provide updates to parents via NYCSA. The Special Master is working with DOE to confirm if these updates continue to go out as prescribed. |


thru

# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 22a | (a) Within six months, DOE will develop a recruitment and hiring strategy for new staff to meet the volume of backlogged orders that have not been implemented and orders as they are issued currently and in the future. (b) DOE will report to the Court on a quarterly basis its progress on hiring, including the nature and impact of any impediments to the implementation of that strategy | Due Date: 1/19/2024<br><br>Date Fulfilled: 2/21/2025 | DOE presented their new approach to identifying qualified candidates and the recruiting/hiring process they have been following. The DOE attended job fairs and used LinkedIn and Indeed postings to recruit candidates. DOE reported that most offices had completed their hiring or were close to doing so when this Obligation was fulfilled. |
| 22b | The DOE will report to the Court on a quarterly basis its progress on hiring, including the nature and impact of any impediments to the implementation of that strategy; | Due Date: Ongoing<br><br>Date Fulfilled: 2/21/2025 | Attached to this report is the latest status of positions being recruited/hired. |
| 23 | The DOE will designate a dedicated resource to plan, develop, and deliver training materials for Implementation Unit and OGC staff and within six months of the date of this Order, create a training plan, develop materials, and deliver training pertinent to the implementation of orders. The DOE will update training materials to reflect changing policies and processes; | Due Date: 1/19/2024<br><br>Date Fulfilled: 5/2/2024 | DOE reports that they have made updates to training materials on an ongoing basis with each cohort of new hires that is onboarded. |

# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 24a | (a) Within 45 days of the date of this Order, the Special Master and DOE will inventory all functional issues of DAITS that impede the hearing order implementation workflow, including but not limited to system crashes, system outages, and system timeouts, and prioritize enhancements. | Due Date: 9/2/2023<br><br>Date Fulfilled: 8/31/2023 | The Special Master has confirmed that DAITS has been stabilized. |
| 24b | (b) Within six months of the date of this order, the DOE will develop, test, and release the DAITS enhancements | Due Date: 1/19/2024<br><br>Date Fulfilled: 11/21/2025 | A review of the redacted documentation for DAITS demonstrated that the enhancements were completed and that UAT confirmed the business functionality implemented. |
| 25 | Within three months of the date of this Order, DOE will assign an additional team of Implementation Unit Staff to expedite the implementation of any hearing order that is more than 35 days past the date of the hearing order. This team will continue its work until such time as orders are consistently being implemented within the implementation deadlines; | Due Date: 10/19/2023<br><br>Date Fulfilled: 10/30/2024 | DOE documented a “Backlog Triage Plan” (.doc) to describe the procedures the additional team would perform in expediting orders 35+ days old. The plan included documentation of a workflow, staffing plan, operational plan, data reporting and dependencies. DOE reported that the IU Account Management Team processes any items that exceed the timelines required by the order on an expedited basis. |



thru

# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 26 | Within three months of the date of this Order, the Special Master and DOE will identify the types of action items that require the greatest levels of effort to process as well as those most likely to contribute to the backlog of hearing order implementation. Based on the analysis, DOE will develop solutions to remove the causes for the backlog attributable to DOE; | Due Date: 10/19/23<br><br>Date Fulfilled: 12/13/2023 | In the Pain Point Analysis document, DOE defined the objectives and deliverables for three projects around staffing, communications and process improvement. |
| 29 | Within six months of the date of this Order, DOE will add the role of Implementation Systems Analyst to the Due Process Systems and Analytics Office to maintain documentation of workflows and continue the process of streamlining implementation processes; | Due Date: 1/19/2024<br><br>Date Fulfilled: 3/12/2024 | DOE promoted a Director of IT for OGC Special Education Case Management (OGC-SECM) to lead all technology projects on behalf of OGC, including LV DIIT projects. She is charged with collaborating with the IU leadership team to develop KPI reporting to support LV Compliance Reporting and IU daily operations. |



thru

# Obligations Fulfilled

| Obl.# | Obligation | Due Date | Rationale |
|---|---|---|---|
| 30 | Within six months of the date of this Order, DOE will expand the LV Payment and Service Guidelines for Implementation Unit staff into an Operating Procedures Manual, and design and implement a professional development series on order implementation for DOE staff; | Due Date: 1/19/2024<br><br>Date Fulfilled: 11/18/2025 | DOE made substantial improvements to its SOPM, submitting an updated version that the Special Master reviewed and deemed fulfilled, with the expectation that DOE will continue to maintain and regularly update it as changes take effect. DOE also shared its plan for a professional development series, reflected in an updated Professional Learning Plan. |
| 39 | Every 120 days from the date of this Order, the Special Master will file a report with the Court on the DOE's progress in implementing the obligations that have come due in the prior 120 days pursuant to this Order (the "Obligations")... | Due Date: Ongoing every 120 days<br><br>Date Fulfilled: 12/1/2023 | The Special Master has filed such reports every 120 days since Dec 2023. |
| 40 | Within four months, the DOE will identify a part-time resource (50%) focused on recruiting and hiring staff for the Implementation Unit. | Due Date: 11/19/2023<br><br>Date Fulfilled: 5/2/2024 | DOE reported that a Director of HR supports ongoing hiring/recruiting efforts. |

# Future Schedule of These Reports

| Report # | Draft Submitted to Parties | Parties' Feedback Due (If Any) | Report Submitted to the Court |
|---|---|---|---|
| 10 | 11/4/2026 | 11/13/2026 | 11/19/2026 |
| 11 | 3/3/2027 | 3/12/2027 | 3/19/2027 |
| 12 | 7/2/2027 | 7/13/2027 | 7/19/2027 |
| 13 | 11/3/2027 | 11/12/2027 | 11/19/2027 |
| 14 | 3/1/2028 | 3/10/2028 | 3/17/2028 |

# Contact

David Irwin
Special Master to the Court (*LV v. DOE*)
david@thru.co
(646) 489-7078



thru