thru
Planning | Advisory | Research

November 19, 2026

VIA ECF

Hon. Loretta A. Preska
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: LV, et al. v. New York City Dept. of Educ., et al., No. 03 Civ. 9917

Dear Judge Preska:

Pursuant to your Order issued on July 19, 2023, I am filing the tenth program monitoring report today on DOE's progress toward its obligations. As you know, I will be filing this report every 120 days following the issuance of the Order.

I shared a draft of the report with the Parties and gathered their comments and feedback. After considering all input and making adjustments where warranted, I have attached the final report, pending any questions or suggestions from Your Honor.

I remain concerned about DOE's focus on effective communications with families, advocates, and providers. As you may recall, in February 2025, Your Honor ordered (ECF No. 377) the appointment of a DOE Communications lead. While DOE has appointed someone to that role, they are not "overseeing and approving all public-facing content, including but not limited to training materials, emails, webpages, and guidance documents, to ensure a user-centered and effective communication approach" as required by the Order. I recently raised this with the NYC DOE Chancellor, and I am hopeful it will be addressed immediately. If not, I will reach out to Your Honor for support.

I have also reviewed DOE's letter to Your Honor dated November 10, 2026 (ECF No. 420) regarding discussions at the court conference held on October 27, 2026. Related to delays in uploading impartial hearing orders, I recommend that, in its response, DOE clearly identify

any specific issues and how it plans to address each. Regarding the text messaging, I recommend that DOE provide Your Honor with an overview of a planned texting solution, a timeline for implementation, and an estimated cost. My understanding is that the new vendor DOE is contracting with to fulfill the outstanding technical obligations can implement this solution.

Finally, per Obligation 22b of the Order, DOE's latest hiring progress report is attached to this letter. I am available should you wish to discuss this further.

Yours sincerely,

David Irwin
Thru Consulting, LLC

cc: Jeff Dantowitz, Esq.
Rebecca Shore, Esq.
Debra Maldonado, Esq.

Attachment

Department of Education

# LV Hiring Totals by Office, as of 11/19/2026

DOE Submission
Submission Date: 11/19/2026
Document Type: Deliverable
LV Mandates #14b, #14c, #22
Chart of LV Hiring Updates
Totals by Office

| LV Mandate Cross-Reference | Division | Office | Estimated Number of Positions | Candidates Accepted Offers | Candidates Onboarded | Applicants | Applicants Selected for Interviews |
|---|---|---|---|---|---|---|---|
| #14b: Implementation Unit Staffing; #1 and #14a: | Office of the General Counsel | Implementation Unit (IU) | 81 | 79 | 76 | 861 | 181 |
| #40: HR Resource for IU | Office of the General Counsel | OGC Operations (OGC-HR) | 1 | 1 | 1 | 13 | 2 |
| #29: Appoint Implementation Systems Analyst to the Due Process Systems and Analytics Office (DPSA) | Office of the General Counsel | Due Process Systems and Analytics Office (DPSA) | 2 | 2 | 2 | 269 | 21 |
| #12a: Communicate all service orders and action items, #15: Designate Implementation Liaisons; and #33 Coordinate service action items | Division of Specialized Instruction & Student Support | Committee on Special Education (CSE) | 16 | 16 | 16 | 242 | 121 |
| #12a: Communicate all service orders and action items, #15: Designate Implementation Liaisons; and #33 Coordinate service action items | Division of Specialized Instruction & Student Support | Office of Related Services (ORS) | 2 | 2 | 2 | 28 | 10 |
| #24b: DAITS Enhancements | Division of Instructional and Information Technology (DIIT) | Division of Instructional and Information Technology (DIIT) | 4 | 4 | 4 | 33 | 14 |
| #15: Designate Implementation Liaisons; #19 Nursing Documentation; #20: Nursing Procedures; #21: OSH Implementation Liaisons; #12a Coordinate service action items and #33 Coordinate service action items | Office of Student Health (OSH) | Office of Student Health (OSH) | 19 | 19 | 19 | 378 | 79 |
| # 9: Timely Payments | Division of Financial Operations (DFO) | Division of Financial Operations, Payables Office (DFO-PO) | 17 | 17 | 17 | 155 | 30 |
| | | **Total Count - Permanent and Temporary Hiring** | **142** | **140** | **137** | **1979** | **458** |

Notes
1. These totals including both permanent and temporary hiring.

Department of Education

DOE Submission
Submission Date: 11/19/2026
Document Type: Deliverable
LV Mandates #14b, #14c, #22
Chart of LV Hiring Updates
Summary - Hiring Totals

## Summary - Hiring Totals, as of 11/19/2026

| Permanent Staffing | Count |
|---|---|
| Estimated Number of Positions | 103 |
| Candidates Accepted Offers | 101 |
| Candidates Onboarded | 98 |
| Applicants | 1933 |
| Applicant Interviews | 412 |

| Temporary Staffing | Count |
|---|---|
| Estimated Number of Temporary Consultant Positions | 39 |
| Temporary Consultants Onboarded | 39 |

| Total - Permanent and Temporary Staffing | Count |
|---|---|
| Estimated Number of Positions | 142 |
| Candidates Accepted Offers | 140 |
| Candidates Onboarded | 137 |
| Number of Applicants | 1972 |
| Number of Interviews | 451 |

Notes
1. These totals including both permanent and temporary hiring.